UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BASHAM, RINGE Y CORREA, S.C.

Plaintiff(s)

- v -                                          **RULE 7.1 STATEMENT**

ARIZONA BEVERAGES USA LLC

23-cv-8223
_____

Defendant(s)                              Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

 Basham, Ringe y Correa, S.C.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

 There are no such corporations.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. §
1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to
that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship
(note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff is a citizen of Mexico.

Defendant Arizona Beverages USA LLC is an LLC whose members, upon information
and belief, are not citizens of a foreign state and are citizens of at least one State in
the United States, including New York. See Complaint Par. 9; Par. 9 note 3.

9/18/23
_____
Date

/s/ Tara J. Plochocki
_____
Signature of Attorney

5359054
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court,
and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. §
1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022