U.S. DISTRICT COURT OF THE STATE OF NEW YORK
SOUTHERN DISTRICT

INDEX #: 1:23-CV-08223-VEC
DATE FILED: 09/19/2023
Job #: 163758
Court Date:
Clients File #:
ROOM #:
PART:

BASHAM, RINGE Y CORREA, S.C.

*Plaintiff*

vs

ARIZONA BEVERAGES USA LLC

*Defendant*

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

1101 NEW YORK AVE, NW
WASHINGTON, DC 20005

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU    SS:

I, KEITH SWENSEN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **9/22/2023** at **12:12 PM** at **ONE ARIZONA PLAZA: 60 CROSSWAYS PARK DRIVE, STE 400, WOODBURY, NY 11797**, deponent served the within **SUMMONS IN A CIVIL ACTION & COMPLAINT & EXHIBITS / INDEX # & DATE FILED** by personally delivering to and leaving with **Jennifer O.** for **ARIZONA BEVERAGES USA LLC**, a true copy thereof, and that deponent knew the person so served to be the **Person Designated to Receive Process** and stated (s)he was authorized to accept legal papers for the corporation.

A description of the person served on behalf of the Defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5'0" - 5'3", **Sex**: Female, **Skin**: Light Brown, **Hair**: Black **Other**:

Sworn to before me on 9/27/23

GINA M. SCHWARTZ
NOTARY PUBLIC, State of New York
No. 01AN5026485
Qualified in Nassau County
Commission Expires 4-18-26

KEITH SWENSEN

Interboro Attorney Service Corp. PO Box 1200, Wantagh, NY 11793; (516) 221-2000