

445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
T 914 761 1300
F 914 761 5372
cuddyfeder.com

Joshua E. Kimerling
JKimerling@cuddyfeder.com

October 6, 2023

VIA ECF
Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:  Basham, Ringe Y Correa, S.C. v. Arizona Beverages USA LLC
         Case No.: 23-cv-08223-NSR

Dear Judge Román:

We represent the Defendant and respectfully submit this request for an adjournment of Defendant's time to respond to the Summons and Complaint. The current deadline for Defendant's response to the Complaint is October 13, 2023.

Our office was just retained to represent the Defendant and thus we respectfully request that Defendant be granted to November 17, 2023, to answer or otherwise move with respect to the Summons and Complaint. There have been no prior requests for an adjournment of the time to respond to the Complaint and this request is being made with the consent of Plaintiff's counsel.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Joshua E. Kimerling

JEK:jc

Cc:    Tara J. Plochocki, Esq., *Attorney for Plaintiff (*via ECF)

5839273.v1