UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHAM, RINGE Y CORREA, S.C.<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>ARIZONA BEVERAGES USA LLC<br><br>　　　　　Defendant. | Case No. 23-cv-8223 (NSR) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that attorney Joseph B. Rome from the law firm of SEQUOR LAW, P.A. hereby gives notice of its appearance as counsel on behalf of Plaintiff BASHAM, RINGE Y CORREA, S.C. The undersigned requests that all notices given or required to be served in the above-referenced case be given to and served upon:

**Joseph B. Rome, Esq.**
**SEQUOR LAW, P.A.**
**1111 Brickell Avenue, Suite 1250**
**Miami, FL 33131**
**jrome@sequorlaw.com**
**Telephone:　(305) 372-8282**
**Facsimile:　(305) 372-8202**

PLEASE TAKE FURTHER NOTICE that the foregoing request includes orders and notices of any applications, motions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise. The Clerk of Court is also requested to place the undersigned on the mailing matrix so that the undersigned may receive all notices from the Court in the above captioned matter.

1

I HEREBY CERTIFY that a true and correct copy of the foregoing has served upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system on February 4, 2025.

Date: February 4, 2025

                         Respectfully submitted,

                         **SEQUOR LAW, P.A.**

By:    Filed by */s/ Joseph B. Rome*
         Joseph B. Rome, Esq.
         Florida Bar No. 122768
         1111 Brickell Avenue, Suite 1250
         Miami, FL  33131
         Tel: (305) 372-8282
         jrome@sequorlaw.com

         *Counsel for BASHAM, RINGE Y CORREA, S.C.*