

445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
T 914 761 1300
F 914 761 5372
cuddyfeder.com

Joshua E. Kimerling
jkimerling@cuddyfeder.com

February 14, 2025

**VIA ECF**

Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:     *Basham, Ringe, Y Correa, S.C. v. Arizona Beverages USA, LLC*,
         Case No. 7:23-cv-08223-NSR (S.D.N.Y.)

Dear Magistrate Judge Krause:

We represent the Defendant and submit this joint letter pursuant to Your Honor's Order dated February 7, 2025, following the telephonic conference on that date. At this point, there is no joint agreement for mediation or a settlement conference. Basham has indicated an interest in mediation and a preference for referral to the SDNY Mediation Program.

We appreciate the Court's attention to this matter.

Respectfully submitted,

**CUDDY & FEDER LLP**

By:     */s/ Joshua E. Kimerling*
Joshua E. Kimerling
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Tel. (914) 761-1300
jkimerling@cuddyfeder.com

*Counsel for Defendant*

**SEQUOR LAW, P.A.**

By:     */s/ Nyana A. Miller*
Nyana A. Miller
Florida Bar No. 92903

6341674.v1

1111 Brickell Avenue, Suite 1250
Miami, FL  33131
Telephone: (305) 372-8282
nmiller@sequorlaw.com

*Counsel for Plaintiff*

Cc:     Nyana Abreu Miller, Esq. (nmiller@sequorlaw.com)
        Tara Plochocki, Esq.  (tplochocki@sequorlaw.com)
        Templeton Timothy, Esq. (ttimothy@sequorlaw.com)

6341674.v1