# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BASHAM, RINGE Y CORREA, S.C. | |
| Plaintiff, | Case No. 23-cv-8223 (NSR) |
| -against- | |
| ARIZONA BEVERAGES USA LLC, BEVERAGE MARKETING USA, INC., ARIZONA INTERNATIONAL, LLC., ARIZONA BEVERAGES DE MÉXICO, S. DE RL DE CV, and DAVID MENASHI. | **AMENDED COMPLAINT** |
| Defendants. | |

Plaintiff Basham, Ringe y Correa, S.C. ("Plaintiff" or "Basham"), by its attorneys Sequor Law, P.A., alleges on knowledge as to itself and its own actions, and on information and belief as to all other matters, as to its complaint against Defendants Arizona Beverages USA LLC ("Arizona USA"), Beverage Marketing USA, Inc. ("BMU"), Arizona International, LLC ("Arizona International"), Arizona Beverages de México, S. de RL de CV ("Arizona Mexico," together with Arizona USA, BMU, and Arizona International, the "Corporate Defendants"), and David Menashi ("Mr. Menashi," together with Mr. Menashi, the "Defendants") as follows:

## INTRODUCTION

1.      Plaintiff is a law firm in Mexico City, Mexico, and brings this action to recover payment of $441,122.90 in outstanding charges for legal services that it provided related to litigation from September 2015 through April 2022, at the request of certain Defendants pursuant to the agreement, and for the benefit of all Defendants.

2.      Plaintiff's legal services consisted of successfully resisting several different legal actions brought in Mexico by an individual named Eugenio Barbachano ("Mr. Barbachano") that

alleged wrongdoing by several Defendants. Among the actions were two criminal investigations against Mr. Menashi who, upon information and belief, manages and directs several of the Corporate Defendants.  Plaintiff also provided advice in connection with a civil suit against Mr. Barbachano that its affiliates brought in New York state court.  In addition, Plaintiff represented the external counsel of Arizona Mexico in filing a criminal complaint against Mr. Barbachano and public officials, and in the ensuing criminal investigation, which alleged that Mr. Barbachano and public officials conspired to unlawfully detain him.

3.    Defendants have repeatedly acknowledged, in writing and orally, the outstanding debt to Plaintiff, and have repeatedly promised to become current on the invoices, to which no Defendant has ever objected.  Plaintiff has made several demands for Defendants to pay the open invoices in accordance with these promises and the operative agreement, but no Defendant has done so.  Plaintiff therefore is forced to bring this action to remedy Defendants' material breaches and inequitable misconduct, in order to recover payment of the outstanding charges it is owed.

**THE PARTIES AND RELATED INDIVIDUALS AND ENTITIES**

4.    Plaintiff Basham, Ringe y Correa, S.C. is a law firm incorporated under Mexican law.[1] Established in 1912, Basham has earned a reputation as one of Mexico's most capable and prestigious law firms.  A full-service law firm, it advises Mexican and foreign clients across a range of industries and subject areas on transactional, litigation, regulatory and other matters.

5.    Arizona Beverages USA LLC is a limited liability company organized and existing under the laws of the State of New York, having a principal place of business at One Arizona Plaza, 60 Crossways Park Drive, Suite 400 Woodbury, NY 11797-2018. It sells iced tea and other

---

[1] Its legal form under Mexican law is a "professional corporation."  The abbreviation S.C. stands for *Sociedad Civil* in Spanish, which in substance translates to "professional corporation."

non-carbonated beverages under the "AriZona" trademark. Founded in 1992 by Don Vultaggio, Arizona USA has grown to become one of the largest privately-owned beverage companies in the United States. A valuation provided in the context of litigation concerning the company concluded that as of October 5, 2010, the company and its affiliates were worth about $2 billion.

6.      Arizona Beverages de México, S. de RL de CV, is a foreign limited liability company organized under the laws of Mexico. Since 2006, Arizona Mexico has been registered to do business in New York, with Mr. Cunningham listed as the company's registered agent. As detailed below, throughout Plaintiff's relationship with Arizona Mexico, all pertinent decisions were made or approved by Messrs. Cunningham and Menashi. At all relevant times Arizona Mexico did not, and still does not have, an office or employees. Its only agent in Mexico was a lawyer named Juan Villagra ("Mr. Villagra"), a sole practitioner with the law firm Villagra Abogados Asociados. According to its formation document filed with the Commercial Registry in Mexico City, Arizona Mexico is controlled by two New York-registered companies: Arizona de Mexico, LLC, and Arizona de Mexico II, LLC.

7.      Beverage Marketing USA, Inc. is a corporation organized under the laws of New York, which has a principal place of business at 60 Crossways Park Drive, Woodbury, NY 11797. BMU is a public relations firm which implements initiatives to heighten certain brands' awareness among various consumer demographics. The New York Division of Corporations website lists Mr. Menashi is listed as BMU's chief executive officer and Mr. Cunningham is listed as its registered agent, though the latter's status appears to be revoked. Each individual lists 60 Crossways Park Drive, Woodbury, NY 11797 as his address.

8.      Arizona International, LLC, ("Arizona International") is a limited liability company organized under the laws of New York, which has its principal place of business at 60

Crossways Park Drive, Woodbury, NY 11797. Upon information and belief, Arizona International has approximately four employees, and Mr. Cunningham acts as registered agent with his address listed as 60 Crossways Park Drive West, Suite 400, Woodbury, NY 11797.

9.    Arizona de Mexico LLC, ("Arizona de Mexico I") is a limited liability company organized under the laws of New York, which has its principal place of business at 707 Westchester Ave, Suite 207, White Plains, NY, 10604. Arizona de Mexico I is one of two members of Arizona Mexico.

10.    Arizona de Mexico II LLC, ("Arizona de Mexico II") is a limited liability company organized under the laws of New York, which has its principal place of business at 60 Crossways Park Drive, Woodbury, NY 11797. Arizona de Mexico II is the second member of Arizona Mexico.

11.    Upon information and belief, Corporate Defendants form a network of entities, all acting in concert under the trade name 'Arizona Beverages' for the financial benefit of the Vultaggio family. For example, BMU is the owner of the "AriZona" trademark, of which Arizona International is licensee to market Arizona USA's products internationally. These three entities share the same principal place of business and share certain officers, directors, and agents.

12.    Mr. Menashi was one Plaintiff's primary points of contact for the legal services it provided for both Arizona USA and Arizona Mexico, who communicated with Plaintiff throughout the Parties' contractual relationship. Mr. Menashi was President of Defendant Arizona USA during the period of Plaintiff's contractual performance and remains one of its senior officers. Upon information and belief, Mr. Menashi is a director or officer of Arizona Mexico, Arizona International, and BMU. BMU's corporate filings with the New York Department of State show Mr. Menashi's address as 60 Crossways Park Dr W, Woodbury, NY 11797.

## JURISDICTION AND VENUE

14.     The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(2). Plaintiff is a citizen of Mexico, while Defendants are citizens of New York. Corporate Defendants are all New York entities whose members, directors and shareholders, upon information and belief, are not citizens of a foreign state and are citizens of at least one State in the United States, including New York.[3] The amount in dispute exceeds $75,000 because it is $441,122.90, exclusive of interests and costs.

15.     This Court has personal jurisdiction over Corporate Defendants because each is organized under the laws of the State of New York and its principal place of business is in New York.

16.     This Court has personal jurisdiction over Mr. Menashi because he is domiciled in the State of New York and/or maintains his principal place of business in New York.

17.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (c)(2).

18.     Defendants reside in this District because their domiciles or principal places of business are in this District and because each is subject to this Court's personal jurisdiction.

## FACTUAL ALLEGATIONS

### A.     In 2015 Arizona USA Hires Plaintiff in Writing to Provide Legal Services

19.     In or around late August 2015, Mr. Cunningham contacted Jorge de Presno, a Partner at Basham specializing in labor matters. The two discussed an action before the Mexican Labor Board that had just been brought by an individual named Eugenio Barbachano against Arizona Mexico.

---

[3] The website for Arizona beverage products describes it as "Family-owned and operated since 1992" by the Vultaggio family. Upon information and belief, Mr. Vultaggio is an American citizen who lives in New York, as are and as do his sons.

20.    On September 2, 2015, Mr. Cunningham by email requested to Mr. Presno, "Please forward to me an engagement letter and your rates as well."  Mr. Presno sent the engagement letter. The engagement letter was addressed to "Martin Cunningham Esq." and "Arizona Beverages, One Arizona Plaza suite 400, Woodbury, NY, 11797."  It stated that Basham would "generate[] a monthly bill that will be transmitted to you."  It also "submit[ted] for your approval a retainer in the amount of US$75,000.00 plus applicable VAT."

21.    Mr. Presno addressed the letter to New York and not to Arizona Mexico or its legal representative in Mexico because Mr. Cunningham has led Mr. Presno to believe that Arizona USA would be the ultimate client and beneficiary of Plaintiff's services.

22.    On September 9, 2015, Mr. Cunningham wrote:

> Jorge:
> This will confirm our conversation today in which it was agreed that we have engaged the services of Basham to represent us in the above matter.  We agreed that we will pay the invoices issued by Basham in accordance with the hourly rates described in the draft retention agreement.  We also agreed that no retainer will be required.
> Regards,
> Martin

23.    Mr. Presno responded the same day, "Thanks Martin.  Correct."

24.    Basham began performing legal acts in the labor matter, including attending hearings.

25.    On September 8, 2015, after Mr. Villagra informed Basham that Mr. Barbachano had filed *medios preparatorios a juicio* ("preparatory measures for trial")[4] against Arizona Mexico in civil court, in anticipation of bringing a commercial action against it, Basham organized a conference call with Mr. Cunningham and Mr. Villagra that same day to discuss strategy.  On

---

[4] This is a special procedure by which a party tries to obtain another party's admission of certain facts.

September 23, 2015, Hector Calatayud, Of Counsel at Basham, emailed Mr. Cunningham, Mr. Menashi, and Heather Capriola, the Controller for several companies operating under the Arizona trade name across North America and Europe, including Arizona International and Arizona Mexico. The email provided a detailed discussion of work that Basham had done on the commercial matter, and its proposed strategy and next steps. It concluded, "Finally, we will appreciate whether the bill for the services mentioned herein should be sen[t] to you or to AMEX [Arizona Mexico]."

26.     There was no response to this query; however, and beginning on September 30, 2015, Basham sent all invoices for the Barbachano matters to Arizona Beverages at One Arizona Plaza, Suite 400, Woodbury, New York, United States of America. None of the Defendants ever asked that invoices on these matters be sent to Arizona Mexico or its legal representative.

27.     Mr. Barbachano then brought the commercial claim in civil court against Arizona Mexico, and three criminal complaints in relation to the dispute. One criminal complaint was against Mr. Villagra, in his capacity as external counsel of Arizona Mexico, and the other two against Arizona Mexico, Mr. Villagra, Mr. Menashi, in his capacity as president of Arizona USA, various other members and legal representatives of Arizona USA.

28.     Basham developed and implemented legal strategies for defense against the commercial claim and these criminal complaints, which defense benefitted Corporate Defendants and Mr. Menashi.

29.     On June 29, 2016, Barbachano emailed a settlement offer to Mr. Cunningham and Mr. Menashi of Arizona USA. He did not include among the recipients Juan Villagra, the external counsel of Arizona Mexico, nor any other persons affiliated with Arizona Mexico. In the opening paragraph of his email Barbachano explicitly identified attorneys from Basham as Arizona USA's lawyers:

Don [Vultaggio],[5] David [Menashi] and Martin [Cunningham],

Good morning. As you will surely hear from **your attorneys** Jorge de Presno, Luis Alvarez et al today, through mediation and a close analysis of the numbers, facts, etc., the Federal Judge Presiding over the Labor Board has come up with two scenarios by which she feels we can all move forward and settle the pending matters before us once and for all.[6]

30.    Overall, from September 30, 2015 through March 30, 2017, Plaintiff Basham sent to Defendant Arizona USA 49 invoices for its work on Barbachano's various actions.  The total amount due under these invoices was $599,835.31.  The invoices were addressed to "Arizona Beverages, One Arizona Plaza Suite 400, Woodbury, New York, New York, United States of America, Attn: Martin Cunningham." The invoices sent to Arizona USA are attached to this Amended Complaint as **Composite Exhibit A**.  The emails transmitting them were sent to Mr. Cunningham, Mr. Menashi, and other recipients with the @drinkarizona.com email address.  They were not sent to Mr. Villagra, the sole representative of Arizona Mexico.  The invoices, and attached time entries describing the legal work performed, were written in English. At all relevant times, Mr. Menashi and Mr. Cunningham were the decisionmakers for the legal services described therein.

31.    Arizona USA paid or caused to be paid $146,611.02 against these invoices during the same period, leaving a substantial amount outstanding.  The wire transfer details for the payments indicated that the holder of the originating account was located at "400 60 Crossways Park Dr., W. Woodbury NY USA 11797," which is Arizona USA's address.

---

[5] Mr. Vultaggio's email address was not among the recipients, perhaps inadvertently.
[6] Emphasis added.

32.     Separately, Basham invoiced Arizona Mexico for $7,598.10 during this time period, for advice it provided on tax filings required under Mexican law.  The invoices were addressed to "Arizona Beverages de Mexico S de RL de CV, Xocotla No. 5, Tlalpan Centro, Tlalpann, 1400 México, Ciudad de México." The invoices sent to Arizona Mexico are attached to this Amended Complaint as **Composite Exhibit B**. The emails transmitting them were sent to Olivia Swenson, an employee of Arizona USA based in its New York office. The invoices, and attached time entries describing the legal work performed, were written in Spanish.

**B.      On May 12, 2017, Plaintiff, Arizona USA, and Arizona Mexico Enter into a Written Agreement Providing for Plaintiff's Continued Legal Representation and Corporate Defendants' Payment of Past and Future Invoices**

33.     Mr. Menashi, President of Arizona USA, sent the following email to Alejandro Catalá, a Partner at Basham specializing in criminal litigation, on May 12, 2017.  The email memorialized an oral agreement between Plaintiff, Arizona USA, and Arizona Mexico.  It stated:

> Dear Alejandro,
> Today I am sending you a wire for the amount of US$187,257.00 in accordance with our agreement.
> The below confirms our agreement as follows:
> 1. As of May 2, 2017 the outstanding invoices total US$453,224.29.
> 2. The amounts to be paid in full satisfaction of this balance and their payment times are:
>     a. Against the first US$300,000:
>         i. US$150,000.00 today
>         ii. US$150,000.00 in 60 days
>     b. Against the US$53,224.29: US$37,257.00 (70%) today
>     c. Against the remaining US$100,000.00:
>         i. Timing: Upon the satisfactory final dismissal, including all appeals, of the 2 criminal complaints made by Barbachano against us
>         ii. Amount: US$70,000.00 (70%)
>         iii. At that time you and I will discuss whether a fixed sum per month in lieu of hourly billing is appropriate
> 3. Prospectively, all invoices for time pre-approved by Martin and/or me incurred will contain a 30% discount to the applicable hourly rates.

4. Every other Wednesday, beginning with this Wednesday May 17, at 1pm NY time you and Martin [Cunningham] and/or I will agree on what your firm will do on our behalf.
5. No other time will be incurred on the Arizona account without this approval process.

I wish you a wonderful weekend,
Best,
David[7]

## C. Plaintiff Performs Pursuant to the May 12, 2017 Agreement

34.    As it had done prior to May 12, 2017, Plaintiff continued providing legal services in connection with Corporate Defendants' legal disputes, including those with Mr. Barbachano.

### a. Plaintiff Provides Legal Services to Corporate Defendants, Including Concerning Corporate Defendants' Lawsuit in New York

35.    Basham's attorneys carried out the defense against Barbachano's various actions. They communicated on a near weekly basis with Mr. Menashi and/or Mr. Cunningham, via email and on conference calls, providing the latter with updates on the matters and seeking their instructions.  All of Basham's communications on the Barbachano matters were with Mr. Menashi and/or Mr. Cunningham, who were also the final decisionmakers on all significant matters related to Corporate Defendants.

36.    For example, Messrs. Menashi and Cunningham approved Basham's legal strategy. by authorizing Basham to engage a handwriting expert and take necessary steps to undermine Barbachano's criminal complaints, such as filing constitutional *amparo* challenges; they also set the budget for these steps.  A particularly sensitive issue arose when a court-appointed expert in one of the matters demanded production of the Arizona entities' accounting records; Messrs. Menashi and Cunningham and Basham had several discussions on how to respond to this request.

---

[7] Plaintiff notes that despite discussing legal services rendered to both Arizona USA and Arizona Mexico, Mr. Menashi refers to a single "Arizona account."

37.    Messrs. Menashi and Cunningham also sought Basham's advice concerning a lawsuit that BMU and Arizona International brought against Barbachano before the New York State Supreme Court in Nassau County.[8]  In their complaint, BMU and Arizona International alleged that "at all relevant times herein, since approximately January 2007, [Barbachano] was retained by BMU, at his insistence as an independent contractor/consultant, using the title of Director of International Operations and Sales for Arizona International."  They claimed that Barbachano had breached his contractual and fiduciary duties to them.  They denied entirely the existence of any relationship between Barbachano and Arizona Mexico, which they did not acknowledge by name, but referred to as "another entity":

> However, after parting with Plaintiffs, commencing in or about August 2015, [Barbachano] conceived and implemented a tortious scheme to inflict harm on Plaintiffs.
> In that regard, in or about August 2015, [Barbachano] filed frivolous legal proceedings in Mexico (collectively the "Frivolous Mexico Actions") predicated upon knowingly false claims that are irreconcilable with his prior sworn testimony.
> Those claims include: (a) a *perjurious* claim of having been an employee of another entity as opposed to an independent contractor/consultant for BMU and (b) a false and fraudulent claim based on the alleged existence of a never-before disclosed purported 2006 agreement in Spanish that Defendant claims to have entered into (while still an employee of Hornell in New York) with another entity, but which, upon information and belief, contains a forged signature (the "2006 Forged Document").[9]

38.    Furthermore, BMU and Arizona International identified themselves as the targets of Barbachano's legal actions in Mexico and stated that they incurred the legal fees therein: "As a result of [Barbachano's] frivolous and perjurious claims, ***Plaintiffs have been dragged into the Mexican judicial system and forced to incur legal expenses***, all as part of a scheme to extort money from Plaintiffs." (Emphasis added).

---

[8] The index number for the matter is 605902/15.

[9] Emphasis in original.

39.     The New York State Supreme Court, for its part, denied Mr. Barbachano's motion to dismiss for *forum non conveniens* or to transfer the action to Mexico.  Accepting the argument of Arizona USA's affiliates, the court found that, "because Arizona's business plan to expand into Central and South America was formed here, the situs of the action is New York."

40.     The New York matter settled in April 2019.  However, while it was pending, Mr. Cunningham and Mr. Menashi repeatedly sought Basham's assistance for this matter.  As they told Basham attorneys, "part of the claim that we have made in the US lawsuit is that [Barbachano] filed a fraudulent lawsuit in Mexico based on a forged document."  Basham's efforts in the Mexican proceedings therefore effectively 'set up' the arguments that entities related to Arizona USA would make in the New York litigation.  Basham's attorneys advised Mr. Cunningham and Mr. Menashi on which topics to discuss during depositions, and how to respond to likely questions from Barbachano's American lawyers.  Mr. Cunningham also emailed Basham the draft filings of Arizona USA's affiliates to review for incorrect or harmful arguments.

b.     **Arizona USA Is Satisfied with Plaintiff's Legal Services and Pays Some of Plaintiffs' Invoices**

41.     Defendants expressed satisfaction with Basham's legal services, and asked Basham to continue providing these services despite the delays in paying invoices.  On December 10, 2018, Basham Partner Alejandro Catalá informed Mr. Cunningham of certain decisions issued in the labor and commercial matters. He then stated, "as discussed in our last conference call there are outstanding invoices pending to be paid, as it is showed in the attached, and we need you to proceed with payment immediately. Unfortunately, if this payment is not reflected within three days we will not be able to continue with the following legal actions."

42.     Mr. Cunningham responded three days later: "Alejandro: Thank you for your report below. ***We obviously want to you to proceed to take all necessary actions to protect our legal***

***interests in both actions.*** I am reviewing the outstanding bills for payment, will discuss with Don [Vultaggio] and David [Menashi] and will contact you with any issues." (Emphasis added)

43.    Mr. Catalá of Basham responded the following day that the delay was unacceptable, and "This is not the first time we face this situation with you."  If payment was not received by year's end, Basham "will conclude [its] participation in this matter (both cases, civil and labor) and deliver to Juan Villagra [Arizona Mexico's outside counsel] the files and documentation of the case."

44.    Mr. Cunningham sent the following response the same day:

> Alejandro:
> I can see you are clearly frustrated and I want to be responsive. I looked back at my emails and did not see the issue of non-payment of fees raised and until I received this email I was not aware of the severity of the situation.
> ***We have always had a solid working relationship*** and I have appreciated working with you and your firm over the past 4 years on these various matters.
> And while the overall legal expense (***solely the cause of [Barbachano] and [Barbachano's] lawyers deceitful tactics***) has been far in excess of what I had expected for a simple labor case (as it began), ***I don't believe I have challenged the legitimacy of you or your firm's efforts. We appreciate all of [the] work performed to protect our interests and the results achieved under difficult conditions***. We have even spoken of your firm's valiant efforts to other US companies who are considering doing business in Mexico.
> ***Nevertheless, we wish to continue to work with your firm on this matter***. I will give you an update on your request for payment as soon as I have it.
> Thanks
> Martin[10]

45.    Five days later, on December 19, 2018, Mr. Cunningham informed Mr. Catalá by email that "we are wiring this morning to Basham $112,000 in payment of a number of outstanding bills.  I am working on the other bills."

---

[10] Emphases added.

46.    Overall, from May 15, 2017 through April 21, 2022, Plaintiff Basham sent to Defendant Arizona USA 112 invoices for its work on Barbachano's complaints. The total amount due under these invoices was $629,349.41. They applied a 30% discount pursuant to the May 12, 2017 agreement. Basham continued charging its 2017 rates in subsequent years.

47.    The invoices were addressed to "Arizona Beverages, One Arizona Plaza Suite 400, Woodbury, New York, New York, United States of America, Attn: Marting Cunningham." The emails transmitting them were sent to Mr. Cunningham, Mr. Menashi, and other recipients with the @drinkarizona.com email address. Despite legal services frequently overlapping with matters concerning Arizona Mexico, the invoices were not sent to Mr. Villagra, the external counsel and sole representative of Arizona Mexico. The invoices, and attached time entries describing the legal work performed, were written in English.

48.    Arizona USA and Defendants knowingly received and benefitted from Plaintiff's services from 2015 to 2022 as reflected in the invoices.

49.    The invoices were never challenged, refuted, or rejected by any Defendant.

50.    Corporate Defendants paid or caused to be paid $296,653.95 against these invoices during the same period. The wire transfer details for the payments indicated that the holder of the originating account was located at "400 60 Crossways Park Dr., W. Woodbury NY USA 11797," which is Arizona USA's address.

51.    Basham achieved successful results for Arizona USA. Barbachano's criminal complaints, including against Mr. Menashi, were fully and finally dismissed by August 2020.[11] Barbachano's commercial complaint was dismissed in its entirety, and Barbachano was ordered to

---

[11] Thus triggering Defendants' obligation to pay the final installment of fees that had been incurred before May 2017.

pay respondent's legal costs. The labor matter is pending on appeal, with the first instance Mexican Labor Board having refused to credit the forged agreement Barbachano presented to substantiate an alleged relationship with Arizona Mexico.

> **c.** **Messrs. Menashi and Cunningham Curtail the Already Minimal Role of Arizona Mexico in the Parties' Relationship**

52.     Despite the fact that Arizona Mexico was the named respondent or defendant in Barbachano's legal actions, as noted all of Basham's communications, and requests for instruction and payment, were always sent to Mr. Cunningham and Mr. Menashi of Arizona USA (and others with the @drinkarizona.com email address). Arizona Mexico did not have, and still does not have, an office or employees. Its only representative was its external counsel, the sole practitioner Juan Villagra. To Basham's knowledge, it only dealt with one employee of the Arizona group whose signature block indicated her connection to Arizona Mexico. E-mails from Mr. Cunningham, Mr. Menashi, and others with the @drinkarizona.com email address contained a signature block saying only "Arizona Beverages" and the New York address, leading Basham to believe that it was dealing with Arizona USA.

53.     Basham initially included Mr. Villagra on some of its discussions and communications with Arizona USA as it pertained to legal strategy for the defense of Arizona Mexico, but Mr. Menashi and Mr. Cunningham approved all decisions. In other words, Arizona USA, through Mr. Menashi and Mr. Cunningham, exercised complete control over Arizona Mexico at all times relevant to this action.

54.     In 2018, further demonstrating Arizona USA's control over Arizona Mexico, Mr. Cunningham and Mr. Menashi instructed Basham to cease communication with Mr. Villagra, because they suspected that Mr. Villagra was colluding with Mr. Barbachano. The latest email

sent by Basham to Mr. Villagra is dated July 12, 2018.[12]  Of the 72 unpaid invoices that are the subject of this Complaint, 64 of them were issued after this date, *i.e.* after the only vestige of Arizona Mexico was removed from the Parties' relationship.

> **D.    Arizona USA and Arizona Mexico Breach the Agreement with Plaintiff**

55.    Defendants Arizona USA and Arizona Mexico accepted every invoice sent to it by Plaintiff Basham.  They never objected to an invoice.  However, until January 2020 they did not timely pay, and after January 2020, stopped paying altogether.

56.    On December 10, 2019, Basham's Manager of Accounts Receivable, Jaqueline Pérez Raygoza, emailed Mr. Cunningham, Mr. Menashi, Ms. Capriola (Controller of Arizona USA) to inform them that the outstanding amount due from Arizona USA to Basham was $367,253.87.  She attached a spreadsheet listing every invoice that Basham had sent to Arizona USA, and the payment status for each invoice.  Ms. Raygoza sent a chasing email ten days later and left a voicemail with Mr. Cunningham.

57.    On January 16, 2020, Basham received a payment of $146,433 for legal services rendered to Corporate Defendantsto Basham.  This was the final payment Basham would receive from any Defendant.

58.    Basham continued to provide legal services to Defendants.  Despite the outstanding invoices, Basham acted to preserve Defendants' rights in the Mexican proceedings.

59.    On September 15, 2020, Mr. Cunningham emailed Basham Partner Mr. Catalá, requesting an update concerning the strategy to enforce the favorable costs award against Barbachano from the commercial matter.  Mr. Catalá responded the next day, stating that it was

---

[12] The only exception is on July 16, 2019, when Basham requested Mr. Villagra's signature on a request for information to be filed by Arizona Mexico with the Attorney-General of Mexico. The information was sought to help Mr. Menashi and Mr. Vultaggio respond to inquiries they had received from an Assistant United States Attorney for the Eastern District of New York.

more appropriate first to provide an update on the criminal matters (which had been recently resolved). He concluded as follows: "Now, as we discussed and you agreed during our last conversation, it is of utmost importance that we receive prompt payment of the outstanding balance of accrued fees, according to the document (Excel) attached to this communication."

60.   Mr. Cunningham thanked Mr. Catalá for the helpful analysis and asked for a similar update concerning the labor matter, as well as the enforcement strategy for the costs award in the commercial matter. He did not address Mr. Catalá's comment on the outstanding invoices.

61.   Mr. Catalá responded:

> Martin, we are ready to send you the information of the commercial and labor board matters, including the plan for ancillary proceeding related to the costs awarded to [Arizona Mexico]. However, we really need a response concerning the payment of our fees. Fortunately and as you can see, all the matters filed by Barbachano have been resolved favorable to Arizona's interest and we wish to continue like this, but as we have told before, we have come under pressure from our partners every time we have internal meetings and can hardly continue like this.

62.   Meanwhile, Mr. Menashi of Arizona USA asked Basham for a proposed budget to defend any constitutional challenges Barbachano would bring to the unfavorable judgments rendered against him. On New Year's Day, 2021, Mr. Menashi stated: "We will be preparing a $75,000.00 check for Basham."

63.   On January 5, 2021, Mr. Catalá responded to Mr. Menashi, copying Mr. Cunningham:

> Dear David,
>       Thank you for your email and your offer to pay US$75,000.00 dollars to Basham this week.
>       However, as you know, the outstanding balance of our fees for services rendered amounts to around US$400,000.00 dollars. More so, it is uncertain if and when we will be paid.
>       Our partners have instructed Jorge and I, as we have discussed with you several times in the past, to immediately stop our services. We will only move forward if we receive from you, this

> week a detailed email with your solid commitment and a feasible
> plan to pay such outstanding balance with your compromise.
>        Once we receive your email in the terms above mentioned,
> we can schedule a call to discuss on the continuance of this matter.

64.    Mr. Cunningham responded, and then a call was organized for that week. Ultimately, however, Arizona USA did not become current on its invoices.

65.    Plaintiff sent Arizona USA monthly or bi-monthly invoices throughout 2021, reflecting additional work Basham had to do, in accordance with its ethnical duties, to avoid prejudicing Arizona USA's legal rights in light of Barbachano's challenges to the unfavorable rulings against him.  Each email transmitting a new invoice also reminded Mr. Cunningham and Mr. Menashi of the outstanding balance and requested payment of this balance.

66.    As of today, the amount Arizona USA owes Basham under outstanding invoices is **$433,490.59**. *See* Ex. A.

67.    As of today, the amount Arizona Mexico owes Basham under outstanding invoices is $7,632.32. *See* Ex. B.

68.    **Exhibit C** to this Amended Complaint is a spreadsheet listing all invoices Basham issued for legal services rendered for the benefit of Defendants, indicating for each invoice the number, date, amount, and payment status.  Rows with invoices for which some amount remains outstanding are highlighted in yellow.

### E.    Defendants' Bad Faith Attempt to Avoid Payment That Necessitated This Amended Complaint

69.    On February 1, 2023, the undersigned counsel sent on behalf of Plaintiff a letter to Arizona USA (c/o Mr. Cunningham and Mr. Menashi). The letter demanded payment of the $441,122.90 owed under the outstanding invoices and attached the relevant invoices.

70.    Mr. Cunningham and Mr. Menashi did not respond to Plaintiff's counsel's letter. Instead, Arizona USA sought to hide behind the named parties captioned in the Mexican litigation

to avoid paying for legal services which directly benefitted Arizona USA and the remaining Corporate Defendants.

71.     For example, on February 10, 2023, Juan Villagra sent a letter to the undersigned counsel, on his law firm's letterhead.  His letter stated, "Since the start of this relationship, the parties were and have been Arizona Beverages de México, S. de R.L. de C.V. and Basham, Ringe y Correa, S.C.  The entity to which you have addressed the demand letter is not the proper party in this matter; therefore, I request that any and all communications be addressed to me, as legal representative of [Arizona Mexico]."

72.     It was not until after the Answer to the initial Complaint in this action that Defendant first claimed to Plaintiff that Arizona USA was not a parent of, subsidiary to, or affiliated entity with Arizona Mexico.

73.     Defendant's attempt, through Mr. Villagra, to present Arizona Mexico as the proper and only counterparty in the relationship with Plaintiff can only be ascribed to bad faith.  Arizona Mexico is a complete sham and the other Defendants are attempting to hide behind it to avoid paying for Plaintiff's services. This is evident from the following facts:

74.     In 2015, Defendant Arizona USA (through Mr. Cunningham) hired Plaintiff, based on an engagement letter that was addressed to Arizona USA and stated that Arizona USA would receive the bills.

75.     Mr. Cunningham is not an officer, director, employee or agent of Arizona Mexico.

76.     When contracting services specifically for Arizona Mexico, the Defendants directed that eight invoices be addressed accordingly and sent to Arizona Mexico's address in Mexico.

77.    On May 12, 2017, Defendants Arizona USA and Arizona Mexico (through Mr. Cunningham) acknowledged in writing Arizona USA's debt to Plaintiff and promised to pay it as well as future invoices.

78.    All of Plaintiff's communications concerning its provision of legal services were with Mr. Cunningham and/or Mr. Menashi of Defendant Arizona USA, and they approved the legal strategy.

79.    Plaintiff addressed its invoices to Defendant Arizona USA, and transmitted them in emails to Defendant Arizona USA that were not sent to Mr. Villagra.

80.    Defendant Arizona USA did not object to any of Plaintiff's invoices, caused many of these invoices to be paid, and repeatedly acknowledged its debt under the outstanding invoices.

81.    Corporate Defendants are all alter egos of Arizona Mexico, as they exercised complete domination and control of Arizona Mexico in order to fraudulently or wrongly obtain services from Plaintiff while evading the obligation to pay for those services.

82.    Defendants abused the corporate form, by creating the appearance that Plaintiff was dealing with Arizona USA at its New York headquarters, while secretly planning to hide behind the corporate form to evade the obligations incurred.

83.    Corporate Defendants acted in concert from a joint headquarters at One Arizona Plaza in Woodbury, New York.

84.    Corporate Defendants share a number of common officers and agents, in particular Mr. Menashi and Mr. Cunningham act with apparent or actual authority on behalf of various Corporate Defendants.

85.    Corporate Defendants share the @drinkarizona.com email domain.

86.    Corporate Defendants all operate under the "AriZona Beverages" trade name.

87.    Mr. Barbachano, the opposing party in the actions for which Plaintiff was hired, considered Plaintiff to be Defendant Arizona USA's legal representation, and reached out directly to Defendant Arizona USA when attempting to settle the actions.

88.    Plaintiff's legal services included helping other Corporate Defendants in litigation in New York state court.

89.    In that litigation, Corporate Defendants argued that Arizona Mexico was not a party to the relationship with Barbachano, that the dispute with Barbachano was centered in New York, and that Defendant's closely-held New York affiliates were the targets of Barbachano's legal actions in Mexico and incurred the resulting legal fees.

90.    Defendant Arizona USA, through its agents, instructed Plaintiff to cease communicating with Juan Villagra in 2018, and 64 of the 72 unpaid invoices that are the subject of this Complaint post-date the time at which Juan Villagra, representing Arizona Mexico, was cut out of the Parties' relationship.

91.    Upon information and belief, Arizona Mexico is insolvent, as it has no income or accounts receivable and, without capital infusions from a related entity, it is unable to pay its debts as they come due.

92.    Upon information and belief, Arizona Mexico is undercapitalized and the funds used by it to pay Basham came from other entities in the Arizona corporate family.

93.    Arizona USA's abuse of Arizona Mexico's corporate form amounts to a bad faith attempt to avoid payment for duly rendered legal services and necessitated this Complaint.  Such inequitable conduct entitles Plaintiff to recover its attorney's fees in this action.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**(Breach of Contract against Arizona USA)**

94.     Plaintiff repeats and re-alleges all prior paragraphs.

95.     Plaintiff and Arizona USA entered into a valid and enforceable agreement by which Plaintiff would provide legal services for the benefit of Defendants and at specified prices.

96.     Alternatively, Arizona USA improperly abused the corporate form of its alter ego, Arizona Mexico, to lead Plaintiff to believe that it had an agreement with Arizona USA.

97.     Plaintiff provided these legal services to Defendant's satisfaction, including those services resulting in the charges in the invoices for September 2015 through April 2022, and duly rendered these invoices to Messrs. Menashi and Cunningham.

98.     Arizona USA has failed to pay these invoices in full, leaving an unpaid principal balance of $433,490.59, which is presently due and owing.

99.     Defendant has breached the agreement by failing to pay its outstanding balance of $433,490.59.

100.     Plaintiff has performed all its obligations under the agreement, and is not, and has never been, in breach thereof.

101.     By reason of Arizona USA's breaches of the agreement, Plaintiff has been damaged in the amount of $433,490.59, plus interest and costs of collection.

102.     Accordingly, Arizona USA is liable to Plaintiff for breach of contract in the amount of $433,490.59, plus interest thereon, together with all costs of collection.

## SECOND CAUSE OF ACTION
### (Account Stated against Arizona USA)

103.    Plaintiff repeats and re-alleges all prior paragraphs.

104.    Plaintiff alleges in the alternative to its breach of contract claim, that Plaintiff is entitled to recover under the doctrine of account stated.

105.    On May 12, 2017, Mr. Menashi—in his official capacity as an officer of Arizona USA—acknowledged an amount Arizona USA owed to the Plaintiff for legal services rendered and invoices sent by Plaintiff as of that date.

106.    Arizona USA subsequently received Plaintiff's invoices for May 15, 2017 through April 21, 2022, and held them without objection.

107.    Arizona USA has failed to pay $433,490.59 that is presently due and owing under the invoices.

108.    Accordingly, true and just accounts have been stated as between Arizona USA and Plaintiff, and Arizona USA is liable to Plaintiff on the accounts stated in the amount of $433,490.59, plus interest thereon, together with all costs of collection.

## THIRD CAUSE OF ACTION
### (Breach of Contract against Arizona Mexico)

109.    Plaintiff repeats and re-alleges all prior paragraphs.

110.    Plaintiff and Arizona Mexico entered into a valid and enforceable agreement by which Plaintiff would provide legal services for the benefit of Defendants and at specified prices.

111.    Plaintiff provided these legal services to Arizona Mexico's satisfaction, including those services resulting in the charges in the invoices for August 2016 through January 2017, and duly rendered these invoices to Messrs. Menashi and Cunningham.

112.    Arizona Mexico has failed to pay these invoices in full, leaving an unpaid principal balance of $7,632.32, which is presently due and owing.

113.    Arizona Mexico has breached the agreement by failing to pay its outstanding balance of $7,632.32.

114.    Plaintiff has performed all its obligations under the agreement, and is not, and has never been, in breach thereof.

115.    By reason of Arizona Mexico's breaches of the agreement, Plaintiff has been damaged in the amount of $7,632.32, plus interest and costs of collection.

116.    Accordingly, Arizona Mexico is liable to Plaintiff for breach of contract in the amount of $7,632.32, plus interest thereon, together with all costs of collection.

## FOURTH CAUSE OF ACTION
### (Account Stated against Arizona Mexico)

117.    Plaintiff repeats and re-alleges all prior paragraphs.

118.    Plaintiff alleges in the alternative to its breach of contract claim, that Plaintiff is entitled to recover under the doctrine of account stated.

119.    On May 12, 2017, Mr. Menashi—in his official capacity as an officer of Arizona Mexico—acknowledged an amount Arizona Mexico owed to the Plaintiff for legal services rendered and invoices sent by Plaintiff as of that date.

120.    Arizona Mexico has failed to pay $7,632.32 that is presently due and owing under the invoices.

121.    Accordingly, true and just accounts have been stated as between Arizona Mexico and Plaintiff, and Arizona Mexico is liable to Plaintiff on the accounts stated in the amount of $7,632.32, plus interest thereon, together with all costs of collection.

**FIFTH CAUSE OF ACTION**
**(Promissory Estoppel against Arizona USA and Arizona Mexico)**

122.    Plaintiff repeats and re-alleges all prior paragraphs.

123.    Plaintiff alleges in the alternative to its breach of contract claims, that Plaintiff is entitled to recover under the doctrine of promissory estoppel.

124.    On May 12, 2017, Mr. Menashi—in his representative capacity for both Arizona USA and Arizona Mexico—made an unambiguous written promise to Plaintiff, which Mr. Menashi reiterated in several telephone conversations.

125.    Consequently, both Arizona USA and Arizona Mexico promised to pay Plaintiff the amounts owed for past legal services Plaintiff had rendered for the benefit of all Defendants, and to pay Plaintiff all future amounts owed arising out of Plaintiff's ongoing legal representation in defense of Defendants across various jurisdictions.

126.    Arizona USA and Arizona Mexico were each in a position to fully perform, fulfill and carry out the terms and conditions of the promise it made because Arizona USA is a billion-dollar entity.

127.    Arizona USA and Arizona Mexico have sufficient resources to perform Defendants' promises.

128.    Through Messrs. Menashi and Cunningham, Corporate Defendants closely followed and directed Plaintiff's provision of legal services, and paid for some of these services.

129.    It was foreseeable that the promises made by Arizona USA and Arizona Mexico would cause or induce Plaintiff to act in reasonable reliance on their promise.

130.    Plaintiff acted in accordance with all instructions and requests made to it by Arizona USA and Arizona Mexico.

131.    In reliance on Arizona USA and Arizona Mexico's promise, Plaintiff provided legal services which directly benefitted Defendants for years, achieved Defendants' objective of successfully resisting Barbachano's complaints and actions across various jurisdictions, and even provided a 30% discount on the services.

132.    As a result of Plaintiff's reliance, Plaintiff suffered a substantial and detrimental change in position.  It expended years of uncompensated labor on Defendants, at the expense of time it could have dedicated to other clients who would have timely paid for Plaintiff's services.

133.    As a result, Plaintiff has suffered damages in the amount of $441.122.90, plus interest thereon, together with all costs of collection.

### SIXTH CAUSE OF ACTION
### (Quantum Meruit against Corporate Defendants and Mr. Menashi)

134.    Plaintiff repeats and re-alleges all prior paragraphs.

135.    Plaintiff alleges in addition to its claims above, that Plaintiff is entitled to recover from all Corporate Defendants and Mr. Menashi under the doctrine of quantum meruit.

136.    From September 2015 through April 2022, Plaintiff performed legal services in good faith for the benefit of Defendants, at the request of Messrs. Menashi and Cunningham, who had apparent authority to act for each Corporate Defendant.

137.    Defendants accepted these legal services, by, by, *inter alia* permitting Messrs. Menashi and Cunningham to send communications: acknowledging the value of services rendered as of May 12, 2017; failing to object to Plaintiff's invoices issued after that date; paying part of the amount owed under these invoices; asking that Plaintiff continue to provide legal services; and directing Plaintiff to take certain steps in the litigations for the benefit of Defendants as part of the provision of legal services.

138.    Plaintiff had an expectation of compensation for the legal services it performed.

139.    The reasonable value of Plaintiff's legal services is established by the standard, non-discounted hourly rates and time spent as calculated on Plaintiff's invoices.

140.    Accordingly, Plaintiff is entitled to the reasonable value of its services, which is $573,459.80, plus interest thereon, together with all costs of collection.

## SEVENTH CAUSE OF ACTION
### (Unjust Enrichment against all Corporate Defendants and Mr. Menashi)

141.    Plaintiff repeats and re-alleges all prior paragraphs.

142.    Plaintiff alleges in addition to its claims above, that Plaintiff is entitled to recover from all Corporate Defendants and Mr. Menashi under the doctrine of unjust enrichment.

143.    Defendants have received a benefit, namely high-quality legal services which protected them from legal liability and minimized financial liability.  The benefit is specific and direct (a) to Mr. Menashi because he was a named defendant in several actions where Basham represented him and (b) to Corporate Defendants because individuals with apparent authority to act on behalf of Corporate Defendants—namely Messrs. Menashi and Cunningham—requested these services from Plaintiff and acknowledged receipt.

144.    Furthermore, Plaintiff's legal services in Mexico served as the foundation for arguments that Corporate Defendants made in litigation against Barbachano in New York; Plaintiff advised Mr. Menashi and Mr. Cunningham on these arguments for the New York litigation; and Corporate Defendants' explicitly represented that Barbachano's legal actions in Mexico targeted the Arizona entities in New York, including Arizona International and BMU.

145.    This benefit came at Plaintiff's expense, as Plaintiff performed the legal services for Defendants and did not receive full compensation.

146.    Equity and good conscience require restitution to Plaintiff of the reasonable value of the services it provided to Defendants.

147.    Accordingly, Plaintiff is entitled to $573,459.80, plus interest thereon, together with all costs of collection.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully demands entry of judgment in its favor and against Defendants as follows:

148.    That the Corporate Defendants operated as a single entity, such that Arizona Mexico was a mere sham and alter ego of Arizona USA;

149.    That on the first and second causes of action, this Court enter judgment against Arizona USA in the amount of $433,490.59, plus interest thereon, together with all costs of collection;

150.    That on the third and fourth causes of action, this Court enter judgment against Arizona Mexico in the amount of $7,632.32, plus interest thereon, together with all costs of collection;

151.    That on the first fifth cause of action, this Court enter judgment against Arizona USA and Arizona Mexico in the amount of $433,490.59, plus interest thereon, together with all costs of collection;

152.    That on the sixth and seventh causes of action, this Court enter judgment against Corporate Defendants and Mr. Menashi in the amount of $573,459.80, plus interest thereon, together with all costs of collection;

153.    That Plaintiff be awarded all costs of this action, including attorney's fees and expenses; and

154.    That Plaintiff receives such other and further relief as the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a

jury trial.

Respectfully submitted,

Dated: February 24, 2025                    **SEQUOR LAW, P.A.**

_____
Tara J. Plochocki (NY Bar No. 5359054)
650 Massachusetts Avenue, N.W.,
Suite 600
Washington, D.C., 20001
Tel: (305) 372-8282
tplochocki@sequorlaw.com
*Attorney for Plaintiff*

Nyana Abreu Miller
FL Bar No.: 92903
Templeton N. Timothy
FL. Bar No.: 1025172
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
nmiller@sequorlaw.com
ttimothy@sequorlaw.com
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
*Admitted Pro Hac Vice*

# LEGAL INVOICES RELATED TO CRIMINAL AND LABOR DISPUTE ISSUED FROM BASHAM RINGE Y CORREA, S.C. TO ARIZONA BEVERAGES USA



# BASHAM, RINGE Y CORREA, S.C.
# A B O G A D O S

PASEO DE LOS TAMARINDOS No. 100, Piso 5
BOSQUES DE LAS LOMAS, 05120 CIUDAD DE MÉXICO
Tel. (52)(55) 5261-0400 Fax. 5261-0496
E-mail: basham@basham.com.mx
World Wide Web: www.basham.com.mx

STATEMENT OF ACCOUNT AS OF: January 26, 2023

| CLIENTE<br>CLIENT | SALDO-BALANCE |
|---|---|
| 019573 | 433,523.99 Dollars |

ARIZONA BEVERAGES

One Arizona Plaza  No. Suite 400
Woodbury
New York
Estados Unidos de América, New York

Aten:

Tel:

PAST-DUE DAYS

1 to 60 days: 0.00 Dollars
61 to 120 days: 0.00 Dollars
121 to 180 days: 1,392.58 Dollars
more than 180 days: 432,131.41 Dollars

If you require any additional information, please call to Collecting Department to LUIS ARIEL LOPEZ VAZQUEZ to the phone numbers: (5255)  / (5255) 5261-0400   e-mail: cobranzacorporativa2@basham.com.mx

| DIA MES AÑO<br>DAY MONTH YEAR | DOCUMENTO<br>DOCUMENT | CONCEPTO<br>DESCRIPTION | CARGO<br>DEBIT | ABONO<br>CREDIT | SALDO<br>BALANCE |
|---|---|---|---|---|---|
| 30/11/2016 | B-143862 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 81,403.49 | 9,253.66 | 72,149.83 |
| 19/01/2017 | B-147816 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 2,195.30 | 1,164.72 | 73,180.41 |
| 16/02/2017 | B-150105 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 6,304.12 | 0.00 | 79,484.53 |
| 28/02/2017 | B-151609 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 19,673.60 | 0.00 | 99,158.13 |
| 13/03/2017 | B-152399 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 1,670.40 | 0.00 | 100,828.53 |
| 22/01/2019 | B-207157 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 1,069.81 | 0.00 | 101,898.34 |
| 24/01/2019 | B-207379 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 3,390.10 | 0.00 | 105,288.44 |
| 13/02/2019 | B-208822 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 5,541.90 | 0.00 | 110,830.34 |
| 11/03/2019 | B-210821 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 9,159.04 | 0.00 | 119,989.38 |

| | | | | | |
|---|---|---|---|---|---|
| 11/03/2019 | B-210823 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 6,432.06 | 0.00 | 126,421.44 |
| 28/03/2019 | B-212299 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT EXPENSES INCURRED ON YOUR BEHALF. | 17.16 | 0.00 | 126,438.60 |
| 29/03/2019 | B-212563 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 6,994.71 | 0.00 | 133,433.31 |
| 01/04/2019 | B-212786 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT | 3,888.12 | 0.00 | 137,321.43 |
| 12/04/2019 | B-213678 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 2,865.69 | 0.00 | 140,187.12 |
| 30/04/2019 | B-215297 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 13,116.20 | 0.00 | 153,303.32 |
| 20/05/2019 | B-216618 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT | 5,022.22 | 0.00 | 158,325.54 |
| 31/05/2019 | B-217810 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 6,704.43 | 0.00 | 165,029.97 |
| 14/06/2019 | B-218754 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 6,510.21 | 0.00 | 171,540.18 |
| 28/06/2019 | B-220426 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 9,933.15 | 0.00 | 181,473.33 |
| 11/07/2019 | B-221455 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 3,944.96 | 0.00 | 185,418.29 |
| 29/07/2019 | B-222588 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT EXPENSES INCURRED ON YOUR BEHALF. | 121.66 | 0.00 | 185,539.95 |
| 31/07/2019 | B-223197 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 10,839.21 | 0.00 | 196,379.16 |
| 09/08/2019 | B-223763 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 779.52 | 0.00 | 197,158.68 |
| 11/09/2019 | B-226426 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 15,795.45 | 0.00 | 212,954.13 |
| 23/09/2019 | B-227012 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 974.40 | 0.00 | 213,928.53 |
| 30/09/2019 | B-227924 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 10,312.41 | 0.00 | 224,240.94 |
| 15/10/2019 | B-229039 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 698.32 | 0.00 | 224,939.26 |
| 31/10/2019 | B-230587 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 10,237.66 | 0.00 | 235,176.92 |
| 11/11/2019 | B-231328 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 174.58 | 0.00 | 235,351.50 |
| 06/12/2019 | B-233410 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 8,119.37 | 0.00 | 243,470.87 |
| 30/12/2019 | B-234803 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 4,305.65 | 0.00 | 247,776.52 |
| 13/01/2020 | B-235442 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 727.41 | 0.00 | 248,503.93 |

| 31/01/2020 | B-237022 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 9,933.46 | 0.00 | 258,437.39 |
|---|---|---|---|---|---|
| 21/02/2020 | B-238403 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 3,767.68 | 0.00 | 262,205.07 |
| 28/02/2020 | B-239151 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>EXPENSES INCURRED ON YOUR BEHALF. | 18.05 | 0.00 | 262,223.12 |
| 28/02/2020 | B-239235 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>EXPENSES INCURRED ON YOUR BEHALF. | 25.61 | 0.00 | 262,248.73 |
| 28/02/2020 | B-239344 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | 14,594.70 | 0.00 | 276,843.43 |
| 31/03/2020 | B-241670 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 28,659.99 | 0.00 | 305,503.42 |
| 30/04/2020 | B-243280 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 3,474.98 | 0.00 | 308,978.40 |
| 29/05/2020 | B-244792 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 11,732.24 | 0.00 | 320,710.64 |
| 30/06/2020 | B-246555 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 9,352.50 | 0.00 | 330,063.14 |
| 31/07/2020 | B-248456 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 8,354.90 | 0.00 | 338,418.04 |
| 17/08/2020 | B-249410 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 779.52 | 0.00 | 339,197.56 |
| 31/08/2020 | B-250575 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 10,577.75 | 0.00 | 349,775.31 |
| 22/09/2020 | B-251711 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 1,894.66 | 0.00 | 351,669.97 |
| 30/09/2020 | B-252637 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 21,428.01 | 0.00 | 373,097.98 |
| 20/10/2020 | B-253877 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 1,218.00 | 0.00 | 374,315.98 |
| 30/10/2020 | B-254894 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 10,428.78 | 0.00 | 384,744.76 |
| 23/11/2020 | B-256138 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 1,433.18 | 0.00 | 386,177.94 |
| 28/11/2020 | B-256619 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>EXPENSES INCURRED ON YOUR BEHALF. | 38.63 | 0.00 | 386,216.57 |
| 30/11/2020 | B-256983 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 3,950.38 | 0.00 | 390,166.95 |
| 07/12/2020 | B-257471 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT<br>Fees | 2,115.26 | 0.00 | 392,282.21 |
| 31/12/2020 | B-259201 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 6,390.44 | 0.00 | 398,672.65 |
| 29/01/2021 | B-261040 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS<br>Fees | 5,533.78 | 0.00 | 404,206.43 |

| 15/02/2021 | B-261845 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 903.35 | 0.00 | 405,109.78 |
|---|---|---|---|---|---|
| 26/02/2021 | B-263055 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 5,862.64 | 0.00 | 410,972.42 |
| 31/03/2021 | B-265386 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 2,038.12 | 0.00 | 413,010.54 |
| 20/04/2021 | B-266252 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 925.68 | 0.00 | 413,936.22 |
| 20/05/2021 | B-268409 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 1,315.44 | 0.00 | 415,251.66 |
| 31/05/2021 | B-269503 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 1,339.80 | 0.00 | 416,591.46 |
| 30/06/2021 | B-272212 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 3,004.40 | 0.00 | 419,595.86 |
| 30/07/2021 | B-274539 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 4,064.06 | 0.00 | 423,659.92 |
| 31/08/2021 | B-276999 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 3,869.18 | 0.00 | 427,529.10 |
| 30/09/2021 | B-279327 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 872.90 | 0.00 | 428,402.00 |
| 21/10/2021 | B-280703 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 1,697.08 | 0.00 | 430,099.08 |
| 29/10/2021 | B-281454 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT EXPENSES INCURRED ON YOUR BEHALF. | 610.83 | 0.00 | 430,709.91 |
| 29/10/2021 | B-281708 | PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS Fees | 1,396.64 | 0.00 | 432,106.55 |
| 30/03/2022 | B-292949 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT EXPENSES INCURRED ON YOUR BEHALF. | 24.86 | 0.00 | 432,131.41 |
| 21/04/2022 | B-294544 | LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT Fees | 1,392.58 | 0.00 | 433,523.99 |

CURRENT BALANCE IN DOLLARS :   443,942.37   10,418.38   433,523.99



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

| ARIZONA BEVERAGES | **Activity Report:** | **143862** |
|---|---|---|
| | Date: | 30/11/2016 |
| One Arizona Plaza  Suite 400 | | |
| Woodbury | Client No.: | 019573 |
| New York, New York | | |
| United States of America | | |

Attn.: Martin Cunningham

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through November 2016.

| | | | |
|---|---|---|---|
| Subtotal: | US $ | 70,175.42 | |
| VAT: | | 11,228.07 | |
| Total: | US $ | 81,403.49 | |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

CYR
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



Activity Report: 143862

Date: 30/11/2016

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: FTC
Executive: ACG
Client No.: 019573

Description of professional services
from October 27, 2016 through November 29, 2016

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 27/10/2016 | ACG | Analysis with M. Peña. Telephone call with I. Cal y Mayor on possible false signature of E. Barbachano in the civil action. Review and comments to brief requesting changes of MP in the Attorney's General Office of Financial Crime due to the lack of impartiality in the investigation derived from fraud | 03:00 | 1,440.00 |
| 27/10/2016 | MHO | Visit Attorney's General Office of Public Servants of the Attorney General of the Federal District PGJCM to review file of criminal investigation against officers that illegally arrested J. Villagra and visit Attorney's General Office of Financial Crime of the PGJCM to meet with prosecutor and head of such entity to request a change of MP and prosecutor in the criminal investigation brought due to the alleged fraud offense | 04:00 | 1,280.00 |
| 27/10/2016 | MPP | Work meeting with booking expert and signature expert in order to present evidence in the civil case Review of legal files, visit to the appeal court in regards of the admisión of evidences in the defense to dismiss for lack of juridisdiction. | 05:00 | 1,600.00 |
| 27/10/2016 | PARALEGAL A | Visit 2nd Civil Court to follow-up motion to dismiss for lack of jurisdiction brought by ABM. Visit 39th civil Court to meet with court clerk on date and time in which experts appointed by ABM will submit brief on acceptance of position as well as its ratification | 01:20 | 180.00 |
| 27/10/2016 | PARALEGAL A | Meeting with experts appointed by ABM to fix date to visit court to accept their position as such and to submit reports. | 00:30 | 67.50 |
| 28/10/2016 | MHO | Visit Attorney's General Office of Financial Crime to meet with head of such entity and submit brief related to request t change authority for the criminal investigation to be handled by other MP and expose the reasons for such change. Visit Attorney's General Office of Civil Processes to meet with private assistant of the MP to verify the status of file related to the motion for reconsideration submitted by E. Barbachano against non-prosecution. | 03:30 | 1,120.00 |
| 28/10/2016 | MPP | Review of legal files of the civil case. Visit to the 39 court in order to practice a diligence in regards of the signature of EBL. | 05:00 | 1,600.00 |
| 28/10/2016 | PARALEGAL A | Visit 39th Civil Court to review decision on appeal against interlocutory judgment brought by Arizona Beverage de México re: default of appearance by Eugenio Barbachano | 01:00 | 135.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/11/2016
Bill 143862

| Date | | Description | Time | Amount |
|---|---|---|---|---|
| | | by failing to answer to the grievances provided by ABM. | | |
| 31/10/2016 | ECM | Visit Attorney's General Office of Financial Crime of the PGJ in Mexico City to meet with MP to verify delivery of certified copies of the criminal investigation requested by judge 39. | 01:30 | 322.50 |
| 01/11/2016 | ACG | Analysis with M. Peña on status of commercial action and matters to be followed. Telephone call with M. Cunningham, D. Menashi, J. De Presno, L. Cervantes and E. Gallegos on various matters of case at issue, of the tax complaint, criminal investigation, labor and commercial action and determine matters to be followed. | 01:30 | 720.00 |
| 01/11/2016 | MPP | Visit to the appeal court in order to review the admission of the lack of jurisdiction of the judge | 02:30 | 800.00 |
| 01/11/2016 | ECM | Visit Human Rights Commission of Mexico City to meet with agent and verify last proceedings in the complaint at issue. | 01:30 | 322.50 |
| 01/11/2016 | PARALEGAL A | Prepare briefs requesting date for hearing for the submission of evidence and request the plaintiff the domicile of its accounting records | 01:00 | 135.00 |
| 03/11/2016 | ACG | Telephone call with E. Gallegos and analysis with M. Peña on evidence submitted by E. Barbachano. E-mail to M. Cunningham on accounting expert evidence in ARIZONA in the commercial action. Analysis with G. Nieto on complaint before SAT. Telephone call with M. Cunningham and D. Menashi on various matters to be followed on case at issue. Analysis with L. Álvarez on labor action and matters to be followed. | 04:00 | 1,920.00 |
| 03/11/2016 | MHO | Visit Central Attorney's General Office for Financial Crime of the PGJCM to meet with head of such entity on change of MP and meet with prosecutor to insist on delivery of certified copies to the Civil Court | 03:00 | 960.00 |
| 03/11/2016 | MPP | Visit to the appeal court in order to had a work meeting with the judge in regards of the incompetence. Preparation of writings in regards of the objection of evidence exhibit by EBL. | 04:30 | 1,440.00 |
| 03/11/2016 | PARALEGAL A | Visit 39 Court on Civil matters to review rulings clarifying court orders referred to in the admission of expert evidence submitted by the parties. Submit briefs requesting date for hearing for the submission of evidence as well as requesting the plaintiff the domicile where its accounting is registered. Coordinate submission of briefs accepting the position as appointed experts. | 02:00 | 270.00 |
| 04/11/2016 | MPP | Work meeting with accounting expert appointed by ARIZONA in order to render the opinion in regards of EBL account. Visit 39 civil court in order to meet with the official of the court on the evidence requested by Arizona of the criminal case. | 06:00 | 1,920.00 |
| 04/11/2016 | ECM | Visit Attorney's General Office of Public Servants of the Attorney General of the Federal District to verify last decisions in the criminal investigation at issue. | 02:00 | 430.00 |
| 04/11/2016 | PARALEGAL A | Visit Court 39 of the Civil matters to accompany the experts appointed by Arizona Beverage de México to file acceptance of their position and to ratify same before the court clerk. Visit Civil Court to review ruling on evidence submitted on timely manner. | 02:30 | 337.50 |
| 07/11/2016 | ACG | Analysis with M. Hernández decision of Human Rights Commission of the Federal District indicating that there is | 04:00 | 1,920.00 |

| Date | Initials | Description | Time | Amount |
|---|---|---|---|---|
| | | no infringement to human rights of J. Villagra. Analysis with G. Nieto on the anonymous complaint before Tax Administration Service ("SAT"). Review with M. Peña the statement of criminal charges for E. Barbachano in the civil action for the submission of its evidence. | | |
| 07/11/2016 | MHO | Visit Central Attorney´s General Office for Financial Crime to review delivery of certified copies to the Civil Court submitted as evidence in the proceedings. Review file | 03:00 | 960.00 |
| 07/11/2016 | JMF | In-house meeting with MPP regarding reception of evidence offered by ARIZONA. | 00:25 | 122.92 |
| 07/11/2016 | RPM | Meeting with A. Catalá on status of criminal investigation and matters of the expert report on writing requested by accusers. | 01:00 | 295.00 |
| 07/11/2016 | PARALEGAL A | Visit 39 Civil Court to review decisions accepting position as expert appointed by Arizona Beverage de México. Review decision for the submission of evidence. Assist Mauricio Pena to obtain signature of Juan Villagra. Prepare list of questions for the confessional hearing | 03:00 | 405.00 |
| 08/11/2016 | ACG | Analysis with A. Palafox on expert in writing and matters to be followed. Analysis with M. Peña on last actions of the of the civil action. Review information sent by M. Cunningham on various e-mails | 02:00 | 960.00 |
| 08/11/2016 | MHO | Visit Central Attorney's General Office for Financial Crime to meet with head of entity to review decision on change of MP. Visit Attorney's General Office of Civil Processes to meet with assistant secretary and verify the non-prosecution issued in the criminal investigation. | 04:00 | 1,280.00 |
| 08/11/2016 | MPP | Visit to the 39 Civil court in order to participate in the hearing to express confession of Arizona,EBL. Preparation of 4 writings in regads of the evidence offered by Arizona. | 05:00 | 1,600.00 |
| 08/11/2016 | PARALEGAL A | Assist Mauricio Pena in the hearing for the submission of evidence in the civil court No. 39. Review rulings with respect to terms of 10 days granted to the experts to submit corresponding reports. Review term granted for 3 days to provide the domicile where the accounting of ARIZONA BEVERAGES MEXICO is registered. Review accounting submitted by Eugenio Barbachano Losa and meet with accounting expert, Francisco Penafort, on submission of the requested report. | 04:00 | 540.00 |
| 09/11/2016 | ACG | Analysis with M. Hernández on various matters of the criminal investigations and matters to be followed. Review decision of the Attorney's General Office of Financial Crime on change of authority who will handle the criminal investigation based on the request made | 02:00 | 960.00 |
| 09/11/2016 | MPP | Preparation of 6 writings in order to revoke the admission of the account evidence offered by EBL Review of 8 resolutions of the civil judge in regards of the preparation of the evidence of both parts. | 06:30 | 2,080.00 |
| 09/11/2016 | RPM | Visit General Office of Expert Services to meet with officers to discuss expert report on writing. | 02:30 | 737.50 |
| 09/11/2016 | PARALEGAL A | Visit 39th Civil Court with I. Cal y Mayor to analyze signatures of Eugenio Barbachano Losa. Visit Civil Court to review decision whereby Eugenio Barbachano Losa submits evidence and pleadings related to motion to dismiss for lack of jurisdiction brought by Arizona Beverages México. | 02:00 | 270.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/11/2016
Bill 143862

| | | | | |
|---|---|---|---|---|
| 09/11/2016 | PARALEGAL A | Prepare briefs to issue certified copies for the submission of evidence and the list of questions | 01:00 | 135.00 |
| 10/11/2016 | ACG | Telephone call with M. Cunningham on actions and matters to be followed in the criminal, civil and labor cases as a result of the actions of E. Barbachano. | 02:00 | 960.00 |
| 10/11/2016 | MHO | Visit Attorney´s General Office of Financial Crime of the PGJ to meet with head of such entity and with new MP in charge of criminal investigation to expose the nature and scope of case with respect to update of state of limitations of the criminal action and review file of same. | 02:30 | 800.00 |
| 10/11/2016 | MPP | Review of resolutions in regards of the evidence exhibit by EBL. Meeting with expert on writing to nullify the signature of the commision agency agreement | 03:00 | 960.00 |
| 10/11/2016 | PARALEGAL A | Visit Local Conciliation and Arbitration Board ("JLCA") No. 16 to obtain signature of Juan Villagra to request certified copies of hearing carried out in Court No. 39 for the submission of evidence and list of questions | 01:00 | 135.00 |
| 11/11/2016 | ACG | Analysis with M. Hernández and M. Peña, indistinctively, on the approval by the prosecutor of the non-prosecution issued in the criminal investigation derived from the false statement offense by E. Barbachano; as well as matters related to civil action and matters to be followed. | 01:00 | 480.00 |
| 11/11/2016 | MHO | Telephone call with M. Peña and A. Catalá to define strategy to be followed in case related to expert report submitted by E. Barbachano. | 01:00 | 320.00 |
| 11/11/2016 | MPP | Work meeting with the accountant expert designed by Arizona in the legal case of EBL.<br>Visit to the 39 Civil court in order to review the evidence offered by EBL (ARIZONA Account Evidence)<br>Meeting with Juan Christian Villagra Peña. | 06:30 | 2,080.00 |
| 11/11/2016 | PARALEGAL A | Visit Local Conciliation and Arbitration Board ("JLCA") No. 16 to file official communication sent by Court 39 so that Board may indicate the day and time in which experts in writing may review the signature stamped in the alleged commercial commission Agreement. | 01:00 | 135.00 |
| 11/11/2016 | PARALEGAL C | Send documents to Court related to BARBACHANO case | 01:30 | 127.50 |
| 12/11/2016 | MPP | Continue reviewing documentation in order to prepare an Amparo against the admission of the account evidence submitted by EBL | 10:00 | 3,200.00 |
| 13/11/2016 | MPP | Prepare amparo against the admission of the evidence submitted by EBL | 10:00 | 3,200.00 |
| 14/11/2016 | HCI | Meeting with MPP on evidence submitted by counterpart. | 00:20 | 160.00 |
| 14/11/2016 | ACG | E-mail to M. Cunningham on case at issue. Review and analyze action of evidence of J. Villagra and E. Barbachano in the commercial action. Telephone call with M. Cunningham on progress on case and activities to be carried out. | 03:00 | 1,440.00 |
| 14/11/2016 | MPP | Visit to the 39 Civil court in order to assist in the hearing in regards to the expert examination in writing. Prepare three motions on the evidence of ARIZONA. | 07:00 | 2,240.00 |
| 14/11/2016 | ECM | Visit Attorney's General Office of Public Servants of the Attorney General of the Federal District to meet with MP and verify statements of the presumably liable ad the last decision in the criminal investigation at issue. Verify status of complaint derived from the illegal arrest of J. Villagra | 03:00 | 645.00 |
| 14/11/2016 | PARALEGAL A | File indirect amparo brief against admission of expert accounting evidence submitted by Eugenio Barbachano | 02:00 | 270.00 |

| | | | | |
|---|---|---|---|---|
| | | Losa on the accounting of Arizona Beverage de México. File appeal against court order admitting accounting expert. | | |
| 15/11/2016 | ACG | Telephone call with I. Cal y Mayor, experts in writing , on project entrusted for the study and expert on signatures in the commercial agency Agreement. | 00:15 | 120.00 |
| 15/11/2016 | PARALEGAL A | Visit 39th Civil Court to review rulings. Visit Court No 4 of the Federal District to follow-up indirect amparo brought by Arizona Beverages México. | 01:30 | 202.50 |
| 15/11/2016 | PARALEGAL A | Visit Local Conciliation and Arbitration Board ("JLCA") to meet with court clerk and arrange that experts in writing study the signatures stamped in the alleged commercial agency Agreement | 01:00 | 135.00 |
| 16/11/2016 | MHO | Visit Attorney's General Office of Public Servants of the Attorney General of the Federal District to review proceedings of the criminal investigation related to actions carried out and meet with MP in charge of same. | 02:30 | 800.00 |
| 16/11/2016 | MPP | Review of 6 resolutions in the local civil court. Preparation of writing in regards of the Constitutional Auction (Amparo) | 04:00 | 1,280.00 |
| 16/11/2016 | PARALEGAL A | Visit Court 39 to review rulings. Visit Court 34 of the District Court to give notice on admission of indirect amparo brought by ABM. Visit 4th Civil Court on file to judge Juan Arturo Cevedo to issue a judgment related to motion to dismiss for lack of jurisdiction brought by ABM. Visit Filing Office in San Lázaro to respond to court request. | 03:00 | 405.00 |
| 17/11/2016 | ACG | E-mails on progress of the labor and civil matters and actions to be taken. | 01:15 | 600.00 |
| 17/11/2016 | MHO | Visit Central Attorney's General Office for Financial Crime of the PGJ to review matters related to statute of limitations of the criminal action that will be included in the non-prosecution of the criminal investigation on the alleged fraud offense. Meeting with head of the entity on the same matter. | 03:30 | 1,120.00 |
| 17/11/2016 | PARALEGAL A | Submit appeal against court order whereby expert accounting report is intended to be included in accounting documents of ABM. Meeting with Mr. Peñafot to deliver various documents that will be studied to submit report. Visit 4th District Court to follow-up indirect amparo brought by ABM. | 02:30 | 337.50 |
| 18/11/2016 | ACG | Review brief of newly-discovered evidence from Arizona in the labor action. Analysis with M. Hernández on non-prosecution issued by MP that derived from the financial crime of the complaint resulting from fraud  brought by E. Barbachano. | 01:15 | 600.00 |
| 18/11/2016 | ECM | Visit to the Financial Crimes Agency of the Attorney General´s Office of Mexico City, to hold a meeting with the Public Prosecutor in order to verify the last actions carried out in the criminal investigation. | 01:45 | 376.25 |
| 18/11/2016 | PARALEGAL A | Visit Court 39 on Civil matters to review ruling related to official communication send to the Collegiate Circuit Court No. 13. Visit 4th Civil Court to follow-up motion to dismiss for lack of jurisdiction  brought by ABM. | 01:00 | 135.00 |
| 22/11/2016 | ACG | Analysis with M. Hernández and M. Peña to update information of the matters criminal and civil matters. Telephone call with M. Cunningham and L. Cervantes on the matter. Telephone call with J. Villagra on non-prosecution issued in the criminal investigation derived | 02:00 | 960.00 |

| Date | Initials | Description | Time | Amount |
|---|---|---|---|---|
| | | from fraud | | |
| 22/11/2016 | MHO | Visit Central Attorney's General Office for Financial Crime to meet with head of such entity on non-prosecution issued in the criminal investigation derived from fraud. Meeting with A. Catalá in this regard. Visit Attorney's General Office on Civil Processes to verify dates to approve non-prosecution and notice to E. Barbachano. Telephone call with J. Villagra in this regard | 05:00 | 1,600.00 |
| 22/11/2016 | MPP | Review of the legal files of the civil local court in regards of the evidence exhibit by EBL. Preparation of 2 writing of the objection of documents exhibit by EBL | 03:30 | 1,120.00 |
| 22/11/2016 | MPP | Visit to the appeal court in order to have a work meeting with the judge in order to explain the arguments of the Incompetence exception. | 02:30 | 800.00 |
| 22/11/2016 | PARALEGAL A | Visit Local Conciliation and Arbitration Board ("JLCA") on meeting with expert in writing to analyze signature of the alleged commercial agency Agreement included in the labor file. Visit 4th District Court to review ruling granting provisional suspension of the claimed actions in the in the indirect amparo brought by ABM. | 04:00 | 540.00 |
| 23/11/2016 | ACG | E-mail to labor and civil areas on status of criminal investigation derived from fraud and misrepresentations | 00:30 | 240.00 |
| 23/11/2016 | MPP | Visit Federal District Court in order to meet with official on case at issue | 03:15 | 1,040.00 |
| 23/11/2016 | ECM | Visit to I. Cal y Mayor´s office in order to deliver several documents with J. Villagra´s signature for its corresponding analysis. | 01:00 | 215.00 |
| 23/11/2016 | PARALEGAL A | Review rulings in Court 39 on Civil matters on provisional suspension granted due to the indirect amparo brought by ABM. | 02:00 | 270.00 |
| 24/11/2016 | ACG | Telephone call with I. Cal y Mayor on matters related to study and expert report on writing carried out in signature in the commercial agency Agreement dated 7.18.06 | 00:30 | 240.00 |
| 24/11/2016 | MPP | Visit to the 39 Civil court in order to have a work meeting withe the judge in regards to the amparo proceeding. Visit to the appeal court in order to receive the resolution in which confir the competence of the civil judge. Participation in the diligence and do not permit to show the account information of ARIZONA. | 07:00 | 2,240.00 |
| 24/11/2016 | PARALEGAL A | Visit 4th Civil Court to review judgment issued as a result of the motion to dismiss for lack of jurisdiction brought by ABM. | 01:00 | 135.00 |
| 25/11/2016 | ACG | Analysis with M. Peña and I. Cal y Mayor on study of the expert report on writing. Review expert report on writing prepared by I. Cal y Mayor. Telephone call on the matter. Visit Attorney's General Office on Financial crime derived from fraud | 06:00 | 2,880.00 |
| 25/11/2016 | MPP | Visit to the 39 Civil Court in order to review legal files. Review of the opinion expert of Arizona in the account matters and grafoscopy. Preparation of two writing in order to dismis the opinion expert of EBL. | 04:30 | 1,440.00 |
| 25/11/2016 | ECM | Visit Attorney's General Office of Public Servants of the Attorney General of the Federal District of the PGJ to meet with MP and verify last rulings in the criminal investigation at issue. | 02:00 | 430.00 |
| 25/11/2016 | PARALEGAL A | Prepare brief explaining that our expert studied the | 02:15 | 303.75 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/11/2016
Bill 143862

| | | | | |
|---|---|---|---|---|
| | | commercial agency Agreement to analyze the signature stamped on the same. Submit file. Prepare brief to evidence the professional license of the expert in Information Technology. File brief. Review last details of the reports of the experts in writing and accounting for its submission | | |
| 28/11/2016 | MHO | Study rulings issued by Human Rights Commission of Mexico City to prepare grievance to be filed against the same as a result of the denial to declare the responsibility against public servants that arrested J. Villagra. Visit Attorney's General Office of Financial Crime to review the possible approval of the non-prosecution issued in the criminal investigation related to the alleged fraud offense | 04:00 | 1,280.00 |
| 28/11/2016 | MPP | Review of 4 resolutions in regards of the civil case and the accomplishment of the guaranty in the amparo. Review of 3 document´s presented by EBL. | 02:30 | 800.00 |
| 28/11/2016 | PARALEGAL A | Visit Court 39 on Civil matters to review various rulings | 01:30 | 202.50 |
| 28/11/2016 | PARALEGAL A | Visit Court No 4 to review judgment granting definitive suspension as a result of the indirect Amparo. Obtain bill of deposit and prepare brief to be filed in the District Court. | 02:00 | 270.00 |
| 29/11/2016 | MPP | Visit Federal District Court in order to meet with the official on case at issue. | 02:00 | 640.00 |
| | | **TOTAL LEGAL FEES** | **233:05** | **70,175.42** |

## SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 34:15 | 480.00 | 16,440.00 |
| HCI - HECTOR CALATAYUD | 00:20 | 480.00 | 160.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 36:00 | 320.00 | 11,520.00 |
| MPP - MAURICIO ARTURO PEÑA | 100:15 | 320.00 | 32,080.00 |
| JMF - JOSE MASSAS | 00:25 | 295.00 | 122.92 |
| RPM - ROGELIO PALAFOX | 03:30 | 295.00 | 1,032.50 |
| ECM - EDGAR MARTINEZ | 12:45 | 215.00 | 2,741.25 |
| PARALEGAL A | 44:05 | 135.00 | 5,951.25 |
| PARALEGAL C | 01:30 | 85.00 | 127.50 |
| | **233:05** | | **70,175.42** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 70,175.42 |
| V.A.T. 16%: | US $ | 11,228.07 |
| TOTAL: | US $ | 81,403.49 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | |
|---|---|
| **Activity Report:** | **147816** |

Date: 19/01/2017

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.: 019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through December 2016.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,892.50 |
| VAT: | | 302.80 |
| Total: | US $ | 2,195.30 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:             "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                  021000089
Cuenta CLABE:         NA
SWIFT CODE:           CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

CYR
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 147816

Date: 19/01/2017

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from December 2, 2016 through December 6, 2016

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 02/12/2016 | LAE | Final review and filling of "Amparo" before the Federal Labor Court. | 03:50 | 320.00 | 1,226.67 |
| 02/12/2016 | PARALEGAL C | Visit Federal Court to submit the Amparo | 02:30 | 85.00 | 212.50 |
| 06/12/2016 | LAE | Conference call with A. Catala and M. Cunningham. RE: Civil, Tax, Labor and Criminal updated matters. | 01:25 | 320.00 | 453.33 |
| | | **TOTAL LEGAL FEES** | **07:45** | | **1,892.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| LAE - LUIS ANTONIO ALVAREZ | 05:15 | 320.00 | 1,680.00 |
| PARALEGAL C | 02:30 | 85.00 | 212.50 |
| | **07:45** | | **1,892.50** |

| | | |
|--|--|--|
| SUBTOTAL: | US $ | 1,892.50 |
| V.A.T. 16%: | US $ | 302.80 |
| TOTAL: | US $ | 2,195.30 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

| **ARIZONA BEVERAGES** | **Activity Report:** | **150105** |
| --- | --- | --- |

|  | Date: | 16/02/2017 |
| --- | --- | --- |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  | Client No.: | 019573 |
| --- | --- | --- |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through January 2017.

| Subtotal: | US $ | 5,434.59 |
| --- | --- | --- |
| VAT: |  | 869.53 |
| Total: | US $ | 6,304.12 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| Beneficiary Bank: | CITIBANK, N.A. |
| --- | --- |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

CYR
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 150105

Date: 16/02/2017

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from January 6, 2017 through January 30, 2017

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 06/01/2017 | LAE | Meeting with the Labor Board President in order to discuss the additional evidences provided in trial. | 03:00 | 320.00 | 960.00 |
| 11/01/2017 | PARALEGAL A | 1. Visita al juzgado 39 de lo civil para revisar acuerdo en donde se tiene por recibido el oficio del juez 4 de distrito informando se difiere la audiencia constitucional. Lo anterior en relación al amparo indirecto promovido por ABM en contra de la admisión de la pericial contable. | 00:45 | 135.00 | 101.25 |
| 16/01/2017 | LAE | Conference call with Juan Villagra and Martin Cunningham. Re: Personal Testimony´s Hearing. | 01:00 | 320.00 | 320.00 |
| 16/01/2017 | LAE | Drafting the potential questions to be made by opposing party to Juan Villagra as an ABM´s proxy. | 01:00 | 320.00 | 320.00 |
| 17/01/2017 | LAE | Meeting with Juan Villagra and hearing attendance before the Labor Board. Re; Personal Testimony Arizona de Mexico. | 03:50 | 320.00 | 1,226.67 |
| 23/01/2017 | LAE | Visit to the Federal Labor Board in order to attend the hearing related to the personal testimony of Mario Ignacio Medina Diaz. Alejandro Macari Camara and Diego Cortes Mena. | 04:50 | 320.00 | 1,546.67 |
| 30/01/2017 | LAE | Attending the inspection hearing offered by Eugenio Barbachano at the labor board. | 03:00 | 320.00 | 960.00 |
| | | **TOTAL LEGAL FEES** | **17:25** | | **5,434.59** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| LAE - LUIS ANTONIO ALVAREZ | 16:40 | 320.00 | 5,333.34 |
| PARALEGAL A | 00:45 | 135.00 | 101.25 |
| | **17:25** | | **5,434.59** |

SUBTOTAL: US $ 5,434.59
V.A.T. 16%: US $ 869.53
TOTAL: US $ 6,304.12

# BASHAM, RINGE Y CORREA, S.C.



Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**   **151609**

| | |
|---|---|
| Date: | 28/02/2017 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through February 2017.

| | | |
|---|---|---|
| Subtotal: | US $ | 16,960.00 |
| VAT: | | 2,713.60 |
| Total: | US $ | 19,673.60 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

CYR
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 151609

Date: 28/02/2017

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from February 2, 2017 through February 24, 2017

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America


Attn.: Martin Cunningham


## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 02/02/2017 | MPP | Visit to the 4 District Court in order to have a work meeting with the official of the second AMPARO against the incompetence. | 02:30 | 800.00 |
| 02/02/2017 | MPP | Visit to the civil local court in order to review the resolution of the petition of EBL. | 01:30 | 480.00 |
| 03/02/2017 | ACG | Review amparo judgment related to admission of the expert evidence on accounting matters submitted by E. Barbachano in the civil action, granting amparo to ARIZONA | 01:15 | 600.00 |
| 03/02/2017 | MPP | Visit Federal district court in order to obtain notice of the resolution of the Amparo.  Visit 39th  Civil court in order to review the three resolutions regarding the evidence submitted  by EBL. | 04:30 | 1,440.00 |
| 03/02/2017 | MPP | Visit 39th Civil court in order to review the 3 resolutions regarding the evidence submitted by EBL. | 02:30 | 800.00 |
| 07/02/2017 | MPP | Review of the resolution of the AMPARO against the admission of the booking expert opinion offered by EBL. | 03:30 | 1,120.00 |
| 09/02/2017 | MHO | Visit District Court of Amparo eon criminal matters to meet with court clerk in charge of amparo brought by E. Barbachano against non-prosecution derived from the alleged false statement offense | 03:00 | 960.00 |
| 09/02/2017 | MPP | Visit to the 4 Federal District Court in order to review the report rendered by the 39 Civil Judge regarding the lack of jurisdiction | 03:00 | 960.00 |
| 10/02/2017 | MPP | Visit 39th Civil Court in order to review the legal files and file brief regarding the objection of the evidence requested by EBL. | 02:30 | 800.00 |
| 13/02/2017 | MPP | Visit to the 39 Civil Court in order to review the legal files of the civil case. Submit the answer of the labor judge regarding the authorization to the 3 experts in order to review the signature of Juan Villagra | 02:00 | 640.00 |
| 14/02/2017 | ACG | Telephone call with F. Menashi and M. Cunningham on status of case and pending matters | 00:15 | 120.00 |
| 14/02/2017 | MPP | Visit to the 39 Civil Court in order to review the decision of the judge regarding the grafoscopy opinion of the expert. | 01:30 | 480.00 |
| 14/02/2017 | MHO | Visit Central Attorney's General Office for Financial Crime of the Attorney General if Mexico City to meet with Public Prosecutor Office ("MP") and assistant of the prosecutor to expose reasons for confirming the non-prosecution issued | 02:30 | 800.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 28/02/2017
Bill 151609

| | | | | |
|---|---|---|---|---|
| | | in the criminal investigation for the alleged false statement offense | | |
| 16/02/2017 | MHO | Visit Attorney's General Office of Financial Crime of the PGJ to meet with MP in charge of criminal investigation against public servants that illegal arrested J. Villagra. Visit Human Rights Commission to search for the motion brought against decision issued by CNDH of Mexico City and meet with officers in charge of same. | 05:00 | 1,600.00 |
| 17/02/2017 | MPP | Visit to 39 Civil Court in order to review the legal files and obtain the resolution of the judge in regards of the evidence exhibit by EBL. | 02:00 | 640.00 |
| 21/02/2017 | MPP | Meeting with the official of the civil court in regards of the execution of the Amparo. | 02:30 | 800.00 |
| 21/02/2017 | MHO | Visit District Court of Amparo on criminal matters in Mexico City to meet with head of such entity and expose reasons for denying amparo and protection by the federal justice to E. Barbachano related to motion brought against non-prosecution issue in the criminal investigation as a result of the false statement offense. Visit Central Attorney's General Office for Financial Crime of the PGJ to meet with MP in charge of reviewing motion for reconsideration brought by Barbachano against non-prosecution issued in the criminal investigation resulted from the fraud offense. | 02:30 | 800.00 |
| 22/02/2017 | ACG | Analysis with M. Peña on expert report appointed by the court due to dissenting opinions on writing issued in the civil action that determine that the signature of the commission Agreement belongs to J. Villagra and determine strategy to be followed | 00:30 | 240.00 |
| 22/02/2017 | MPP | Visit to the 39 Civil Court in order to obtain 4 resolutions in the civil case and obtain the opinion of the 3 expert in grafoscopy | 03:00 | 960.00 |
| 23/02/2017 | MHO | Visit CNDH to meet with officers and discuss motion for reconsideration brought by against the decision issued by the State Entity that determined that there is no infringement to the human rights in the detention of J. Villagra. | 02:00 | 640.00 |
| 23/02/2017 | MPP | Review of the opinion of the 3th expert in grafoscopy | 01:30 | 480.00 |
| 24/02/2017 | MHO | Telephone call with J. Villagra to solve inquiries related to case and prepare memo to be filed before the District Court of Amparo that has knowledge of the motion brought by E. Barbachano against non-prosecution. | 02:30 | 800.00 |
| | | **TOTAL LEGAL FEES** | **52:00** | **16,960.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 02:00 | 480.00 | 960.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 17:30 | 320.00 | 5,600.00 |
| MPP - MAURICIO ARTURO PEÑA | 32:30 | 320.00 | 10,400.00 |
| | **52:00** | | **16,960.00** |

| | | | |
|---|---|---|---|
| | SUBTOTAL: | US $ | 16,960.00 |
| | V.A.T. 16%: | US $ | 2,713.60 |
| | TOTAL: | US $ | 19,673.60 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

<span style="color:orange">**Activity Report:**</span>     <span style="color:orange">**152399**</span>

Date:     13/03/2017

Client No.:     019573

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through February 2017.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,440.00 |
| VAT: | | 230.40 |
| Total: | US $ | 1,670.40 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:     "388 Greenwich Street 10013 New York, N.Y."
Account:     0036967977
ABA:     021000089
Cuenta CLABE:     NA
SWIFT CODE:     CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

CYR
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



Activity Report: **152399**

|  |  |
|---|---|
| Date: | 13/03/2017 |

**ARIZONA BEVERAGES**

|  |  |
|---|---|
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from February 22, 2017 through February 22, 2017

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 22/02/2017 | JPA | Meeting with The General Secretary of the Federal Labor Board Re. Additional Evidence. | 03:00 | 480.00 | 1,440.00 |
|  |  | **TOTAL LEGAL FEES** | **03:00** |  | **1,440.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JPA - JORGE G. DE PRESNO | 03:00 | 480.00 | 1,440.00 |
|  | **03:00** |  | **1,440.00** |

|  |  |  |
|---|---|---|
| SUBTOTAL: | US $ | 1,440.00 |
| V.A.T. 16%: | US $ | 230.40 |
| TOTAL: | US $ | 1,670.40 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **207157**

|  |  |
|---|---|
| Date: | 22/01/2019 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  |  |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through December 2018.

| | | |
|---|---|---|
| Subtotal: | US $ | 922.25 |
| VAT: | | 147.56 |
| Total: | US $ | 1,069.81 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:    CITIBANK, N.A.
Location:         "388 Greenwich Street 10013 New York, N.Y."
Account:         0036967977
ABA:            021000089
Cuenta CLABE:      NA
SWIFT CODE:       CITIUS33
Beneficiary name:   BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

EAE
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (442) 199 0506
basham_qro@basham.com.mx



| | | | | | **Activity Report:** | **207157** |
| --- | --- | --- | --- | --- | --- | --- |

**ARIZONA BEVERAGES**

| | |
| --- | --- |
| | Date: 22/01/2019 |
| | Partner: ACG |
| | Executive: ACG |
| | Client No.: 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from December 19, 2018 through December 21, 2018

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
| --- | --- | --- | --- | --- |
| 19/12/2018 | MPP | Review of the labor resolution | 02:00 | 448.00 |
| 20/12/2018 | PARALEGAL B | Visit to the Office of Special and Electoral Affairs for an interview with the private secretary of the prosecutor. | 01:00 | 80.50 |
| 21/12/2018 | ACG | Conference call with M. Cunningham and J. De Presno regarding the follow up on civil, criminal and labor issues. | 00:30 | 168.00 |
| 21/12/2018 | ECM | Visit to the Office of the Prosecutor for Civil Processes to hold an interview with an agent of the Public Prosecutor´s Office verifying the possible filed of the report on graphoscopy by the General Directorate of Expert Services. | 01:30 | 225.75 |
| | | **TOTAL LEGAL FEES** | **05:00** | **922.25** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
| --- | --- | --- | --- |
| ACG - ALEJANDRO CATALA | 00:30 | 336.00 | 168.00 |
| MPP - MAURICIO ARTURO PEÑA | 02:00 | 224.00 | 448.00 |
| ECM - EDGAR MARTINEZ | 01:30 | 150.50 | 225.75 |
| PARALEGAL B | 01:00 | 80.50 | 80.50 |
| | **05:00** | | **922.25** |

| | | |
| --- | --- | --- |
| SUBTOTAL: | US $ | 922.25 |
| V.A.T. 16%: | US $ | 147.56 |
| TOTAL: | US $ | 1,069.81 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**　　**207379**

Date:　　24/01/2019

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:　　019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through December 2018.

| | | |
|---|---|---|
| Subtotal: | US $ | 2,922.50 |
| VAT: | | 467.60 |
| Total: | US $ | 3,390.10 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:　　CITIBANK, N.A.
Location:　　"388 Greenwich Street 10013 New York, N.Y."
Account:　　0036967977
ABA:　　021000089
Cuenta CLABE:　　NA
SWIFT CODE:　　CITIUS33
Beneficiary name:　　BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

EAE
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



Date: 24/01/2019

Partner: JPA
Executive: JPA
Client No.: 019573

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from December 4, 2018 through December 20, 2018

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 04/12/2018 | JPA | Conference call with Martin Cunningham Re. Following steps Labor, Civil cases. | 01:00 | 336.00 | 336.00 |
| 04/12/2018 | LAE | Conference call with Martin Cunningham Re. Labor Civil Claims. | 01:00 | 224.00 | 224.00 |
| 19/12/2018 | AHF | Prepared amparo for the Eugenio Barbachano Losa trial, to be file at Local Labor Board. | 06:00 | 189.00 | 1,134.00 |
| 20/12/2018 | AHF | Prepared amparo for the Eugenio Barbachano Losa trial, to be file at Local Labor Board. | 06:30 | 189.00 | 1,228.50 |
| | | **TOTAL LEGAL FEES** | **14:30** | | **2,922.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JPA - JORGE G. DE PRESNO | 01:00 | 336.00 | 336.00 |
| LAE - LUIS ANTONIO ALVAREZ | 01:00 | 224.00 | 224.00 |
| AHF - ALEJANDRO HERNANDEZ | 12:30 | 189.00 | 2,362.50 |
| | **14:30** | | **2,922.50** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 2,922.50 |
| V.A.T. 16%: | US $ | 467.60 |
| TOTAL: | US $ | 3,390.10 |



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:** **208822**

| | |
|---|---|
| Date: | 13/02/2019 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through January 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 4,777.50 |
| VAT: | | 764.40 |
| Total: | US $ | 5,541.90 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** **208822**

Date: 13/02/2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from January 1, 2019 through January 3, 2019

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 01/01/2019 | DEJ | Prepared amparo for the Eugenio Barbachano Losa trial, to be file at Local Labor Board. | 05:00 | 189.00 | 945.00 |
| 01/01/2019 | AHF | Prepared amparo for the Eugenio Barbachano Losa trial, to be file at Local Labor Board. | 05:00 | 189.00 | 945.00 |
| 02/01/2019 | DEJ | Prepared amparo for the Eugenio Barbachano Losa trial, to be file at Local Labor Board. | 05:00 | 189.00 | 945.00 |
| 02/01/2019 | AHF | Prepared amparo for the Eugenio Barbachano Losa trial, to be file at Local Labor Board. | 05:00 | 189.00 | 945.00 |
| 03/01/2019 | AHF | Prepared amparo for the Eugenio Barbachano Losa trial, to be file at Local Labor Board. | 04:00 | 189.00 | 756.00 |
| 03/01/2019 | PARALEGAL B | The signature of the agent of the company Arizona Beverages, Juan Christian Villagra Peña, was sought to subsequently file the amparo, of the trial followed by the worker Eugenio Barbachano Losa, against the company, from the labor file: 545/2015. | 03:00 | 80.50 | 241.50 |
| | | **TOTAL LEGAL FEES** | **27:00** | | **4,777.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| AHF - ALEJANDRO HERNANDEZ | 14:00 | 189.00 | 2,646.00 |
| DEJ - DULCE ESTRADA | 10:00 | 189.00 | 1,890.00 |
| PARALEGAL B | 03:00 | 80.50 | 241.50 |
| | **27:00** | | **4,777.50** |

SUBTOTAL: US $ 4,777.50
V.A.T. 16%: US $ 764.40
TOTAL: US $ 5,541.90



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **210821**

| | |
|---|---|
| Date: | 11/03/2019 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:     019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through January 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 7,895.72 |
| VAT: | | 1,263.32 |
| Total: | US $ | 9,159.04 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 210821

| | |
|---|---|
| Date: | 11/03/2019 |

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from January 7, 2019 through January 31, 2019

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 07/01/2019 | PARALEGAL A | Visit to the Fifth Civil Court of the Supreme Court of Justice in Mexico in order to request the appeals of the negative arrest warrant in the criminal case 159/2018 by the Eighth court Non-serious crimes in Mexico City. | 01:15 | 118.13 |
| 08/01/2019 | MHO | Visit to Special Affairs Office in order to review the last proceedings made to the investigarion file regarding the claim brought against J. Villagra and the company; preparing writings to request a hearing with the Prosecutor who has the matter abstracts at the Prosecutors Office in Mexico City. | 02:00 | 448.00 |
| 08/01/2019 | PARALEGAL A | Visit to Special and Electoral Office in order to have an interview with the Secretary assistant at the Public Prosecutor Office in charge of the investigation file 781/10-2017 related to the reminder office for which we are going to request the police assistance and the court is going to continue with the graphology evidences. | 01:00 | 94.50 |
| 09/01/2019 | PARALEGAL A | Visit to the General Prosecutors Office in Mexico City in order to submit the writings to request an interview with the new Prosecutor in charge of the preliminary proceedings 799/15-11 and the investigation file 781/10-2017. | 01:00 | 94.50 |
| 10/01/2019 | ECM | Visit to the General Prosecutors Office at the division of Civil Proceedings for an interview with the Public Prosecutor official in order to review the progress of judgment of the graphology evidences made by General Directorate of Expert Services. | 01:30 | 225.75 |
| 14/01/2019 | MHO | Visit to Special Affairs office in order to review the reports submitted to the investigation file by the graphology expert. | 02:00 | 448.00 |
| 15/01/2019 | MPP | Visit to the civil court in order to review the documents sended to the appeal court. | 01:30 | 336.00 |
| 15/01/2019 | MHO | Preparing document to request an interview with the New Prosecutor in order to explain the issues of this matter. | 01:30 | 336.00 |
| 16/01/2019 | ECM | Visit to the General Prosecutor Office at the expert services division in Mexico City to have an interview with the Official regarding the judgement of the graphology expert pending of submission at the investigation file. | 01:25 | 213.21 |
| 16/01/2019 | ECM | Visit to the Criminal Division of the Supreme Court of Justice in Mexico City in order to verify the estatus of the criminal case  for the polices consignment who arrest to J. Villagra. | 01:30 | 225.75 |
| 16/01/2019 | PARALEGAL A | Visit to the local court to check file procedural status. | 01:30 | 141.75 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| Date | Role | Description | Time | Amount |
|---|---|---|---|---|
| 18/01/2019 | PARALEGAL A | Visit to Eighth Court of non-serious crimes to have an interview with Public Prosecutor related to the criminal case 159/2018 for the application of the appeals against the negative arrest warrant. | 01:15 | 118.13 |
| 21/01/2019 | MPP | Review of legal files in regards of the constitutional action in the labor claim, and the possibility to use in the civil case. | 02:30 | 560.00 |
| 21/01/2019 | PARALEGAL A | Visit to Prosecutors Control´s unit to have an interview with the Public Prosecutor in charge whereby we request a meeting to review the proceedings 871/10-2017 ans 799/15-11. | 01:00 | 94.50 |
| 21/01/2019 | PARALEGAL A | Visit to the local court to check file procedural status. | 01:00 | 94.50 |
| 22/01/2019 | PARALEGAL A | Visit to the Fifth Criminal Office in order to obtain the file number TOCA 22/2019, related to the criminal case 159/2018 registered at the Eight Criminal Court for Non-serious crimes; interview with the Official who attend the proceeding of the file TOCA related to the same admission. Visit to Prosecutors Office ascribed to the Fifth Criminal Office for an interview related to the file TOCA 22/2019; assistance to the hearing related to the investigation file. Preparing document for the authorization of several individuals and requesting copies of the file number TOCA 22/2019 registered at the Fifth Criminal office of the General Prosecutor of Justice office at Mexico city. | 03:00 | 283.50 |
| 22/01/2019 | PARALEGAL A | Visit to the local court to check judicial order on file. | 01:30 | 141.75 |
| 24/01/2019 | MPP | Visit to the civil court in regards of appeal process of EBL | 02:30 | 560.00 |
| 24/01/2019 | PARALEGAL A | Visit to client´s representative office in order to obtain the document and the power of attorney that certify it´s identity. Visit to the Public Prosecutor´s Office registered to the Fifth Criminal office of the General Prosecutors office of Justice at Mexico City in order to submit a document and several simple copies. Visit to the Public Prosecutor´s Office registered to the Fifth Criminal Office of the General Court of Justice of Mexico City for an interview with the Public Prosecutor´s who is in charge of the appeal of the file number TOCA 22/2019, as well as to take picture of the of the resolution file where it is denying the arrest warrant against several public officers. | 04:00 | 378.00 |
| 28/01/2019 | MHO | Reviewing the investigation file and preparing a document of the offenses that will be submit at the hearing related to the negative appeal interposed against the negative arrest warrant requested to the Public Officers that arrest Mr. J Villagra. | 03:00 | 672.00 |
| 28/01/2019 | PARALEGAL A | Visit to the local court to check file procedural status. | 01:00 | 94.50 |
| 29/01/2019 | MHO | Visit to the Fifth Criminal Office of the General Prosecutor Office of Justice at Mexico City in order to attend the proceeding for the acceptance and the charge protest as Legal Adviser of J. Villagra; Visit to Prosecutors Office at Civil Court in order to have an interview with the New Public Prosecutor in charge of this preliminary investigation in order to explain the background of the matter. Visit to the Special Affairs Office in order to attend the document ratification before the Public Prosecutor Office in charge of this investigation. | 03:00 | 672.00 |
| 30/01/2019 | MPP | New motion in order to dismiss appeal of EBL. | 02:00 | 448.00 |
| 30/01/2019 | PARALEGAL A | Visit to the Prosecutor Office at Mexico City in order to follow the hearing requested related to the file investigation | 01:30 | 141.75 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| | | | | |
|---|---|---|---|---|
| | | 781/10-2917 and preliminary investigation 799/15-11. Visit to the Special Affairs Office in order to know the status of the hearings related to the investigation file number 781/10-2017. | | |
| 30/01/2019 | PARALEGAL A | Visit to the local court to check file procedural status. | 01:00 | 94.50 |
| 31/01/2019 | ACG | Internal meeting with M. Hernández in order to analyze the matter and to nest steps. | 00:20 | 112.00 |
| 31/01/2019 | MHO | Preparing a document in order to submits the formal evidences to establish the impossibility that Mr. J. Villagra was signed the claimed commercial agreement because the date they declared the agreement was signed, Mr. Villagra was at Colombia. Internal meeting with ACG in order to analyze the matter. | 02:00 | 448.00 |
| 31/01/2019 | ECM | Visit to the Public Prosecutors Office at the General Prosecutors Court of Justice in Mexico City in order to have an interview with the Prosecutor and to expose the background and a complaint of this matter. | 02:00 | 301.00 |
| | | **TOTAL LEGAL FEES** | **48:45** | **7,895.72** |

## SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 00:20 | 336.00 | 112.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 05:30 | 224.00 | 1,232.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 08:00 | 224.00 | 1,792.00 |
| MPP - MAURICIO ARTURO PEÑA | 01:30 | 224.00 | 336.00 |
| MPP - MAURICIO ARTURO PEÑA | 07:00 | 224.00 | 1,568.00 |
| ECM - EDGAR MARTINEZ | 01:30 | 150.50 | 225.75 |
| ECM - EDGAR MARTINEZ | 04:55 | 150.50 | 739.96 |
| PARALEGAL A | 08:30 | 94.50 | 803.26 |
| PARALEGAL A | 11:30 | 94.50 | 1,086.75 |
| | **48:45** | | **7,895.72** |

| | | |
|---|---|---|
| SUBTOTAL: US $ | | 7,895.72 |
| V.A.T. 16%: US $ | | 1,263.32 |
| TOTAL: US $ | | 9,159.04 |

# BASHAM, RINGE Y CORREA, S.C.



Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**      **210823**

|  |  |
|---|---|
| Date: | 11/03/2019 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  |  |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through February 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 5,544.88 |
| VAT: | | 887.18 |
| Total: | US $ | 6,432.06 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 210823

Date: 11/03/2019

**ARIZONA BEVERAGES**

Partner: ACG
Executive: ACG
Client No.: 019573

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from February 1, 2019 through February 19, 2019

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 01/02/2019 | MHO | Visit to the Prosecutors Office at the Civil Court in order to review the preliminary investigation and to confirm that the Public Prosecutor was reviewed the documents submitted that proved the absence of crime to seek; Visit to Crime Court in order to review the appealing procedure promoted against the negative warrant arrest requested against the Public Officials who arrest to Mr. J. Villagra. Review of the investigation file in order to prepare this document. | 03:15 | 728.00 |
| 01/02/2019 | PARALEGAL A | Visit to the local court to check procedural status of file. | 01:00 | 94.50 |
| 01/02/2019 | PARALEGAL A | Visit to the Fifth Criminal Office of the General Prosecutor Office of Justice in Mexico City in order to start the proceeding of the proof´s simple copies subscribed to the investigation file TOCA 22/2019. Review the preliminary investigation and criminal object of this matter. | 01:30 | 141.75 |
| 05/02/2019 | MHO | Visit to the Proceedings Office at Civil Court in order to have an interview with the New Public Prosecutor and explain the background of this matter and the reasons of why we believe there is no crime to seek. Visit to the Judge in charge of this resolution project related to the appeal promoted against the negative warrant arrest requested by the Public Prosecutor against the Public  Officials who illegal arrest  Mr. J. Villagra. | 02:00 | 448.00 |
| 05/02/2019 | PARALEGAL A | Visit to the Fifth Criminal Office of the General Prosecutor Office of Justice in Mexico City in order to get a copy of different records that incorporate the investigation file TOCA 22/2019 as the preliminary investigation and the criminal cause of this file. Interview with the Public Prosecutor ascribed to the Office related to the hearing mentioned in this file investigation. | 01:15 | 118.13 |
| 06/02/2019 | MHO | Visit to the Fifth Criminal Office of the General Prosecutor Office of Justice in Mexico City in order to have an interview with the Public Prosecutor and to continue the explanation of the illegal arrest to Mr. J. Villagra by the Public Officials. | 02:00 | 448.00 |
| 06/02/2019 | MPP | Confidential matters/ Visit to the appeal Courtney un orden to follow the 12 appeals process OC EBL. | 02:00 | 448.00 |
| 06/02/2019 | ECM | Visit to the Fifth Criminal Office of the General Prosecutor Office of Justice at Mexico City in order to attend the proceeding for the acceptance and the charge protest as Legal Adviser of J. Villagra. Visit to Prosecutors Office at | 01:30 | 225.75 |

Case 7:23-cv-02228-EK Document 21 Filed 07/18/24 Page 36 of 965 of 225

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 11/03/2019
Bill 210823

| | | | | |
|---|---|---|---|---|
| | | Civil Court in order to have an interview with the New Public Prosecutor and with Mr. M.A. Hernández and to continue with the explanation of the illegal arrest to Mr. J Villagra by the Public Officials. | | |
| 06/02/2019 | PARALEGAL A | Visit to the local court to check judicial order on preliminary trial file. | 01:30 | 141.75 |
| 07/02/2019 | MHO | Visit to the Prosecutors Office in order to review the complaints proceedings submitted against the Public Officials that process this investigation file and the preliminary investigation. | 01:30 | 336.00 |
| 07/02/2019 | PARALEGAL A | Visit to the local court to check procedural status on file. | 01:00 | 94.50 |
| 08/02/2019 | ECM | Visit to the Fifth Criminal Office of the General Prosecutor Office of Justice in Mexico City in order to appear at the hearing; Visit to the Civil Procedures Office at the General Prosecutor Office of Justice in Mexico City in order to have an interview with the Public Prosecutor submitting the evidence documents. | 02:00 | 301.00 |
| 12/02/2019 | ACG | In-house meeting with M. Hernández to analyze the current situation in this issue and aspects to be followed. | 00:30 | 168.00 |
| 12/02/2019 | MPP | Review of the constitutional action of EBL. | 03:00 | 672.00 |
| 12/02/2019 | PARALEGAL A | Visit to the local court to confirm appeal submission to Civil Court. | 01:00 | 94.50 |
| 15/02/2019 | MHO | Visit to the General Prosecutor Office of Justice in Mexico City in order to have an interview with several Officials and to explain the irregularities of this investigation and preliminary investigation so that rectify the matter. | 02:00 | 448.00 |
| 15/02/2019 | PARALEGAL A | Visit to the Civil Court to check judicial orders on 12 appeals filed by Eugenio Barbachano. | 02:00 | 189.00 |
| 19/02/2019 | MHO | Visit to the Proceedings Office in order to have an interview with the Official in charge of the Office related the proceeding of this investigation file against J. Villagra; review the special aspects of this matter; Interview with the Public Prosecutor in charge of this investigation file. | 02:00 | 448.00 |
| | | **TOTAL LEGAL FEES** | **31:00** | **5,544.88** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 00:30 | 336.00 | 168.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 12:45 | 224.00 | 2,856.00 |
| MPP - MAURICIO ARTURO PEÑA | 05:00 | 224.00 | 1,120.00 |
| ECM - EDGAR MARTINEZ | 03:30 | 150.50 | 526.75 |
| PARALEGAL A | 09:15 | 94.50 | 874.13 |
| | **31:00** | | **5,544.88** |

SUBTOTAL: US $ 5,544.88
V.A.T. 16%: US $ 887.18
TOTAL: US $ 6,432.06



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**     **212299**

Date:          28/03/2019

Client No.:        019573

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the expenses incurred through March 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 14.79 |
| VAT: | | 2.37 |
| Total: | US $ | 17.16 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:         "388 Greenwich Street 10013 New York, N.Y."
Account:         0036967977
ABA:           021000089
Cuenta CLABE:       NA
SWIFT CODE:       CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | |
|---|---|
| **Activity Report:** | **212299** |
| Date: | 28/03/2019 |
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

Description of expenses
from March 21, 2019 through March 21, 2019

**EUGENIO BARBACHANO LOSA LAWSUIT**

**Visit to the Federal Board of Conciliation and Arbitration of the City of Mexico, to request the certified copies of the award of file number 545/2015, before the special meeting number sixteen.**

Fees for copies/BM                                                                                       14.79

| | | |
|---|---|---:|
| **SUBTOTAL:** | US $ | 14.79 |
| **V.A.T. 16%:** | US $ | 2.37 |
| **TOTAL:** | US $ | 17.16 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | |
|---|---|
| **Activity Report:** | **212563** |
| Date: | 29/03/2019 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through March 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 6,029.92 |
| VAT: | | 964.79 |
| Total: | US $ | 6,994.71 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 212563

| | |
|---|---|
| Date: | 29/03/2019 |

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from March 1, 2019 through March 26, 2019

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 01/03/2019 | MPP | Review of the 13 appeals process, and the labor constitutional action | 02:30 | 560.00 |
| 01/03/2019 | PARALEGAL A | Visit to the local court to check procedural status on file. | 01:00 | 94.50 |
| 04/03/2019 | MPP | Visit to the civil court in order to review the new arguments of the judge in regards of the correct form to send the 13 appeals | 02:00 | 448.00 |
| 04/03/2019 | ECM | Visit to the Civil Court at the General Prosecutor Office in Mexico City in order to have an interview with the Prosecutor and to verify that copies of the investigation were sent to the Inspector office. | 01:30 | 225.75 |
| 04/03/2019 | PARALEGAL A | Visit to Civil Court to check procedural status on file. | 01:00 | 94.50 |
| 04/03/2019 | PARALEGAL A | Visit to the 5TH Criminal court at the General Prosecutor Office in Mexico City in order to request the status of the Judgement 22/2019. | 01:30 | 141.75 |
| 04/03/2019 | PARALEGAL A | Visit to the local court to check procedural status on file. | 01:30 | 141.75 |
| 05/03/2019 | MHO | Visit to the 5th Criminal court at the General Prosecutor Office in Mexico City in order to have an interview with the Judge in charge of the resolution matter project and to expose the legal reasons of why he must prescribe the provision of freedom to the arrest warrant against the Officials who arrest J. Villagra with a presentation warrant with lacks of evidences for his arrest. | 03:00 | 672.00 |
| 05/03/2019 | MHO | Visit to the Special Affairs office in order to have an interview with the new public Prosecutor in charge of the investigation file as we would like to request as soon as possible the  non-exercise of the criminal action in the absence of any crime to pursue | 01:45 | 392.00 |
| 05/03/2019 | PARALEGAL A | Visit to the local court to check judicial order on file regarding appeals filed by Eugenio Barbachano. | 01:00 | 94.50 |
| 06/03/2019 | MHO | Visit to the Proceedings office at Civil Court in order to review the last diligences included to the investigation files where it is submitted a crime for fallacy in his statements against J. Villagra. | 02:00 | 448.00 |
| 06/03/2019 | PARALEGAL A | Visit to the Special and Elective Affairs Office in order to review the status of the investigation file number 781/10-2017 that is at the Prosecutors office. | 01:00 | 94.50 |
| 11/03/2019 | MHO | Visit to the 5th Criminal Court at the General Prosecutor Office in Mexico City in order to review the criminal toca file and to have an interview with the Prosecutor in charge of the issue the resolution project. | 02:15 | 504.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 29/03/2019
Bill 212563

| | | | | |
|---|---|---|---|---|
| 12/03/2019 | ECM | Visit to the Civil Procedures division at the General Prosecutor Office in Mexico City in order to have an interview with the Prosecutor to request an appointment for the writing ratification and the submission of the appendixes. | 01:20 | 200.67 |
| 12/03/2019 | PARALEGAL A | Visit to the 5th Criminal Court at the General Prosecutor Office in order to take a picture of the sentence dated on March 11th, 2019 at the toca 22/2019; start procedure for a certificated copy of such sentence. | 02:00 | 189.00 |
| 13/03/2019 | PARALEGAL A | Visit to the 5th Criminal Court at General Prosecutor Office at Mexico City in order to receive the certified copy of the sentence at the toca 22/2019. | 01:00 | 94.50 |
| 14/03/2019 | PARALEGAL A | Visit to the local court to check procedural status on appeal file. | 01:30 | 141.75 |
| 19/03/2019 | PARALEGAL A | Visit to the Principal of the Inspector office at the General Prosecutor Office at Mexico City in order to have an interview with the prosecutor who is in charge of the investigation file FS/AS-A/UE-5/EQ-144/2019-01, related with the investigation file CI-FAE/B/UI-3C/D/00781/10-2017. Prepare authorization writing for the complaint record described in the last paragraph. | 02:00 | 189.00 |
| 20/03/2019 | MHO | Visit to the Special Affairs Office in order to have an interview with the Prosecutor and the agency responsable to request the non-exercise of the criminal action in the absence of any crime to pursue | 02:30 | 560.00 |
| 20/03/2019 | PARALEGAL A | Visit to the client´s offices in order to collect a written document by which several persons are authorized to impose the evidence that forms the complaint file FS / AS-A / UE-5 / EQ-144 / 2019-01 at the Agent of the public prosecutor of the General Prosecutor Office in Mexico City. Visit to Inspector division at the General Prosecutor Office at Mexico City in order to submit the writing described at the last paragraph, as well as to consult the determination that contains the complaint file described in the previous paragraph, as well as to register the voice recordings that contains such determination. | 03:00 | 283.50 |
| 21/03/2019 | PARALEGAL A | Audio transcript that records the resolution of complaint file FS / AS-A / UE-5 / EQ-144 / 2019-01, at Inspector Division in the General Prosecutor Office in Mexico City. | 01:00 | 94.50 |
| 22/03/2019 | MHO | Visit to the Public Prosecutors Office at the Civil Court to hold an interview with the new Prosecutor to submit the matters background and to request the non-exercise of the criminal action in the absence of any crime to pursue. | 01:00 | 224.00 |
| 26/03/2019 | PARALEGAL A | Visit to the Special and Electoral Affairs Office in order to review the status of the investigation file number 781 / 10-2017 regarding the offices sent to different courts. Visit to the General Prosecutor Office in Mexico City in order to request the return of the investigation folder indicated in the previous paragraph to the respective prosecutor office, as well as an interview with the Prosecutor Assistant in order to requested appointment for Mr. Hernández hearing. | 01:30 | 141.75 |
| | | **TOTAL LEGAL FEES** | **38:50** | **6,029.92** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| | | | |
|---|---|---|---|
| MHO - MIGUEL ANGEL HERNANDEZ | 12:30 | 224.00 | 2,800.00 |
| MPP - MAURICIO ARTURO PEÑA | 04:30 | 224.00 | 1,008.00 |
| ECM - EDGAR MARTINEZ | 02:50 | 150.50 | 426.42 |
| PARALEGAL A | 19:00 | 94.50 | 1,795.50 |
| | **38:50** | | **6,029.92** |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | **US $** | **6,029.92** |
| **V.A.T. 16%:** | **US $** | **964.79** |
| **TOTAL:** | **US $** | **6,994.71** |



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | |
|---|---|
| **Activity Report:** | **212786** |

| | | |
|---|---|---|
| | Date: | 01/04/2019 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | | |
|---|---|---|
| | Client No.: | 019573 |

Attn.: Martin Cunningham

## EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through February 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 3,351.83 |
| VAT: | | 536.29 |
| Total: | US $ | 3,888.12 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



Date: 01/04/2019

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from February 5, 2019 through February 18, 2019

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 05/02/2019 | AHF | Visit the Federal Labor Board to review the filed of Eugenio Barbachano trial. | 02:00 | 189.00 | 378.00 |
| 07/02/2019 | AHF | Visit the Federal Labor Board with Juan Villagra to attend a hearing of Eugenio Barbachano trial. | 02:00 | 189.00 | 378.00 |
| 08/02/2019 | RVA | Drafting an summary report regarding Re. Case Barbachano. | 01:00 | 206.50 | 206.50 |
| 11/02/2019 | RVA | Drafting an summary report regarding Re. Case Barbachano. | 01:00 | 206.50 | 206.50 |
| 12/02/2019 | LAE | Conference call with Martin Cunningham and DAvid Menashi. RE: Bond and Living Expenes check. | 01:10 | 224.00 | 261.33 |
| 12/02/2019 | AHF | Prepared Federal appeal at Eugenio Barbachano Losa Trial. | 03:00 | 189.00 | 567.00 |
| 13/02/2019 | JPA | Review wording on bond and living guarantee to post in the Amparo. | 01:30 | 336.00 | 504.00 |
| 13/02/2019 | AHF | Prepared a status report of Eugenio Barbachano trial, as per request of Mr. Juan Villagra. | 01:00 | 189.00 | 189.00 |
| 14/02/2019 | AHF | Visit the Federal Labor Board to deposit a check regarding the guarantee of Eugenio Barbachano trial. | 02:00 | 189.00 | 378.00 |
| 18/02/2019 | AHF | Review at Auxiliary of Amparos Office the Eugenio Barbachano´s file. | 01:30 | 189.00 | 283.50 |
| | | **TOTAL LEGAL FEES** | **16:10** | | **3,351.83** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JPA - JORGE G. DE PRESNO | 01:30 | 336.00 | 504.00 |
| LAE - LUIS ANTONIO ALVAREZ | 01:10 | 224.00 | 261.33 |
| RVA - ALEXANDRO RAMIREZ | 02:00 | 206.50 | 413.00 |
| AHF - ALEJANDRO HERNANDEZ | 11:30 | 189.00 | 2,173.50 |
| | **16:10** | | **3,351.83** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 3,351.83 |
| V.A.T. 16%: | US $ | 536.29 |
| TOTAL: | US $ | 3,888.12 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**     **213678**

Date:     12/04/2019

Client No.:     019573

**EUGENIO BARBACHANO LOSA LAWSUIT**

Dear Sirs,

Enclosed please find a description of the services rendered through March 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 2,470.42 |
| VAT: | | 395.27 |
| Total: | US $ | 2,865.69 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:    CITIBANK, N.A.
Location:    "388 Greenwich Street 10013 New York, N.Y."
Account:    0036967977
ABA:    021000089
Cuenta CLABE:    NA
SWIFT CODE:    CITIUS33
Beneficiary name:    BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / E. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** **213678**

Date: 12/04/2019

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from March 4, 2019 through March 28, 2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 04/03/2019 | PARALEGAL C | Visit to Federal Board of Conciliation and Arbitration of the City of Mexico, to request the certified copies of the award of file number 545/2015, before the special meeting number sixteen. | 02:00 | 59.50 | 119.00 |
| 21/03/2019 | PARALEGAL C | Visit to Sixteenth Collegiate Court on Labor matters of the City of Mexico, to submit the promotion where we requested certified copies of the Amparo Promoted by the Actor in the ordinary trial | 02:00 | 59.50 | 119.00 |
| 26/03/2019 | RVA | Drafting a summary report. Re. Eugenio Barbachano´s case. | 00:30 | 206.50 | 103.25 |
| 26/03/2019 | DEJ | Visit to the Labor Court in order to review the date of the next hearing in relation with the amparo appeal Re: Eugenio Barbachano Losa. | 02:30 | 189.00 | 472.50 |
| 26/03/2019 | PARALEGAL C | Visit to Special Board of the Federal Conciliation and Arbitration of Mexico City, for the update of file number 545/2015, in order to know the procedural status in which it is found. | 01:00 | 59.50 | 59.50 |
| 28/03/2019 | JPA | Hearing at The Federal Circuit Court Re. Amparo (Federal Appeal)Barbachano case. | 04:00 | 336.00 | 1,344.00 |
| 28/03/2019 | LAE | E-mail to Martin Cunningham. RE: Outcome on the resolution of our appeal.RE:EB _ | 00:20 | 224.00 | 74.67 |
| 28/03/2019 | PARALEGAL C | Visit to sixteenth Circuit Tribune Collegiate on Labor Matters of Mexico City, to listen to the session of the proceedings of amparo 170/2019 and 171/2019, with the purpose of knowing in what sense the paper would resolve. | 03:00 | 59.50 | 178.50 |
| | | **TOTAL LEGAL FEES** | **15:20** | | **2,470.42** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JPA - JORGE G. DE PRESNO | 04:00 | 336.00 | 1,344.00 |
| LAE - LUIS ANTONIO ALVAREZ | 00:20 | 224.00 | 74.67 |
| RVA - ALEXANDRO RAMIREZ | 00:30 | 206.50 | 103.25 |
| DEJ - DULCE ESTRADA | 02:30 | 189.00 | 472.50 |
| PARALEGAL C | 08:00 | 59.50 | 476.00 |
| | **15:20** | | **2,470.42** |

SUBTOTAL:  US $    2,470.42

ARIZONA BEVERAGES
EUGENIO BARBACHANO LOSA LAWSUIT

| | | |
|---|---|---:|
| **V.A.T. 16%:** | **US $** | **395.27** |
| **TOTAL:** | **US $** | **2,865.69** |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**          **215297**

Date:          30/04/2019

Client No.:          019573

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through April 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 11,307.07 |
| VAT: | | 1,809.13 |
| Total: | US $ | 13,116.20 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:          "388 Greenwich Street 10013 New York, N.Y."
Account:          0036967977
ABA:           021000089
Cuenta CLABE:      NA
SWIFT CODE:      CITIUS33
Beneficiary name:    BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



|  |  |
|---|---|
| Date: | 30/04/2019 |

**ARIZONA BEVERAGES**

|  |  |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from March 19, 2019 through April 29, 2019

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 19/03/2019 | PARALEGAL A | Visit to the local court to check procedural status on file. | 01:00 | 94.50 |
| 19/03/2019 | PARALEGAL A | Visit to the Civil Court to check judicial order on appeal file. | 00:45 | 70.88 |
| 21/03/2019 | PARALEGAL A | Visit to the local court to check procedural status on file. | 01:00 | 94.50 |
| 25/03/2019 | MPP | Visit to the 39 Civil Court on order to have a work meeting with the official of the judges on regards of the a appeal process. | 02:00 | 448.00 |
| 26/03/2019 | PARALEGAL A | Visit to the local court to check judicial order on appeal files. | 00:45 | 70.88 |
| 28/03/2019 | MPP | Visit to the appeal court in order to have a work meeting with official the appeal court. | 02:15 | 504.00 |
| 28/03/2019 | PARALEGAL A | Visit to the local court to confirm appeal files delivery to Civil Court. | 01:30 | 141.75 |
| 29/03/2019 | MHO | Visit to Procurator´s Office at Central Investigations division to have an interview with Prosecutor´s Officer in charge of the investigation file to resolve his doubts about it. | 02:00 | 448.00 |
| 01/04/2019 | MHO | Prepare lawsuit of protection to be submitted against the resolution of the Criminal Court which confirmed the refusal of the arrest warrant against the police officers who unlawful arrested J. Villagra. | 05:00 | 1,120.00 |
| 01/04/2019 | ECM | Record review to obtain different information that will be sumbit as evidence before Court Proceedings division at Prosecutor General Office at Mexico City to the preliminary investigation in the case that we are dealing with. | 01:50 | 275.92 |
| 02/04/2019 | MHO | Visit to Court Proceedings division in order to attend the documentary evidence diligence and to ratify the writing that setting out the scope, as well as interview with the Public Prosecutor to review the records and to explain the reasons of crime absence to pursue. | 04:00 | 896.00 |
| 02/04/2019 | PARALEGAL A | Visit to Special Affairs and Electoral Office in order to query Public Ministry the status of the investigation file number 781/10-2017 at Prosecutors General Office. | 01:00 | 94.50 |
| 03/04/2019 | PARALEGAL A | Visit to Correspondence Office at District Protection Court specialized on Criminal Matters in order to promote a protection lawsuit against the TOCA 22/2019 file of the Fifth Criminal Chamber on the General Prosecutor Justice Office at Mexico City. | 01:30 | 141.75 |
| 03/04/2019 | PARALEGAL A | Visit to Civil Court to check procedural status on appeal files. | 01:00 | 94.50 |
| 04/04/2019 | PARALEGAL A | Visit to Tenth District Court specialized on Criminal Matters at Mexico City in order to review the status of the | 01:15 | 118.13 |

| | | | | |
|---|---|---|---|---|
| | | admission protection lawsuit file number 287/2019. | | |
| 04/04/2019 | PARALEGAL A | Visit to the Civil Court to check judicial orders on appeal files. | 01:30 | 141.75 |
| 05/04/2019 | MHO | Visit to the Prosecutor´s Office of Civil Court Proceedings to know about the expert advances on handwriting matters to determine whether or not Juan Villagra signed the contract of commission agreement. | 02:00 | 448.00 |
| 05/04/2019 | PARALEGAL A | Visit to Tenth District Court specialized on Criminal Matters at Mexico City in order to review the certificates of the investigation file number 287/2019, as well as take some pictures of the admission decree. | 01:30 | 141.75 |
| 08/04/2019 | PARALEGAL A | Visit to the Civil Court to find out the magistrate that will solve appeals. | 01:00 | 94.50 |
| 09/04/2019 | ACG | Analysis with M. Hernández about the matter status and steps to follow. | 01:00 | 336.00 |
| 09/04/2019 | MPP | Review the legal process of the 12 appeals in the civil case | 03:00 | 672.00 |
| 09/04/2019 | PARALEGAL A | Visit to Special Affairs and Electoral Office to have an interview with Public Prosecutor in charge of the investigation file number 781/10-2017, regarding the subpoena to the defendant in order to review the status of the investigation file at the time. | 01:00 | 94.50 |
| 10/04/2019 | PARALEGAL A | Memo drafting regarding intraprocedural appeals. | 01:00 | 94.50 |
| 11/04/2019 | PARALEGAL A | Visit to Tenth District Court specialized on Criminal Matters at Mexico City in order to review the certificates of the investigation file number 287/2019. | 01:00 | 94.50 |
| 12/04/2019 | MPP | Visit to the appeal court in order to have a work meeting with the official of the court in regards of the 12 appeals of ABM | 02:30 | 560.00 |
| 12/04/2019 | PARALEGAL A | Visit to Tenth District Court specialized on Criminal Matters at Mexico City in order to review the certificates of the investigation file number 287/2019, related to the third-party notifications. | 02:00 | 189.00 |
| 12/04/2019 | PARALEGAL A | Continue drafting memorandums regarding intraprocedural appeals. | 02:00 | N/C |
| 15/04/2019 | MPP | Review of the constitutional action of EBL | 03:00 | 672.00 |
| 15/04/2019 | PARALEGAL A | Continue drafting memorandums regardind intraprocedural appeals. | 01:00 | 94.50 |
| 16/04/2019 | MHO | Visit to Special Affairs and Electoral Office to review the certificates of the investigation file and to inform to graphology expert the evidence with Mr. J. Villagra´s signature that is not to be exposed, as well as to submit a new opinion based on the certificates content into the investigation file and in case this opinion is not applicable, the case must be clarify with the non practice of the criminal action. Meeting with the Responsible Officer about the matter. | 04:00 | 896.00 |
| 16/04/2019 | MPP | New motion in regards of the proyecto of the final resolution and its appeal Visit to the appeal court | 02:30 | 560.00 |
| 22/04/2019 | MPP | Review of labor files in order to be able to exhibit in the comercial proceding | 01:30 | 336.00 |
| 22/04/2019 | PARALEGAL A | Visit to Tenth District Court specialized on Criminal Matters at Mexico City in order to have an interview with the Court Clerk in charge of the Amparo protection file number 287/2019 requested by the interested third party. | 01:15 | 118.13 |
| 22/04/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal | 01:00 | 94.50 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/04/2019
Bill 215297

| Date | Personnel | Description | Time | Amount |
|---|---|---|---|---|
| | | files. | | |
| 23/04/2019 | MPP | Visit to the appeal court in order to have a work meeting with the judge in regards of the final resolution of the labor case and the effects in the civil case. | 02:30 | 560.00 |
| 24/04/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:00 | 94.50 |
| 24/04/2019 | PARALEGAL A | Continue drafting memorandums regarding intraprocedural appeals. | 01:30 | 141.75 |
| 25/04/2019 | PARALEGAL A | Finish drafting memorandums regarding intraprocedural appeals. | 02:00 | 189.00 |
| 26/04/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 00:45 | 70.88 |
| | | **TOTAL LEGAL FEES** | **68:20** | **11,307.07** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 01:00 | 336.00 | 336.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 17:00 | 224.00 | 3,808.00 |
| MPP - MAURICIO ARTURO PEÑA | 19:15 | 224.00 | 4,312.00 |
| ECM - EDGAR MARTINEZ | 01:50 | 150.50 | 275.92 |
| PARALEGAL A | 27:15 | 94.50 | 2,575.15 |
| | **66:20** | | **11,307.07** |

SUBTOTAL: US $ 11,307.07
V.A.T. 16%: US $ 1,809.13
TOTAL: US $ 13,116.20

* No charge to client 02:00 US $ 280.00



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**     **216618**

| | |
|---|---|
| Date: | 20/05/2019 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through April 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 4,329.50 |
| VAT: | | 692.72 |
| Total: | US $ | 5,022.22 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:     "388 Greenwich Street 10013 New York, N.Y."
Account:     0036967977
ABA:     021000089
Cuenta CLABE:     NA
SWIFT CODE:     CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / E (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 216618

Date: 20/05/2019

**ARIZONA BEVERAGES**

Partner: JPA
Executive: JPA
Client No.: 019573

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from April 1, 2019 through April 23, 2019

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 01/04/2019 | JPA | Meeting with President Labor Board to discuss Living guarantee for Barbachano. | 03:00 | 336.00 | 1,008.00 |
| 01/04/2019 | AFC | Review of credit titles and guarantees Re:Arizona | 02:00 | 189.00 | 378.00 |
| 01/04/2019 | PARALEGAL B | Preparation of a written request for certified copies of the judgment of the amparo trial, before the Sixteenth Labor Court, file 170/2019. | 01:00 | 80.50 | 80.50 |
| 01/04/2019 | PARALEGAL B | Preparation of a written request for a refund of the check and bond policy, exhibited at the trial of the worker Eugenio Barbachano Losa, against the company, before the Federal Labor Court Number Sixteen, of the file: 545/2015. | 01:00 | 80.50 | 80.50 |
| 02/04/2019 | LAE | Follow up visit to the labor board in order to stop any delivery of the living expenses check to EB. | 03:00 | 224.00 | 672.00 |
| 02/04/2019 | AHF | Visit to the Federal Labor Board along with Juan Villagra in order to recover the cheques that were submitted in relation with the amparo appeal Re: Eugenio Barbachano. | 03:00 | 189.00 | 567.00 |
| 02/04/2019 | ECM | Visit to Office of Prosecutor for Civil Court Proceedings to attend the documentary evidences hearing and writing ratification to expose the scope, as well as having a meeting with the Public Ministry Officer assigned by the Prosecutor  to review the scope of each file and to expose the reason to determine the absences of a felony to pursue. | 04:30 | | N/C |
| 02/04/2019 | PARALEGAL C | Attendance to the Federal Labor Board in order to obtain back the living expenses check. | 03:00 | 59.50 | 178.50 |
| 12/04/2019 | PARALEGAL C | Visit to the Federal Tribunal to obtain copies on the resolution Re: New out come. | 02:00 | 59.50 | 119.00 |
| 12/04/2019 | PARALEGAL C | Visit to the Federal Labor Board to obtain copies on the resolution Re: New out come. | 02:00 | 59.50 | 119.00 |
| 22/04/2019 | JPA | Meeting Magistrates Circuit Court and President Labor Board. Re: Return check of living expenses. | 03:00 | 336.00 | 1,008.00 |
| 23/04/2019 | PARALEGAL C | Visit to the Federal Labor Board of Mexico City, to review file number 545/2015, in special meeting number 16, in order to follow up on the return of the deposit. | 02:00 | 59.50 | 119.00 |
| | | **TOTAL LEGAL FEES** | 29:30 | | 4,329.50 |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JPA - JORGE G. DE PRESNO | 06:00 | 336.00 | 2,016.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO LOSA LAWSUIT

Date 20/05/2019
Bill 216618

| | | | |
|---|---|---|---|
| LAE - LUIS ANTONIO ALVAREZ | 03:00 | 224.00 | 672.00 |
| AFC - ANTONIO FRANCO | 02:00 | 189.00 | 378.00 |
| AHF - ALEJANDRO HERNANDEZ | 03:00 | 189.00 | 567.00 |
| PARALEGAL B | 02:00 | 80.50 | 161.00 |
| PARALEGAL C | 09:00 | 59.50 | 535.50 |
| | 25:00 | | 4,329.50 |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 4,329.50 |
| V.A.T. 16%: | US $ | 692.72 |
| TOTAL: | US $ | 5,022.22 |
| * No charge to client 04:30 | US $ | 1,012.50 |

**BASHAM, RINGE Y CORREA, S.C.**



Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | |
|---|---|
| **Activity Report:** | **217810** |
| Date: | 31/05/2019 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through May 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 5,779.68 |
| VAT: | | 924.75 |
| Total: | US $ | 6,704.43 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 217810

Date: 31/05/2019

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from April 29, 2019 through May 29, 2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 29/04/2019 | MPP | Visit to the appeal court in order to have a work meeting with the judge in regards of the 12 appeals of EBL | 02:15 | 504.00 |
| 30/04/2019 | ECM | Prepare a brief of the the amparo trial and refusal of an arrest warrant in favour of police officers. | 01:30 | 225.75 |
| 30/04/2019 | PARALEGAL A | Visit to the Central Filing Office of the Civil Courts of Criminal Matters at Mexico City in order to submit a written request for information to various offices of the Prosecutor's Office in respect of the addresses of the third parties concerned. | 01:30 | 141.75 |
| 02/05/2019 | PARALEGAL A | Visit to the Office of the Prosecutor for the Investigation of Special and Electoral Matters for an interview with the Public Prosecutor's Office officer responsible for the integration of the inquiry into the status of the investigation and in relation to the expert evidence in material of graphoscopy and documentoscopy. | 01:30 | 141.75 |
| 03/05/2019 | PARALEGAL A | Visit to the Tenth Second District Court of Amparo in Criminal Matters in Mexico City for an interview with the clerk of this Court, in relation to the referral of various duties to the Local Investigation Police by requesting to provide the domiciles of the third party concerned. | 01:30 | 141.75 |
| 03/05/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:00 | 94.50 |
| 06/05/2019 | MPP | Visit to the appeal court in order to have a work meeting with the judge. | 01:30 | 336.00 |
| 06/05/2019 | PARALEGAL A | Visit to the Tenth Second District Court of Amparo in Criminal Matters in Mexico City for the purpose of taking a photograph of the justified report given by the Holder of the Eighth Court of Offenses City of Mexico City, as well as the promotion agreement submitted on 30 April 2019 in the amparo proceedings 287/2019. | 01:30 | 141.75 |
| 06/05/2019 | PARALEGAL A | Visit to the Civil court to check procedural status on appeal files. | 01:00 | 94.50 |
| 07/05/2019 | PARALEGAL A | Visit to the Office of the Prosecutor for the Investigation of Special and Electoral Matters for an interview with the Public Prosecutor's Office Officer responsible for the integration of the Research Folder 781/10-2017 concerning the office sent to the Official Expert on Graphics. | 01:00 | 94.50 |
| 08/05/2019 | MHO | Review of the reports with justification that were sent by the various responsible authorities to prepare a hearing and review the file. | 02:00 | 448.00 |

ARIZONA BEVERAGES

EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 31/05/2019

Bill 217810

| Date | Personnel | Description | Time | Amount |
|---|---|---|---|---|
| 08/05/2019 | MPP | Preparation in new document to the official of the appeal court in regards of the 12 appeals of EBL. | 02:15 | 504.00 |
| 09/05/2019 | PARALEGAL A | Visit to the Federal Court to present motion regarding deposit-in-court certificate devolution. | 01:30 | 141.75 |
| 09/05/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:30 | 141.75 |
| 10/05/2019 | ECM | Visit to the General Directorate of Expert Services of the Office of the Attorney General of Mexico City to verify the status of the referral of the pending opinion to be presented to the Office of Special and Electoral Affairs. | 01:45 | 263.38 |
| 10/05/2019 | PARALEGAL A | Visit to the Tenth Second District Court of Amparo in Criminal Matters in Mexico City to consult the records that incorporate the amparo file 287/2019. | 01:30 | 141.75 |
| 13/05/2019 | MPP | Visit it the Civil Appeal Court in order to have a work meeting with the official attending the resolution projects. | 02:30 | 560.00 |
| 13/05/2019 | PARALEGAL A | Visit to the Tenth Second District Court of Amparo in Criminal Matters in Mexico City to consult the responses given by various institutions regarding the domicile of third parties interested in the amparo file 287/2019. | 01:30 | 141.75 |
| 13/05/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:15 | 118.13 |
| 14/05/2019 | ECM | Visit to the Office of the Public Prosecutor for Civil Proceedings, as well as to the Office of the Public Prosecutor for Special and Electoral Affairs of the Office of the Attorney General of Mexico City to hold an interview with the Public Prosecutor's Office verifying the last steps in the investigation folders. | 02:30 | 376.25 |
| 14/05/2019 | PARALEGAL A | Visit to the Tenth Second District Court of Amparo in Criminal Matters in Mexico City to consult the responses given by various institutions regarding the domicile of third parties interested in the amparo file 287/2019. Review of records of the preliminary investigation 1413/16-05 in order to locate possible addresses of the responsables. | 02:30 | 236.25 |
| 20/05/2019 | ECM | Visit to the Office of the Public Prosecutor of Special and Electoral Affairs of the Attorney General´s Office in Mexico City to hold an interview with the Public Prosecutor's Office to verify that the investigation file was sent to the Directorate General of Expert Services. | 01:20 | 200.67 |
| 28/05/2019 | PARALEGAL A | Visit to the Tenth Second District Court of Amparo in Criminal Matters in Mexico City to consult the records that incorporate the amparo file 287/2019, as well as for an interview with the Actuary of that Court regarding the notification of the interested third parties in that trial. | 01:30 | 141.75 |
| 29/05/2019 | MHO | Visit to the Office of the Public Prosecutor for special matters to review the office with which the investigative file is sent to the Directorate of Expert Services for the intervention of the expert in the field of graphoscopy. | 02:00 | 448.00 |
| | | **TOTAL LEGAL FEES** | 39:50 | 5,779.68 |

## SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MHO - MIGUEL ANGEL HERNANDEZ | 04:00 | 224.00 | 896.00 |
| MPP - MAURICIO ARTURO PEÑA | 08:30 | 224.00 | 1,904.00 |
| ECM - EDGAR MARTINEZ | 07:05 | 150.50 | 1,066.05 |
| PARALEGAL A | 20:15 | 94.50 | 1,913.63 |

ARIZONA BEVERAGES  
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| | |
|---|---|
| 39:50 | 5,779.68 |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 5,779.68 |
| V.A.T. 16%: | US $ | 924.75 |
| TOTAL: | US $ | 6,704.43 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**          **218754**

|  |  |
|---|---|
| Date: | 14/06/2019 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  |  |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through May 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 5,612.25 |
| VAT: | | 897.96 |
| Total: | US $ | 6,510.21 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:**    218754

Date:    14/06/2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner:    JPA
Executive:    JPA
Client No.:    019573

Description of professional services
from May 8, 2019 through May 30, 2019

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 08/05/2019 | JPA | Filings before Labor Board Re. Start of proceedings. | 02:30 | 336.00 | 840.00 |
| 13/05/2019 | JPA | Follow up on Labor Board´s continuation of proceedings. | 02:00 | 336.00 | 672.00 |
| 14/05/2019 | AHF | Meeting with Juan Villagra regarding of Eugenio Barbachano trial. | 02:00 | 189.00 | 378.00 |
| 15/05/2019 | MOV | Study and analysis of evidences for prepared the writ. | 02:00 | 150.50 | 301.00 |
| 16/05/2019 | MOV | Study and analysis of evidences for prepared the writ. | 02:00 | 150.50 | 301.00 |
| 20/05/2019 | MOV | Study and analysis of evidences for prepared the writ. | 01:30 | 150.50 | 225.75 |
| 27/05/2019 | JPA | Review and changes writt of evidence labor trial. | 03:00 | 336.00 | 1,008.00 |
| 29/05/2019 | AHF | Study and review of the trial promoted by E. Barbachano to prepare the presentation of evidences. | 02:00 | 189.00 | 378.00 |
| 29/05/2019 | MOV | Study and analysis of evidences for prepared the writ. | 01:00 | 150.50 | 150.50 |
| 30/05/2019 | AHF | Visit the Federal Labor Board to attend a hearing of Eugenio Barbachano Losa trial. | 04:00 | 189.00 | 756.00 |
| 30/05/2019 | MOV | Attention to evidence hearing before the Federal Board | 04:00 | 150.50 | 602.00 |
| | | **TOTAL LEGAL FEES** | **26:00** | | **5,612.25** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JPA - JORGE G. DE PRESNO | 07:30 | 336.00 | 2,520.00 |
| AHF - ALEJANDRO HERNANDEZ | 08:00 | 189.00 | 1,512.00 |
| MOV - MONICA MARTINEZ | 10:30 | 150.50 | 1,580.25 |
| | **26:00** | | **5,612.25** |

|  |  |  |
|--|--|--|
| **SUBTOTAL:** | **US $** | **5,612.25** |
| **V.A.T. 16%:** | **US $** | **897.96** |
| **TOTAL:** | **US $** | **6,510.21** |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:        220426**

|                | |
|----------------|---------------|
| Date:          | 28/06/2019    |
| Client No.:    | 019573        |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through June 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 8,563.06 |
| VAT: | | 1,370.09 |
| Total: | US $ | 9,933.15 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:**     **220426**

Date:     28/06/2019

Partner:     ACG
Executive:     ACG
Client No.:     019573

Description of professional services
from May 16, 2019 through June 26, 2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 16/05/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:30 | 141.75 |
| 17/05/2019 | MPP | Visit to the appeal court in order to have a work meeting with the appeal judge in regards to the appeal resolutions | 02:30 | 560.00 |
| 20/05/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:00 | 94.50 |
| 23/05/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:30 | 141.75 |
| 24/05/2019 | MPP | Visit to the Civil Appeal Court in order to have a work meeting in regards of the project of the 10 resolutions | 02:00 | 448.00 |
| 29/05/2019 | PARALEGAL A | Visit to the Civil Court to check procedural status on appeal files. | 01:15 | 118.13 |
| 30/05/2019 | MPP | Visit to the appeal court in order to have a work meeting with the judge in regards of the 11 resolutions. | 02:30 | 560.00 |
| 31/05/2019 | PARALEGAL A | Visit to the appeal court to check final judgments on appeal files. | 01:30 | 141.75 |
| 31/05/2019 | PARALEGAL A | Draft of informative note regarding final judgments on appeal files. | 01:30 | 141.75 |
| 03/06/2019 | ACG | Analysis with M. Peña about the result of the appeals in the civil judgment and legal consequence of them. | 01:30 | 504.00 |
| 03/06/2019 | MHO | Visit to District Court to review the third injured party notice with the legal protection trial promoted against the arrest warrant refusal requested against the ministerial police that arrest J. Villagra. | 02:15 | 504.00 |
| 03/06/2019 | MPP | Review of new resolutions in appeal process and  and effects in the civil case; Analysis with A. Catalá in this regard. | 03:00 | 672.00 |
| 03/06/2019 | ECM | Visit to Civil Court to the Attorney´s General Office of Justice at Mexico City in order to have an interview with the Public Prosecutor to verify the actions of the preliminary investigation. | 01:20 | 200.67 |
| 03/06/2019 | PARALEGAL A | Visit to 12th District Protection Court Specialist in Criminal Matters in Mexico City in order to have an intervice with the Actuary subscribed to the Court related to the third interested party int to the Legal Protection trial number 287/2017, as well as to review the people list registered to have access to the records. | 01:15 | 118.13 |
| 04/06/2019 | PARALEGAL A | Visit to the local court to check judicial order regarding Mexico City attorney-general´s office release. | 01:00 | 94.50 |
| 05/06/2019 | PARALEGAL A | Visit to 12th District Protection Court Specialist in Criminal | 01:30 | 141.75 |

ARIZONA BEVERAGES

EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| | | | | |
|---|---|---|---|---|
| | | Matters in Mexico City in order to review the certificates of the protection file number 287/2019 related to the third interested party notice, as well as the date notification to the constitutional hearing. | | |
| 06/06/2019 | MHO | Visit to the Head of Civil Prosecutor and Special Affairs Office related to the investigation files of E. Barchachano´s complaint. | 03:00 | 672.00 |
| 10/06/2019 | PARALEGAL A | Visit to the local court to check appeal files return. | 00:45 | 70.88 |
| 11/06/2019 | PARALEGAL A | Visit to the Special and Electoral Investigation Affairs Office in order to have an interview with the Public Prosecutor in charge of the investigation file number 781/10-2017 regarding the status of it. | 01:00 | 94.50 |
| 12/06/2019 | PARALEGAL A | Visit to the local court to check appeal files return. | 01:00 | 94.50 |
| 12/06/2019 | PARALEGAL A | Visit to 12th District Protection Court Specialist in Criminal Matters in Mexico City in order to review the legal protection file number 287/2019 for the appearance of one of the third interested party. | 01:30 | 141.75 |
| 13/06/2019 | ACG | Conference call with M. Cunningham regarding the updated status of the civil and criminal case, as well as the steps to follow. | 01:30 | 504.00 |
| 13/06/2019 | MPP | Review of legal files in the civil case.<br>Visit to the appeal court in order to review the legal files.<br>Visit to the natural judge in order to have a work meeting with the oficial in regards of the possibility to render a new final resolution | 03:15 | 728.00 |
| 13/06/2019 | MHO | Conference call with M. Cunningham regarding the updated status of the civil and criminal case, as well as the steps to follow. | 01:30 | 336.00 |
| 18/06/2019 | ECM | Visit to the Special and Electoral Investigation Affairs Office, as well Civil Procedures Offices in order to review the files and to verify if there was an official letter requesting international collaboration. | 03:00 | 451.50 |
| 25/06/2019 | PARALEGAL A | By A. Catala´s request, prepare a report about the investigation file number FDF/T/T1/799/15-11 y CI-FAE/B/UI-3/C/D/00781/10-2017. | 00:30 | 47.25 |
| 26/06/2019 | ACG | Analysis with M. Hernández in relation to the current status of the criminal matter to determine the strategy to be followed; Email sent to M. Conningham. Preparation of inform to M. Cunningham. | 02:30 | 840.00 |
| | | **TOTAL LEGAL FEES** | **46:35** | **8,563.07** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 05:30 | 336.00 | 1,848.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 06:45 | 224.00 | 1,512.00 |
| MPP - MAURICIO ARTURO PEÑA | 13:15 | 224.00 | 2,968.00 |
| ECM - EDGAR MARTINEZ | 04:20 | 150.50 | 652.17 |
| PARALEGAL A | 16:45 | 94.50 | 1,582.89 |
| | **46:35** | | **8,563.06** |

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **8,563.06** |
| **V.A.T. 16%:** | **US $** | **1,370.09** |
| **TOTAL:** | **US $** | **9,933.15** |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS
Date 28/06/2019
Bill 220426



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

ARIZONA BEVERAGES

<span style="color:orange">**Activity Report:       221455**</span>

|  |  |
|---|---|
| Date: | 11/07/2019 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through June 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 3,400.83 |
| VAT: | | 544.13 |
| Total: | US $ | 3,944.96 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 221455

Date: 11/07/2019

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from June 18, 2019 through June 21, 2019

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 18/06/2019 | AHF | Draft of the writ by which de defendant challenges the evidence submitted by plaintiff. | 03:00 | 189.00 | 567.00 |
| 19/06/2019 | AHF | Draft of the writ by which de defendant challenges the evidence submitted by plaintiff. | 03:00 | 189.00 | 567.00 |
| 19/06/2019 | MOV | Preparation of a written offer of evidence for the Federal Board in the file and objections | 04:00 | 150.50 | 602.00 |
| 20/06/2019 | LAE | E-mail that reports to Martin Cuningham the update of the hearing held in June 20._ | 00:25 | 224.00 | 93.33 |
| 20/06/2019 | AHF | Visit the Federal Labor Board to attend a hearing of Eugenio Barbachano trial. | 04:30 | 189.00 | 850.50 |
| 20/06/2019 | MOV | Attention to evidence hearing before the Board of Conciliation and Arbitration | 04:00 | 150.50 | 602.00 |
| 21/06/2019 | PARALEGAL C | Visit at Federal Labor Board to carry out the processing of the Refund of the deposit and the cashier´s check of file number 545/2015. | 02:00 | 59.50 | 119.00 |
| | | **TOTAL LEGAL FEES** | **20:55** | | **3,400.83** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| LAE - LUIS ANTONIO ALVAREZ | 00:25 | 224.00 | 93.33 |
| AHF - ALEJANDRO HERNANDEZ | 10:30 | 189.00 | 1,984.50 |
| MOV - MONICA MARTINEZ | 08:00 | 150.50 | 1,204.00 |
| PARALEGAL C | 02:00 | 59.50 | 119.00 |
| | **20:55** | | **3,400.83** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 3,400.83 |
| V.A.T. 16%: | US $ | 544.13 |
| TOTAL: | US $ | 3,944.96 |



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | |
|---|---|
| **Activity Report:** | **222588** |
| Date: | 29/07/2019 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the expenses incurred through July 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 104.88 |
| VAT: | | 16.78 |
| Total: | US $ | 121.66 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:      CITIBANK, N.A.
Location:                  "388 Greenwich Street 10013 New York, N.Y."
Account:                   0036967977
ABA:                        021000089
Cuenta CLABE:          NA
SWIFT CODE:            CITIUS33
Beneficiary name:      BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** **222588**

Date: 29/07/2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: JPA
Executive: JPA
Client No.: 019573

Description of expenses
from July 3, 2019 through July 4, 2019

Attn.: Martin Cunningham

**EUGENIO BARBACHANO LOSA LAWSUIT**

**Visit the Federal Labor Board to attend a hearing of Eugenio Barbachano Trial.**

**Obtain copies of the plaintiff´s evidences.**

Fees for copies/BM                                                                                          97.39
                                                                                                         **97.39**

**Visit the Federal Labor Board to attend a hearing of Eugenio Barbachano trial.**

Fees for copies/BM                                                                                           7.49
                                                                                                          **7.49**

---

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 104.88 |
| V.A.T. 16%: | US $ | 16.78 |
| TOTAL: | US $ | 121.66 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

<span style="color:orange">**Activity Report:**</span>     <span style="color:orange">**223197**</span>

Date:        31/07/2019

Client No.:        019573

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through July 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 9,344.15 |
| VAT: | | 1,495.06 |
| Total: | US $ | 10,839.21 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 223197

Date: 31/07/2019

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from June 18, 2019 through July 24, 2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 18/06/2019 | PARALEGAL A | Visit to the local court to check appeal files return. | 00:45 | 70.88 |
| 19/06/2019 | MPP | Review of new motion of EBL in regards of the execution of the resolution in the appeal process | 01:30 | 336.00 |
| 21/06/2019 | PARALEGAL A | Visit to the local court to check appeal files return. | 00:45 | 70.88 |
| 27/06/2019 | MPP | Visit to the appeal court in order to have a work meeting with the oficial in regards of the execution of the resolution. | 02:00 | 448.00 |
| 27/06/2019 | MHO | Visit to Special Affairs Prosecutor Office and Civil Court Proceedings Prosecutor Office to review the investigation file related with the last agreements entered in the case. | 02:00 | 448.00 |
| 27/06/2019 | ECM | Visit to Special Affairs Prosecutor Office and Civil Court Proceedings Prosecutor Office to review the investigation file related with the last agreements entered in the case, with M. Hernández. | 02:00 | N/C |
| 27/06/2019 | PARALEGAL A | Visit to the local court to check appeal files return. | 01:00 | 94.50 |
| 28/06/2019 | MPP | Visit to the appeal court in order to have a work meeting with the official in regards of the execution process. | 01:30 | 336.00 |
| 02/07/2019 | MPP | Review of additional documents in order to request the resolution of the admission of the evidence offered by EBL. | 03:00 | 672.00 |
| 02/07/2019 | ECM | Visit to General Directorate of Expert Services at the Attorney´s General Office in Mexico City to have an interview with an officer verifying the judgement progress on handwriting matters request by the legal representative of the Special and Electoral Affairs of the Attorney´s General Office in Mexico City follow up by the criminal investigation. | 02:00 | 301.00 |
| 03/07/2019 | PARALEGAL A | Visit to General Directorate of Expert Services at the Attorney´s General Office in Mexico City to have an interview with an assistant officer of the Public Prosecutor Office in charge of the incorporation of the investigation file number 781/10-2017 related to the return of the file by handwriting matters expert. | 01:30 | 141.75 |
| 03/07/2019 | PARALEGAL A | Visit to the local court to check 14 judicial orders regarding appeal files return. | 01:15 | 118.13 |
| 04/07/2019 | MHO | Visit to Amparo Protection District Court specialized in criminal Matters in Mexico city in order to have an interview with the Agreement´s assistant in charge of the amparo protection resolution project and to submit a written with the reasons why this amparo must be grant by the Federal Justice Office in favour of the company and its officers. | 02:30 | 560.00 |
| 04/07/2019 | PARALEGAL A | Visit to the local court to Visit to attend meeting with court | 01:00 | 94.50 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 31/07/2019
Bill 223197

| Date | Initials | Description | Time | Amount |
|---|---|---|---|---|
| | | clerk´s office regarding new final judgment. | | |
| 08/07/2019 | MHO | Prepare writing requesting information to the General Prosecutor of the Republic in order to report of a possible investigation file against company´s officers. Criteria research in order to include such writing. | 05:00 | 1,120.00 |
| 08/07/2019 | PARALEGAL A | Drafting motion regarding preventive appeal. | 01:30 | 141.75 |
| 08/07/2019 | PARALEGAL A | Visit to the local court regarding preventive appeal. | 00:45 | 70.88 |
| 09/07/2019 | MHO | Visit to Amparo Protection District Court specialized on Criminal Matters for the first circuit in order to have an interview with the Agreement´s assistant in charge of the amparo protection resolution project and to submit a written with the reasons why this amparo must be grant by the Federal Justice Office in favour of the company and issue an arrest warrant against the police officer which arrest J. Villagra. | 02:30 | 560.00 |
| 10/07/2019 | MPP | Visit to the appeal court in order to review the effect of the appeals resolution and the consecuents in the civil case. New motion in order to the appeal the dismiss of the expert opinion offered of Arizona. | 02:00 | 448.00 |
| 12/07/2019 | MPP | Visit to the Civil Court in order to have a work meeting in regard to the project of the new files resolution. | 02:30 | 560.00 |
| 12/07/2019 | PARALEGAL A | Visit to the local court to monitor judicial ruling drafting regarding appeal. | 01:15 | 118.13 |
| 16/07/2019 | ECM | Visit to Special Affairs Office in order to follow up the review of the investigation file at hand. | 02:00 | 301.00 |
| 16/07/2019 | PARALEGAL A | Visit to J. Villagra´s offices in order to get his signature for different documents addresses to the General Prosecutor of the Republic and the General Justice Prosecutor of Mexico City which by it is requested information related to the international cooperation for the consolidation of different investigation files. | 01:00 | 94.50 |
| 17/07/2019 | ECM | Visit to Civil Proceedings Office of the General Justice Prosecutors Office in Mexico City in order to have an interview with Public Prosecutor Agent verifying the last diligences made by the preliminary investigation at hand. | 01:30 | 225.75 |
| 17/07/2019 | PARALEGAL A | Visit to the Central Investigation Office for the Attention of Special and Electoral Affairs to have an interview with the Secretariat Responsible of the Agency A related the return to work of the Public Prosecutor´s Officer who is in charge of the consolidation of the investigation file number 781/10-2017. Visit to Court Clerk of the Attorney´s General Prosecutors Office of the Republic in order to submit a written requesting information to know if international cooperation was requested to the consolidation of different investigation files. | 02:30 | 236.25 |
| 18/07/2019 | MPP | Review of legal files in order to prepare a new motion to appeal the admition of evidences offered by EBL. | 02:30 | 560.00 |
| 18/07/2019 | PARALEGAL A | Visit to the Central Investigation Office for the Attention of Special and Electoral Affairs to have an interview with the Public Prosecutors Office who assists her counterparty with the consolidation of the investigation file number 781/10-2017 relater with the agreement to request simple copies of that investigation file. Visit to Court Clerk of the Attorney´s General Prosecutors Office of the Republic to have an interview with the Public Prosecutor Officer in charge of the preliminary investigation file number 799/06-2011 related with the agreement to request simple copies of such | 02:00 | 189.00 |

ARIZONA BEVERAGES                                                   Date 31/07/2019
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS                            Bill 223197

|            |             | inquiry. | | |
|------------|-------------|----------|--------|--------|
| 24/07/2019 | ECM         | Visit to Civil Proceeding office of the General Justice Prosecutors Office in order to have an interview with the Public Prosecutor Agent verifying the agreement to request simple copies of the preliminary investigation at hand. Also reviewing the investigation file and taking note of different certificates. | 04:00 | 602.00 |
| 24/07/2019 | PARALEGAL A | Visit to Administration of Management Control office of the Attorney´s General of Justice Office to request a report of the written submitted on July 17th, 2019, whereby it was requested information regarding the different statements against the client. Visit to the General Direction of Non-violence culture and Legal aid of the Attorney´s General of Justice Office in order to notify the reply of the written submitted on July 17th, 2019. | 04:30 | 425.25 |
|            |             | **TOTAL LEGAL FEES** | **58:15** | **9,344.16** |

## SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MHO - MIGUEL ANGEL HERNANDEZ | 12:00 | 224.00 | 2,688.00 |
| MPP - MAURICIO ARTURO PEÑA | 15:00 | 224.00 | 3,360.00 |
| ECM - EDGAR MARTINEZ | 09:30 | 150.50 | 1,429.75 |
| PARALEGAL A | 19:45 | 94.50 | 1,866.40 |
|  | **56:15** |  | **9,344.15** |

|  |  |
|--|--|
| SUBTOTAL:  US $ | 9,344.15 |
| V.A.T. 16%:  US $ | 1,495.06 |
| TOTAL:  US $ | 10,839.21 |

|  |  |
|--|--|
| * **No charge to client 02:00  US $** | 450.00 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:** **223763**

Date: 09/08/2019

Client No.: 019573

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through July 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 672.00 |
| VAT: | | 107.52 |
| Total: | US $ | 779.52 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / E (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | Activity Report: | 223763 |
|---|---|---|
| Date: | | 09/08/2019 |
| Partner: | | JPA |
| Executive: | | JPA |
| Client No.: | | 019573 |

Description of professional services
from July 9, 2019 through July 9, 2019

---

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 09/07/2019 | JPA | Discussion President Federal Labor Board 16 to review evidence admission. | 02:00 | 336.00 | 672.00 |
| | | **TOTAL LEGAL FEES** | **02:00** | | **672.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JPA - JORGE G. DE PRESNO | 02:00 | 336.00 | 672.00 |
| | **02:00** | | **672.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 672.00 |
| V.A.T. 16%: | US $ | 107.52 |
| TOTAL: | US $ | 779.52 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

<span style="color:orange">**Activity Report:**</span>     <span style="color:orange">**226426**</span>

Date:       11/09/2019

Client No.:      019573

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through August 2019.

| | | | |
|---|---|---|---|
| Subtotal: | US $ | 13,616.77 |
| VAT: | | 2,178.68 |
| Total: | US $ | 15,795.45 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:      CITIBANK, N.A.
Location:      "388 Greenwich Street 10013 New York, N.Y."
Account:      0036967977
ABA:      021000089
Cuenta CLABE:      NA
SWIFT CODE:      CITIUS33
Beneficiary name:      BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:**     **226426**

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

|  |  |
|---|---|
| Date: | 11/09/2019 |
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

Description of professional services
from July 30, 2019 through August 29, 2019

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 30/07/2019 | MHO | Visit to Special Affairs Office to review the opinion issued by the expert on graphoscopy and interview with the Officer in charge of the matter. | 02:00 | 448.00 |
| 30/07/2019 | PARALEGAL A | Visit to Central Investigation Proceedings Office at Civil Court for the purpose to reproduce the agreement dated on July 23th, 2019 in which it is denied the requested copies of the Preliminary Investigation 799/15-11. | 02:00 | 189.00 |
| 31/07/2019 | MHO | Visit to the District Court of Amparo to have a meeting with the Court Clerk in charge of issuing the Judgement in relation to the amparo suit promoted against the rejection of the arrest warrant ordered by the Ministerial Police Officers who illegally arrested J. Villagra. | 03:00 | 672.00 |
| 01/08/2019 | PARALEGAL A | Visit to Proceedings Court at Civil Court for the purpose to submit a writing on the Preliminary Investigation 799/15-11 by which it is requested to the Public Officer affiliated to Special and Electoral Affairs Office to send a copy of the opinion issued by the Institutional Expert to the investigation file 781/10-2017, as well as to have an interview with the Public Prosecutor´s Officer in charge of the Preliminary investigation related to the study and determination of it.<br>Visit to the Twelfth District Court of Amparo specialized in Criminal Matters in Mexico City to have an interview with the actuarial staff related to the study of the amparo file 287/2019. | 03:00 | 283.50 |
| 05/08/2019 | PARALEGAL A | Visit to the local court to check ruling on file. | 01:00 | 94.50 |
| 06/08/2019 | ECM | Visit to Civil Court of the General Prosecutor´s Office in Mexico City to have an interview with the Prosecutor´s Officer in order to verify the agreement and the Official Letter related with the copies of the judgement on graphoscopy´s matters address to the Special and Electoral Affairs Office. | 01:45 | 263.38 |
| 08/08/2019 | MPP | New motion to the civil judge in order to review the evidence in regards of the execution of the agreement with EBL. | 02:30 | 560.00 |
| 09/08/2019 | MPP | Visit to the civil court in order to have a workmeeting with the judge in regards of the compliance of the appeal resolution. | 03:00 | 672.00 |
| 12/08/2019 | ACG | Analysis with M. Hernández in regards the status of the criminal investigations and to establish the strategy to | 01:30 | 504.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 11/09/2019
Bill 226426

| | | follow up. | | |
|---|---|---|---|---|
| 12/08/2019 | MPP | Workmeeting with the official of the civil court in order to confirm the dismiss of EBL action | 02:30 | 560.00 |
| 12/08/2019 | PARALEGAL A | Visit to the Civil Court of the General Prosecutor´s Office to have an interview with Prosecutor´s Officer in charge of the investigation file 799/15-11 related to the study of the same investigation. | 01:00 | 94.50 |
| 13/08/2019 | MHO | Visit to Special Affairs Office to have an interview with Prosecutor´s Officer in charge of the investigation file to know the way the investigation file will be solved based on the expert´s judgement that determine that J. Villagra carried the sales commision agreement. | 02:15 | 504.00 |
| 13/08/2019 | PARALEGAL A | Visit to the local court to check procedural status on file. | 01:00 | 94.50 |
| 14/08/2019 | PARALEGAL A | Visit to Twelfth Civil Court specialized on Criminal Matters in Mexico City to have an interview with the Court Clerk who have the investigation file of the appeal 287/2019 in regards to the status of the judgement project. | 01:20 | 126.00 |
| 14/08/2019 | PARALEGAL A | Visit to the local court to attend meeting with judge regarding new final judgment. | 02:00 | 189.00 |
| 15/08/2019 | ECM | Visit to the Civil Court of the General Prosecutor´s Office in Mexico City to have an interview with the Prosecutor´s Officer in order to review the relation between the investigation file and the non exercise of the criminal proceeding. | 01:15 | 188.13 |
| 16/08/2019 | MPP | Visit to the Civil court in order to have a work meeting with the official in regards of the project of the final resolution | 03:00 | 672.00 |
| 19/08/2019 | MHO | Visit to Twelfth Civil Court at the Amparo District on Criminal Matters to have an interview with the Agreements Officer and with the Holder in charge of the Office to review the matter background and to know their point of view of the resolution project prepare for the matter. | 03:00 | 672.00 |
| 20/08/2019 | MHO | Visit to Civil Proceedings Prosecutors Office to review the non exercise of the criminal action. | 02:30 | 560.00 |
| 20/08/2019 | MPP | Visit to the civil court in order to have a work meeting with the official court in order to explain the effects of addition evidence in the civil case. | 03:00 | 672.00 |
| 21/08/2019 | MHO | Visit to Twelfth Amparo District Court to have an interview with the Holder in charge, to review the amparo promoted against the rejection of the arrest warrant made in favor of the Ministry Polices who arrest J. Villagra. | 02:15 | 504.00 |
| 21/08/2019 | MPP | Visit to the civil court in order to have a work meeting with the judge in regards of the effects of the evidence exhibit by EBL. | 02:30 | 560.00 |
| 22/08/2019 | MHO | Visit to Proceedings Civil Court to review the proposal of the non exercise criminal action entered on the investigation file. | 02:00 | 448.00 |
| 22/08/2019 | MHO | Visit to Proceedings Civil Court to review with the Holder in charge the approval of the non exercise criminal action entered on the investigation file. | 01:30 | 336.00 |
| 26/08/2019 | ACG | Analysis with M. Hernández and M. Peña related with the progress of the criminal and civil matters in order to establish an strategy to follow up. | 02:15 | 756.00 |
| 26/08/2019 | MPP | Continue the review of the final resolution in the civil case. Begin the appeal answer of EBL | 07:30 | 1,680.00 |
| 26/08/2019 | ECM | Visit to Special and Electoral Affairs Office of the General Prosecutors Office to have an interview with the Prosecutors Officer in charge of the investigation file to | 01:15 | 188.13 |

ARIZONA BEVERAGES                                                                                          Date 11/09/2019
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS                                                        Bill 226426

|            |             | request its prompt determination.                                                                                                                                                                                                                                                                                                                             |       |           |
|------------|-------------|------|-------|-----------|
| 27/08/2019 | MHO         | Prepare a memorándum to the Prosecutor in charge of the Special and Electoral Affairs Office of the General Prosecutor´s Office in Mexico City to request the non exercise of the criminal action before the absence of any offense to prosecute taking into consideration the graphoscopy judgement where J. Villagra subscribe the mentioned sales commision agreement. | 02:00 | 448.00    |
| 28/08/2019 | PARALEGAL A | Note drafting regarding new final judgment on commercial trial. | 01:15 | 118.13    |
| 29/08/2019 | MPP         | Visit to the civil court in order to review the appeal motion of EBL against the final resolution. | 02:30 | 560.00    |
|            |             | **TOTAL LEGAL FEES** | **67:35** | **13,616.77** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| ACG - ALEJANDRO CATALA | 03:45 | 336.00 | 1,260.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 20:30 | 224.00 | 4,592.00 |
| MPP - MAURICIO ARTURO PEÑA | 26:30 | 224.00 | 5,936.00 |
| ECM - EDGAR MARTINEZ | 04:15 | 150.50 | 639.64 |
| PARALEGAL A | 12:35 | 94.50 | 1,189.13 |
|  | **67:35** |  | **13,616.77** |

| | | |
|---|---|---|
| **SUBTOTAL: US $** | | **13,616.77** |
| **V.A.T. 16%: US $** | | **2,178.68** |
| **TOTAL: US $** | | **15,795.45** |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

ARIZONA BEVERAGES                                   **Activity Report:**        **227012**

                                                     Date:            23/09/2019
One Arizona Plaza  Suite 400
Woodbury                                             Client No.:          019573
New York, New York
United States of America

Attn.: Martin Cunningham

**EUGENIO BARBACHANO LOSA LAWSUIT**

Dear Sirs,

Enclosed please find a description of the services rendered through August 2019.

| | | | |
|---|---|---|---|
| Subtotal: | US $ | 840.00 |
| VAT: | | 134.40 |
| Total: | US $ | 974.40 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:             "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                  021000089
Cuenta CLABE:         NA
SWIFT CODE:           CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

                                                                              MIN
                                                                              ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | | | | | |
|---|---|---|---|---|---|
| **Activity Report:** | | | | | **227012** |
| Date: | | | | | 23/09/2019 |
| | | | | Partner: | JPA |
| | | | | Executive: | JPA |
| | | | | Client No.: | 019573 |

Description of professional services
from August 7, 2019 through August 7, 2019

---

### LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 07/08/2019 | JPA | Interview President Federal Labor Board Re. Rulling Compliance | 02:30 | 336.00 | 840.00 |
| | | **TOTAL LEGAL FEES** | **02:30** | | **840.00** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JPA - JORGE G. DE PRESNO | 02:30 | 336.00 | 840.00 |
| | **02:30** | | **840.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 840.00 |
| V.A.T. 16%: | US $ | 134.40 |
| TOTAL: | US $ | 974.40 |



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | |
|---|---|
| **Activity Report:** | **227924** |
| Date: | 30/09/2019 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through September 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 8,890.01 |
| VAT: | | 1,422.40 |
| Total: | US $ | 10,312.41 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:**     227924

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | |
|---|---|
| Date: | 30/09/2019 |
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

Description of professional services
from August 28, 2019 through September 26, 2019

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 28/08/2019 | ECM | Visit to Control Administration Clerk´s office at the General Prosecutor´s Office in Mexico City in order to obtain information about the writing submitted in which we request information of the investigation files and the complaints against the company and the legal representative. | 01:30 | 225.75 |
| 02/09/2019 | ACG | Review of report to M. Cunningham on new sentence in civil trial in favor of Arizona. | 00:15 | 84.00 |
| 03/09/2019 | PARALEGAL A | Analysis and study of file and appeal motion in order to draft motion answering grievances. | 01:30 | 141.75 |
| 03/09/2019 | PARALEGAL A | Drafting motion regarding grievances answer. | 02:00 | 189.00 |
| 04/09/2019 | MPP | Visit to the appeal court in order to continue the answer of appeal. | 02:00 | 448.00 |
| 04/09/2019 | PARALEGAL A | Visit to the local court to present motion regarding grievances answer. | 01:00 | 94.50 |
| 05/09/2019 | MPP | New work meeting with the judge. | 03:00 | 672.00 |
| 10/09/2019 | MHO | Visit to Special Affairs Office in order to review the investigation file related to the diligences requested by the Public Prosecutor´s in charge of it. | 03:00 | 672.00 |
| 10/09/2019 | ECM | Visit to Civil Proceedings Office of the General Prosecutor´s Office in Mexico City in order to have an interview with Public Prosecutor to verify the approval and the the claimant notification of the non-exercise of the criminal action of the preliminary investigation at hand; Visit to Special and Electoral Affairs Office to have an interview with Public Prosecutor´s Officer in order to verify the last diligences recorded on the investigation at hand. | 02:30 | 376.25 |
| 10/09/2019 | PARALEGAL A | Visit to Twelfth Court under Criminal Law District in Mexico City to have an interview with the Officer in charge of the investigation file number 287/2019 related to the date of the study and final judgement. | 01:00 | 94.50 |
| 10/09/2019 | PARALEGAL A | Visit to the local court to check two rulings on appeal file. | 00:45 | 70.88 |
| 11/09/2019 | MPP | Visit to civil court in order to review the resolution in regards to the new motion of ABM | 01:30 | 336.00 |
| 11/09/2019 | ECM | Visit to General Prosecutors of the Republic Office in order to obtain the official letter in which it is presented an answer to the information requested about the existence of any investigation file against my client. | 01:30 | 225.75 |
| 11/09/2019 | PARALEGAL A | Visit to Special and Electoral Affairs Office in order to request an appointment for Mr. M. Hernandez with the Prosecutor in order to review some aspects related to the | 01:15 | 118.13 |

ARIZONA BEVERAGES

Date 30/09/2019

EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Bill 227924

| Date | Staff | Description | Time | Amount |
|---|---|---|---|---|
| | | investigation file number 781/10-2018. | | |
| 13/09/2019 | MHO | Visit to General Prosecutors of the Republic Office to have an interview with the officer in charge of Transparency Area to know the progress related to the information request submitted in regards the composition of the investigation file against Company´s officers and after the visit to General Prosecutor´s office in Mexico City. | 02:30 | 560.00 |
| 13/09/2019 | MPP | Visit to the civil court in order to have a work meeting with the judge in regards of EBL appeal. | 03:00 | 672.00 |
| 17/09/2019 | MHO | Visit to Twelfth Court under Criminal Law District in Mexico City to have an interview with the Officer in charge in order to explain the reasons why they must grant the Protection Resource and to ask to the Criminal Court to release the arrest warrant against the police men which arrested to J. Villagra. | 03:00 | 672.00 |
| 19/09/2019 | PARALEGAL A | Visit to Twelfth Court under Criminal Law District in Mexico City to have an interview with the Officer in charge who review the Protection Resource number 287/2019 related to the status of the project and the Judge´s approval. | 01:30 | 141.75 |
| 23/09/2019 | MHO | Visit to Amparo District Court to request an interview with the Court Clerk in order to solve some doubts regarding the Amparo judgment granted in favour to the company, related to the review of our arguments to request the arrest of the police men who arrested J. Villagra. | 02:00 | 448.00 |
| 23/09/2019 | ECM | Visit to Special and Electoral Affairs in order to have an interview with Public Prosecutor´s Officer verifying the last diligences practiced on the investigation file at hand. | 12:30 | 1,881.25 |
| 25/09/2019 | MHO | Visit to Special Affairs Office to have an interview with the Prosecutor to explain the reasons of why there in no necessity of more diligences to the investigation file and to insist that apply the non-exercise of Criminal action in regards to the investigation for falsifications on J. Villagra´s civil suit.<br>Visit to Civil Proceedings Prosecutor´s Office in order to have an interview with the Agent in charge of the investigation and to know the procedure of the non-exercise of the criminal action ordered on the preliminary investigation linked to the falsifications on J. Villagra´s civil suit. | 03:00 | 672.00 |
| 25/09/2019 | ECM | Visit to Special Affairs Office to have an interview with the Prosecutor to explain the reasons of why there in no necessity of more diligences to the investigation file and to insist that apply the non-exercise of Criminal action in regards to the investigation for falsifications on J. Villagra´s civil suit.<br>Visit with MHO to Civil Proceedings Prosecutor´s Office in order to have an interview with the Agent in charge of the investigation and to know the procedure of the non-exercise of the criminal action ordered on the preliminary investigation linked to the falsifications on J. Villagra´s civil suit. | 03:00 | N/C |
| 26/09/2019 | PARALEGAL A | Visit to Agent´s Coordination Office of the Assistant Public Prosecutor´s Office in order to review the status of the Preliminary investigation with number 799/15-11. | 01:00 | 94.50 |
| | | **TOTAL LEGAL FEES** | **54:15** | **8,890.01** |

ARIZONA BEVERAGES

Date 30/09/2019

EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Bill 227924

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 00:15 | 336.00 | 84.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 13:30 | 224.00 | 3,024.00 |
| MPP - MAURICIO ARTURO PEÑA | 09:30 | 224.00 | 2,128.00 |
| ECM - EDGAR MARTINEZ | 18:00 | 150.50 | 2,709.00 |
| PARALEGAL A | 10:00 | 94.50 | 945.01 |
| | **51:15** | | **8,890.01** |

| | | | |
|---|---|---|---|
| **SUBTOTAL:** | **US $** | | **8,890.01** |
| **V.A.T. 16%:** | **US $** | | **1,422.40** |
| **TOTAL:** | **US $** | | **10,312.41** |
| **\* No charge to client 03:00** | **US $** | | **675.00** |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **229039**

Date:     15/10/2019

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:     019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through September 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 602.00 |
| VAT: | | 96.32 |
| Total: | US $ | 698.32 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:     "388 Greenwich Street 10013 New York, N.Y."
Account:     0036967977
ABA:     021000089
Cuenta CLABE:     NA
SWIFT CODE:     CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:**     **229039**

**ARIZONA BEVERAGES**

Date:    15/10/2019

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner:    JPA
Executive:    JPA
Client No.:    019573

Description of professional services
from September 18, 2019 through September 19, 2019

Attn.: Martin Cunningham

### LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 18/09/2019 | MOV | Visit the Labor Board to attend a hearing of admissions of the evidence offered by the parties at Eugenio Barbachano trial. | 04:00 | 150.50 | 602.00 |
| | | **TOTAL LEGAL FEES** | **04:00** | | **602.00** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MOV - MONICA MARTINEZ | 04:00 | 150.50 | 602.00 |
| | **04:00** | | **602.00** |

SUBTOTAL: US $    602.00
V.A.T. 16%: US $    96.32
TOTAL: US $    698.32

Page 1

# BASHAM, RINGE Y CORREA, S.C.



Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | |
|---|---|
| **Activity Report:** | **230587** |
| Date: | 31/10/2019 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through October 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 8,825.57 |
| VAT: | | 1,412.09 |
| Total: | US $ | 10,237.66 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | | | |
|---|---|---|---|
| **Activity Report:** | | | **230587** |
| Date: | | | 31/10/2019 |
| Partner: | | | ACG |
| Executive: | | | ACG |
| Client No.: | | | 019573 |

Description of professional services
from September 18, 2019 through October 28, 2019

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 18/09/2019 | PARALEGAL A | Visit to the local court to check procedural status on appeal file. | 01:00 | 94.50 |
| 23/09/2019 | MPP | Visit to the appeal court in order to review the admission of EBL appeal | 02:15 | 504.00 |
| | | New motion in order to accomplish the files | | |
| 26/09/2019 | PARALEGAL A | Visit to the local court to check appeal file submission to appeal court. | 01:00 | 94.50 |
| 27/09/2019 | MPP | Visit to the civil court in order to review legal files of the 11 appeals of EBL | 02:00 | 448.00 |
| 27/09/2019 | MHO | Prepare writings address to the Central Office of the Assistant Attorney General for Prior Investigations, local office and proceeding control Office in order to request a report in regards the existence of investigation files against Arizona officers. | 01:30 | 336.00 |
| 27/09/2019 | PARALEGAL A | Visit to J. Villagra´s office in order to collect several writings address to the Central Office of the Assistant Attorney General for Prior Investigations, local office and proceeding control Office. Visit to the mentioned offices in order to submit a writings  to request information in regards any investigations against our client or the legal entity that we represent. | 02:30 | 236.25 |
| 27/09/2019 | PARALEGAL A | Visit to the local court to check ruling on file. | 01:00 | 94.50 |
| 30/09/2019 | ACG | Review of writing before Ministerial authorities in regards infomation of another criminal complaints made by E. Barbachano. | 01:00 | 336.00 |
| 30/09/2019 | MHO | Review of the judgement rendered on the amparo proceedings in favor of the company related to the fulfillment  that must grant the Fifth Criminal Court of the High Court of Justice in Mexico City. Visit to the last entity to request for an interview with the Prosecutor in order to explain the aspect that must be fulfill the amparo sentence. | 02:15 | 504.00 |
| 01/10/2019 | MPP | Visit to the appeal court in order to review new resolution in regards of EBL appeal | 02:00 | 448.00 |
| 03/10/2019 | MPP | Visit to the appeal court in order to have a work meeting with the official of the court in regards of appeal files. | 02:00 | 448.00 |
| 03/10/2019 | MHO | Prepare writings in which we request to the Prosecutor of the Central Office of the Assistant Attorney General for Prior Investigations, local office and proceeding control Office to request information of the possible existence of | 01:30 | 336.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | other investigation files against Arizona´s officers. Attend different conference calls with J. Villagra in order to coordinate the signature of the writings and its presentation before authorities. |  |  |
| 03/10/2019 | PARALEGAL A | Visit to the appeal court to check ruling on file. | 00:45 | 70.88 |
| 04/10/2019 | MHO | Visit to Special Affairs Office of the Republic Attorney General Office to review the official letters forwarded to the Civil Court and Financial Crimes Office in which we request a certified copies to be incorporated to the investigation file. | 02:00 | 448.00 |
| 04/10/2019 | ECM | Visit to the Auxiliary Coordination Office to verify the approval of the agreement for the non criminal action on the prior investigation at hand. | 01:20 | 200.67 |
| 04/10/2019 | PARALEGAL A | Visit to the local court to check judicial office sending from appeal court. | 01:30 | 141.75 |
| 07/10/2019 | PARALEGAL A | Visit to the local court to check ruling on file regarding judicial office sent by appeal court. | 01:00 | 94.50 |
| 07/10/2019 | PARALEGAL A | Visit to the Central Investigation Office to Special and Electoral affairs to have an interview with Public Prosecutor in charge of the investigation file consolidation number 781/10-2017 related to the evidence requirements and the study to provide in such investigation. | 00:45 | 70.88 |
| 09/10/2019 | MPP | New motion in regards of EBL appeal. | 02:00 | 448.00 |
| 11/10/2019 | PARALEGAL A | Visit to the appeal court to check ruling on file. | 01:00 | 94.50 |
| 11/10/2019 | PARALEGAL A | Visit to the Assistant Attorney General Office in order to received the answer of the writing submitted on September 27th, 2019. Visit to the Central Office of the Assistant Attorney General for Prior Investigations in order to review the entry submission of the writing submitted on September 27th, 2019. | 02:00 | 189.00 |
| 14/10/2019 | MHO | Visit to Special Affairs Office to have an interview with the Agent Officer in charge to request the non criminal action prosecution. | 01:30 | 336.00 |
| 14/10/2019 | PARALEGAL A | Visit to the Central Office of the Assistant Attorney General for Prior Investigations to have an interview with Management Control Personnel in order to request which information will be sent to the Court in regards our request submitted on the writing dated on September 27th, 2019. | 01:00 | 94.50 |
| 16/10/2019 | PARALEGAL A | Visit to the Attorney General Office for Special and Electoral Affairs to have an interview with Public Prosecutor in regards the study of the investigation file number 781/10-2017. | 01:00 | 94.50 |
| 17/10/2019 | MHO | Visit to the Fifth Criminal Court at High Court of Justice in Mexico City to review the fulfillment of the amparo resolution grant by the Judicial District. | 02:15 | 504.00 |
| 18/10/2019 | PARALEGAL A | Visit to Twelfth District Court for Amparos specialized in criminal matters in Mexico city in order to take a picture of the fulfillment report issued by the Responsable Authority in regards the Amparo Proceedings number 287/2019. | 01:15 | 118.13 |
| 22/10/2019 | PARALEGAL A | Visit to Twelfth District Court specialized on Criminal Matters in Mexico City in order to review the requirement issued by the Responsable Authority in regards the Amparo proceeding number 287/2019, as well as, to received the notice related by the parties in the Court. | 01:00 | 94.50 |
| 23/10/2019 | MHO | Visit to Fifth Criminal Court of Judicial Branch in Mexico City and Twelfth  Amparo District Court in Mexico City in order to review the resolution issued with the amparo fulfillment and to have an interview with the Prosecutor | 02:30 | 560.00 |

ARIZONA BEVERAGES

EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 31/10/2019

Bill 230587

| | | officer in regards the same. | | |
|---|---|---|---|---|
| 24/10/2019 | MHO | Visit to the Central Office of the Assistant Attorney General for Prior Investigations to submit the matter background and to request a report about the existence of other investigation files against Arizona company or its Officers. | 01:30 | 336.00 |
| 24/10/2019 | ECM | Visit to Special and Electoral Affairs Office in order to have an interview with Public Prosecutor taking in account the writing submitted by the other party in which they request that the Prosecutor renders completely avoid the graphoscopy opinion submitted by the expert to the investigation file at hand. | 02:00 | 301.00 |
| 25/10/2019 | PARALEGAL A | Visit to the Central Office of the Assistant Attorney General for Special and Electoral Affairs in order to request an interview with the Officer in charge and Mr. M. Hernandez in regards the investigation file number 781/10-2017. | 00:45 | 70.88 |
| 28/10/2019 | MHO | Prepare writing in which present any evidence in regards the Amparo fulfillment issued by the Fifth Criminal Court in Mexico City. | 02:30 | 560.00 |
| 28/10/2019 | PARALEGAL A | Visit to the Central Filing Desk on the Amparo District Court specialized in criminal matters in Mexico City in order to submit a writing to present any evidence regarding the amparo fulfillment sentence number 287/2019 issued by the Twelfth District Court specialized in criminal matters in Mexico City. | 01:15 | 118.13 |
| | | **TOTAL LEGAL FEES** | **50:50** | **8,825.57** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 01:00 | 336.00 | 336.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 17:30 | 224.00 | 3,920.00 |
| MPP - MAURICIO ARTURO PEÑA | 10:15 | 224.00 | 2,296.00 |
| ECM - EDGAR MARTINEZ | 03:20 | 150.50 | 501.67 |
| PARALEGAL A | 18:45 | 94.50 | 1,771.90 |
| | **50:50** | | **8,825.57** |

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **8,825.57** |
| **V.A.T. 16%:** | **US $** | **1,412.09** |
| **TOTAL:** | **US $** | **10,237.66** |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

ARIZONA BEVERAGES

**Activity Report:**          **231328**

| | | |
|---|---|---|
| | Date: | 11/11/2019 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | | |
|---|---|---|
| | Client No.: | 019573 |

Attn.: Martin Cunningham

**EUGENIO BARBACHANO LOSA LAWSUIT**

Dear Sirs,

Enclosed please find a description of the services rendered through October 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 150.50 |
| VAT: | | 24.08 |
| Total: | US $ | 174.58 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 231328

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Date: 11/11/2019

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from October 17, 2019 through October 17, 2019

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 17/10/2019 | MOV | Review of labor file before the Federal Board of Conciliation and Arbitration | 01:00 | 150.50 | 150.50 |
| | | **TOTAL LEGAL FEES** | **01:00** | | **150.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MOV - MONICA MARTINEZ | 01:00 | 150.50 | 150.50 |
| | **01:00** | | **150.50** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 150.50 |
| V.A.T. 16%: | US $ | 24.08 |
| TOTAL: | US $ | 174.58 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**           **233410**

| | | |
|---|---|---|
| Date: | | 06/12/2019 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:           019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through November 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 6,999.46 |
| VAT: | | 1,119.91 |
| Total: | US $ | 8,119.37 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** **233410**

Date: 06/12/2019

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from October 21, 2019 through November 28, 2019

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 21/10/2019 | MPP | Review of the labor files in order to determinate the possibility to use it as an evidence of the Arizona appeal | 01:15 | 280.00 |
| 24/10/2019 | MPP | Visit to the appeal court in order to have a work meeting with the official of the appeal court in regards of Arizona arguments | 01:30 | 336.00 |
| 25/10/2019 | MPP | Review of the appeal files in order to prepare a memo in regards of Arizona arguments. | 00:45 | 168.00 |
| 25/10/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on appeal file. | 00:45 | 70.88 |
| 29/10/2019 | ECM | Visit to Civil Court at the Office of the Attorney General of Justice to have an interview with the Officer responsable of the Government Agency in order to verify the approval and the notice of the non criminal action into the preliminary investigation at hand. | 01:00 | 150.50 |
| 30/10/2019 | PARALEGAL A | Visit to the Central Investigation Prosecutor´s Office for the attention of Special Affairs to have an interview with the Public Prosecutor´s Officer in charge of the investigation file compilation number 781/10-2017 in regards the status of the file study. | 00:45 | 70.88 |
| 31/10/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
| 01/11/2019 | MHO | Visit to Amparo Protection District Court to have an interview with the Holder Officer to request the non amparo protection execution according with the non complying of the guidelines agree with the amparo judgement. | 01:00 | 224.00 |
| 01/11/2019 | MPP | Visit to the appeal court in order to have a work meeting with the official in regards to Arizona arguments. | 01:45 | 392.00 |
| 04/11/2019 | MPP | Visit to the appeal court in order to have a work meeting with the official of the court in regards to Arizona arguments. | 02:00 | 448.00 |
| 04/11/2019 | PARALEGAL A | Visit to Twelfth District Court specialized on Criminal Matters Amparo´s in Mexico City to have an interview with the Officer who have for his study to comply the amparo final judgement number 287/2019, in regards the status of the agreement. | 01:00 | 94.50 |
| 05/11/2019 | ECM | Visit to Special and Electoral Affairs Office in Mexico City to have an interview with the Prosecutor requesting to give the instructions to the Social Representation in order to determine into the investigation file the non criminal action. | 01:15 | 188.13 |
| 07/11/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 01:15 | 118.13 |
| 08/11/2019 | MHO | Visit to Twelfth District Court specialized on Criminal | 01:30 | 336.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 06/12/2019
Bill 233410

| | | | | |
|---|---|---|---|---|
| | | Matters Amparo´s in Mexico City to have an interview with the Court Clerk in charge of the amparo judgement to expose the legal reasons why the amparo is not fulfilled. | | |
| 11/11/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 01:00 | 94.50 |
| 12/11/2019 | ECM | Visit to Civil Proceedings Office from the General Justice Prosecutor´s Office in Mexico City to have an interview with the responsable of the organization requesting the notification to the claimant in regards de non-criminal action on the preliminary investigation at hand. | 01:00 | 150.50 |
| 13/11/2019 | MHO | Prepare an arguments writing to be submitted on the amparo protection trial in which there are expose the reasons of why the amparo is not fulfilled by the Fifth Chamber of the State Supreme Court of Justice in Mexico City. | 02:00 | 448.00 |
| 14/11/2019 | MHO | Visit to Special Affairs Prosecutors Office to have an interview with the Prosecutors, Public Ministry and the verifying clerk in charge of the investigation file at hand to know the last actions registered in regards the non-criminal action possible proposal. | 02:00 | 448.00 |
| 14/11/2019 | PARALEGAL A | Visit to the Twelfth Amparo District specialized on Criminal Matter in Mexico City to have an interview with the actuary´s court in regards the status of the study for the fulfillment of the amparo trial number 287/2019. | 00:50 | 78.75 |
| 15/11/2019 | MHO | Agreement review issued by the District Judge that complied with the amparo´s resolution in regards the new judgement issued by the Fifth Criminal Court which deny the arrest warrant against the police officers who arrested J. Villagra. | 00:20 | 74.67 |
| 19/11/2019 | MHO | Visit to Special Affairs Prosecutor´s Office to have an interview with the Public Ministry in charge of the investigation file at hand and with the Prosecutor to know about the non- criminal action proposal issued in regards the same matter. | 01:30 | 336.00 |
| 19/11/2019 | MPP | Visit to the appeal court in order to have a work meeting with the judge in regards of Arizona arguments. | 02:00 | 448.00 |
| 19/11/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
| 21/11/2019 | MPP | Review of EBL evidence and new motion to the appeal court in order to present new arguments in favor of Arizona. | 01:30 | 336.00 |
| 21/11/2019 | ECM | Visita a la Coordinación de Auxiliares del Procurador para verificar el envío de la carpeta de investigación que nos ocupa. | 01:00 | 150.50 |
| 21/11/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 01:00 | 94.50 |
| 25/11/2019 | MPP | Visit to the appeal court in order to have a work meeting with the appeal officer in regards of Arizona arguments. | 02:30 | 560.00 |
| 26/11/2019 | PARALEGAL A | Visit to Agents Coordination part of the Assistant Public Prosecutors Office in order to submit a writing requesting a photocopy of the records that complete the investigation file number 781/10-2017. Visit to the Central Prosecutor's Office specialized on the Investigation of Special and Electoral Affairs in order to submit a writing to request a report of the challenged hearing of the investigation file number 781/10-2017. | 01:30 | 141.75 |
| 26/11/2019 | PARALEGAL A | Visit to the appeal court to attend meeting with magistrate. | 01:30 | 141.75 |
| 27/11/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
| 28/11/2019 | MPP | New motion in order to continue the legal arguments of | 01:30 | 336.00 |

ARIZONA BEVERAGES                                                                    Date 06/12/2019
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS                                            Bill 233410

Arizona

| 28/11/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
|---|---|---|---|---|
| | | **TOTAL LEGAL FEES** | **39:55** | **6,999.46** |

## SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MHO - MIGUEL ANGEL HERNANDEZ | 08:20 | 224.00 | 1,866.67 |
| MPP - MAURICIO ARTURO PEÑA | 14:45 | 224.00 | 3,304.00 |
| ECM - EDGAR MARTINEZ | 04:15 | 150.50 | 639.63 |
| PARALEGAL A | 12:35 | 94.50 | 1,189.16 |
| | **39:55** | | **6,999.46** |

|  |  |  |
|---|---|---|
| SUBTOTAL: | US $ | 6,999.46 |
| V.A.T. 16%: | US $ | 1,119.91 |
| TOTAL: | US $ | 8,119.37 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | |
|---|---|
| **Activity Report:** | **234803** |
| Date: | 30/12/2019 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through December 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 3,711.77 |
| VAT: | | 593.88 |
| Total: | US $ | 4,305.65 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:             "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                  021000089
Cuenta CLABE:         NA
SWIFT CODE:           CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 234803

Date: 30/12/2019

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from December 2, 2019 through December 19, 2019

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 02/12/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
| 02/12/2019 | PARALEGAL A | Drafting memorandum for magistrate regarding appeal. | 01:00 | 94.50 |
| 03/12/2019 | MPP | Work meeting with the official of the appeal court. | 02:00 | 448.00 |
| 03/12/2019 | ECM | Visit to Assistant Prosecutor´s Coordination Office to verify the agreement in which was requested copies of all the certificates that complete the investigation file at hand. | 01:00 | 150.50 |
| 03/12/2019 | PARALEGAL A | Visit to Twelfth Amparo District Court specialized on Criminal Matter in Mexico City to review the attachments issue on the report of the amparo´s investigation file number 287/2019. | 01:30 | N/C |
| 03/12/2019 | PARALEGAL A | Visit to the appeal court to attend meeting with magistrate and deliver memorandum. | 01:00 | 94.50 |
| 04/12/2019 | MPP | Visit to the appeal court in order to have a work meeting with the first of magistrate | 02:15 | 504.00 |
| 05/12/2019 | MHO | Prepare disagreement appeal that must be submitted against the agreement issue by the District Judge that determine as fulfilled the amparo judgement by the responsables of the request of the arrest warrant against the police man that arrest J. Villagra. | 03:00 | 672.00 |
| 05/12/2019 | PARALEGAL A | Visit to Central Filing Desk, part of the Amparo´s District Court specialized on Criminal Matters in Mexico City in order to submit a writing as disagreement appeal against the judgement rendered on the amparo file number 287/2019. | 01:00 | 94.50 |
| 06/12/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
| 09/12/2019 | MPP | Visit to the appeal court in order to have a work meeting with the second magistrate | 02:00 | 448.00 |
| 09/12/2019 | PARALEGAL A | Visit to Twelfth Amparo District specialized on Criminal Matters in Mexico City in regards the agreement issued to the disagreement appeal writing submited to the amparo´s investigation file number 287/2019, as well as the remittance of such appeal to the Associate Court. | 00:50 | 78.75 |
| 10/12/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
| 13/12/2019 | MPP | Visit to the appeal court in order to have a work meeting with one of magistrate. | 02:00 | 448.00 |
| 13/12/2019 | PARALEGAL A | Visit to Twelfth Amparo District specialized on Criminal Matters in Mexico City in order to be notice with the agreement in which was issued the disagreement appeal writing, as well as to have an interview with the Actuary in regards the amparo´s investigation file number 287/2019 to | 01:00 | 94.50 |

ARIZONA BEVERAGES

EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/12/2019

Bill 234803

| | | the Associate Court. | | |
|---|---|---|---|---|
| 13/12/2019 | PARALEGAL A | Visit to the appeal court to check procedural status on file. | 00:45 | 70.88 |
| 16/12/2019 | ECM | Visit to Assistant Prosecutor´s Coordination Office to have a meeting with the Public Prosecutor´s Officer who is in charge of the investigation file of the fraudulent statements crime against J. Villagra. | 01:00 | 150.50 |
| 19/12/2019 | ECM | Visit to Special and Electoral Affairs Office to have an interview with the Public Prosecutor´s Officer in regards the agreement where it was requested the date and hour of the proceeding report before the Control Judge requested by the claimant related to the Procedural fraud against J. Villagra and Arizona. | 01:00 | 150.50 |
| | | **TOTAL LEGAL FEES** | **23:35** | **3,711.78** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MHO - MIGUEL ANGEL HERNANDEZ | 03:00 | 224.00 | 672.00 |
| MPP - MAURICIO ARTURO PEÑA | 08:15 | 224.00 | 1,848.00 |
| ECM - EDGAR MARTINEZ | 03:00 | 150.50 | 451.50 |
| PARALEGAL A | 07:50 | 94.50 | 740.27 |
| | **22:05** | | **3,711.77** |

|  |  |  |
|---|---|---|
| **SUBTOTAL:** | **US $** | **3,711.77** |
| **V.A.T. 16%:** | **US $** | **593.88** |
| **TOTAL:** | **US $** | **4,305.65** |
| **\* No charge to client 01:30** | **US $** | **210.00** |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**  **235442**

| | |
|---|---|
| Date: | 13/01/2020 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through December 2019.

| | | |
|---|---|---|
| Subtotal: | US $ | 627.08 |
| VAT: | | 100.33 |
| Total: | US $ | 727.41 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

**Activity Report:**    **235442**

Date:    13/01/2020

Partner:    JPA
Executive:    JPA
Client No.:    019573

Description of professional services
from December 2, 2019 through December 2, 2019

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 02/12/2019 | MOV | Attention of diligence of ocular inspection before the Actuary attached to the Special Board Number Sixteen of the Federal Conciliation and Arbitration._ | 04:10 | 150.50 | 627.08 |
| | | **TOTAL LEGAL FEES** | **04:10** | | **627.09** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MOV - MONICA MARTINEZ | 04:10 | 150.50 | 627.08 |
| | **04:10** | | **627.08** |

SUBTOTAL: US $    **627.08**
V.A.T. 16%: US $    **100.33**
TOTAL: US $    **727.41**

**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | **Activity Report:** | **237022** |
|---|---|---|
| Date: | | 31/01/2020 |
| Client No.: | | 019573 |

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through January 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 8,563.33 |
| VAT: | | 1,370.13 |
| Total: | US $ | 9,933.46 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 237022

Date: 31/01/2020

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from December 18, 2019 through January 27, 2020

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 18/12/2019 | MPP | New motion to the appeal court in order to explain the most important arguments of Arizona defense. | 02:30 | 560.00 |
| 23/12/2019 | ECM | Visit to Assistant Officers Coordination to find the number of the investigation file regarding the hearing with the Magistrate judge requested by the claimant. | 01:30 | 225.75 |
| 02/01/2020 | ACG | In-house meeting with M. Hernández to discuss on the current status of this issue and aspects to follow; proofs review. | 01:00 | 336.00 |
| 07/01/2020 | MHO | Visit to Assistant Officers Coordination of the Public Ministry to request information about the procedural status of the investigation files at hand and to request a hearing with the Prosecutor. | 02:15 | 504.00 |
| 07/01/2020 | ECM | Visit to Assistant Officers Coordination of the Public Ministry to verify the approval of the non-criminal action of the investigation file at hand. | 01:30 | 225.75 |
| 07/01/2020 | PARALEGAL A | Visit to the appeal court to check final judgment on appeal file. | 02:00 | 189.00 |
| 07/01/2020 | PARALEGAL A | Visit to the Ninth Judge Court specialized on Criminal Matter to review the admission agreement of the disagreement number 01/2020, as well as to request a opinion report. | 01:00 | 94.50 |
| 09/01/2020 | MPP | Start-up of the judgement review issued by the Civil court in regards the appeal. | 03:30 | 784.00 |
| 10/01/2020 | MPP | Continue of the review of the files resolutions in the appeal. Review of old evidence and the effects in the civil case. | 02:30 | 560.00 |
| 10/01/2020 | ECM | Visit to Civil Proceedings Office, part of the General Justice Prosecutors Office in Mexico City to request a meeting with the Prosecutor Officer in order to verify the approval of the non-criminal action on the preliminary investigation at hand. | 01:40 | 250.83 |
| 13/01/2020 | ACG | E-mails exchange with M. Cunningham on the intervention by the Attorney General´s Office in the USA and possible interviews with owners of ARIZONA; in-house analysis of the current status of the matter. | 01:00 | 336.00 |
| 13/01/2020 | MPP | Visit to the appeal court in order to have a word meeting in regards to the possibility to execute the legal fees condemn to EBL. | 03:00 | 672.00 |
| 13/01/2020 | PARALEGAL A | Visit to the Ninth Judge Court specialized on Criminal Matters to have an interview with the employees of the Court Clerk in regards the disagreement number 01/2020. | 01:30 | 141.75 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 31/01/2020
Bill 237022

| 14/01/2020 | ACG | In-house meeting with M. Hernández to discuss on the latest actions and current status of criminal matters. | 00:30 | 168.00 |
|---|---|---|---|---|
| 14/01/2020 | MPP | Drafting new motion in order to notify the resolution of the appeal court. | 01:30 | 336.00 |
| 15/01/2020 | ACG | Review of e-mails and information sent by M. Cunningham regarding the interviews to be conducted by the US Attorney General´s Office with ARIZONA´s owners; as well as to render our legal opinion in this regard. | 01:30 | 504.00 |
| 16/01/2020 | ACG | Report with the update information of the different legal issues (criminal, civil, labor) was draw up and sent to M. Cunningham with other aspects involved; conference call with M. Cunningham on this updating and aspects related with interviews to be conducted in the USA. | 03:30 | 1,176.00 |
| 16/01/2020 | PARALEGAL A | Visit to Ninth Judge Court specialized on Criminal Matters to have an interview with the Magistrate reporting judge of the disagreement number 01/2020 in regards the binding of the matter on the resolution list. | 01:30 | 141.75 |
| 20/01/2020 | MHO | Prepare new writings to request a report of the possible consolidation of the investigation files against the company´s officers. | 02:00 | 448.00 |
| 20/01/2020 | ECM | Visit to the Special and Electoral Affairs Office part of the General Justice Prosecutor Office in Mexico City to have an interview with the Public Prosecutor Officer to verify the agreement of the Assistant Coordination to return the investigation file for lack of jurisdiction. | 01:30 | 225.75 |
| 20/01/2020 | PARALEGAL A | Visit to Ninth Judge Court specialized on Criminal Matters in Mexico City in order to review the list of the Magistrate reporting judge of the disagreement number 01/2020. | 01:30 | 141.75 |
| 27/01/2020 | MHO | Visit to Special and Electoral Affairs Office part of the General Justice Prosecutor Office in Mexico City to have an interview with the Special Secretary to request for the approval of the non-criminal action issued on the investigation file according to the new criminal procedure. | 02:00 | 448.00 |
| 27/01/2020 | PARALEGAL A | Visit to Ninth Judge Court specialized on Criminal Matters in Mexico City in order to review the session list of the Magistrate reporting judge of the disagreement number 01/2020. | 01:00 | 94.50 |
| | | **TOTAL LEGAL FEES** | **41:25** | **8,563.33** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 07:30 | 336.00 | 2,520.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 06:15 | 224.00 | 1,400.00 |
| MPP - MAURICIO ARTURO PEÑA | 13:00 | 224.00 | 2,912.00 |
| ECM - EDGAR MARTINEZ | 06:10 | 150.50 | 928.08 |
| PARALEGAL A | 08:30 | 94.50 | 803.25 |
| | **41:25** | | **8,563.33** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 8,563.33 |
| V.A.T. 16%: | US $ | 1,370.13 |
| TOTAL: | US $ | 9,933.46 |



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**      **238403**

| | |
|---|---|
| Date: | 21/02/2020 |

One Arizona Plaza  Suite 400
Woodbury

| | |
|---|---|
| Client No.: | 019573 |

New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through January 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 3,248.00 |
| VAT: | | 519.68 |
| Total: | US $ | 3,767.68 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:     "388 Greenwich Street 10013 New York, N.Y."
Account:     0036967977
ABA:     021000089
Cuenta CLABE:     NA
SWIFT CODE:     CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / E (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:**     238403

Date:     21/02/2020

**ARIZONA BEVERAGES**

Partner:     JPA
Executive:     JPA
Client No.:     019573

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from January 8, 2020 through January 29, 2020

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 08/01/2020 | JPA | Discussion with the Labor Board officers with respect to the civil Court's ruling. | 02:00 | 336.00 | 672.00 |
| 16/01/2020 | JPA | Review file and case merits to update on proceedings and evidence preparation. | 01:30 | 336.00 | 504.00 |
| 16/01/2020 | LAE | Conference call with Martin Cunningham. Re: Barbachano case and alignment regarding a claim filed in the US. | 01:00 | 224.00 | 224.00 |
| 17/01/2020 | MOV | Analysis and preparation of the specifications to vent the confessional test offered by the defendant | 02:00 | 168.00 | 336.00 |
| 22/01/2020 | JDG | Visit the Federal Labor Board of Mexico City,  to attend a hearing at BARBACHANO LOSA EUGENIO trial. | 02:00 | 168.00 | 336.00 |
| 23/01/2020 | MOV | Attention of evidence release hearing, in which the confessional would be heard for own facts | 03:00 | 168.00 | 504.00 |
| 28/01/2020 | JDG | Visit the Local Labor Board of Mexico City, to attend a hearing at BARBACHANO LOSA EUGENIO trial. | 02:00 | 168.00 | 336.00 |
| 29/01/2020 | JDG | Visit the Local Labor Board of Mexico City, to attend a hearing at BARBACHANO LOSA EUGENIO trial. | 02:00 | 168.00 | 336.00 |
| | | **TOTAL LEGAL FEES** | **15:30** | | **3,248.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JPA - JORGE G. DE PRESNO | 03:30 | 336.00 | 1,176.00 |
| LAE - LUIS ANTONIO ALVAREZ | 01:00 | 224.00 | 224.00 |
| JDG - JORGE DURAN | 06:00 | 168.00 | 1,008.00 |
| MOV - MONICA MARTINEZ | 05:00 | 168.00 | 840.00 |
| | **15:30** | | **3,248.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 3,248.00 |
| V.A.T. 16%: | US $ | 519.68 |
| TOTAL: | US $ | 3,767.68 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **239151**

| | | |
|---|---|---|
| | Date: | 28/02/2020 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:     019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the expenses incurred through February 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 15.56 |
| VAT: | | 2.49 |
| Total: | US $ | 18.05 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:     "388 Greenwich Street 10013 New York, N.Y."
Account:     0036967977
ABA:     021000089
Cuenta CLABE:     NA
SWIFT CODE:     CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



ARIZONA BEVERAGES

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | |
|---|---|
| **Activity Report:** | **239151** |
| Date: | 28/02/2020 |
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

Description of expenses
from February 6, 2020 through February 6, 2020

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

**Simple certified copy and several writings to be submitted to General Justice Prosecutor´s Office in Mexico City and Republic General Prosecutor´s Office.**

Fees for copies                                                                                                15.56

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **15.56** |
| **V.A.T. 16%:** | **US $** | **2.49** |
| **TOTAL:** | **US $** | **18.05** |



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | | |
|---|---|---|
| **Activity Report:** | | **239235** |
| Date: | | 28/02/2020 |
| Client No.: | | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the expenses incurred through February 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 22.08 |
| VAT: | | 3.53 |
| Total: | US $ | 25.61 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 09 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | |
|---|---|
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

Description of expenses
from February 21, 2020 through February 21, 2020

Attn.: Martin Cunningham

**EUGENIO BARBACHANO LOSA LAWSUIT**

**Visit the Federal Labor Board of Mexico City, to attend a hearing at**

**BARBACHANO LOSA EUGENIO trial.**

Fees for copies/BM                                                              22.08

                                                                             **22.08**

| | | |
|---|---|---:|
| **SUBTOTAL:** | US $ | 22.08 |
| **V.A.T. 16%:** | US $ | 3.53 |
| **TOTAL:** | US $ | 25.61 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**      **239344**

Date:     28/02/2020

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:     019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through February 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 12,581.64 |
| VAT: | | 2,013.06 |
| Total: | US $ | 14,594.70 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | | |
|---|---|---|
| **Activity Report:** | | **239344** |
| Date: | | 28/02/2020 |
| Partner: | | ACG |
| Executive: | | ACG |
| Client No.: | | 019573 |

Description of professional services
from January 7, 2020 through February 26, 2020

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 07/01/2020 | MPP | Visit to the appeal court in order to review the resolution and the diligence of notification to EBL | 02:00 | 448.00 |
| 17/01/2020 | MPP | Visit to the appeal court in order to have a work meeting with the oficial of the court.

Analysis of the the appeal resolution in order to continue the constitutional action. | 02:30 | 560.00 |
| 17/01/2020 | PARALEGAL A | Visit to the appeal court to check procedural status on appeal file regarding likely constitutional action filed by EBL. | 00:45 | 70.88 |
| 21/01/2020 | MPP | Visit to the appeal court in order to review the appeal fills in regards to the constitutional action of EBL.

Continue the constitutional action of ABM | 04:30 | 1,008.00 |
| 21/01/2020 | PARALEGAL A | Visit to the appeal court to check procedural status on appeal file regarding likely constitutional action filed by EBL. | 02:30 | 236.25 |
| 22/01/2020 | MPP | Work meeting with the judge in the appeal court

Continue the constitutional action against the appeal resolution | 02:30 | 560.00 |
| 29/01/2020 | MPP | Visit to the appeal court in order to review the the legal fills in order to obtain information about the constitutional action of EBL. | 02:00 | 448.00 |
| 29/01/2020 | MHO | Preparing writings in which it is requested several information to the Ministerial authorities in order that they inform about the existence of a investigation file against the legal representative and other officers of the company. | 02:00 | 448.00 |
| 29/01/2020 | PARALEGAL A | Visit to client´s facilities in order to collect the writings signed address to different authorities by which we request information related of the legal representative investigations and others officers. | 01:00 | 94.50 |
| 30/01/2020 | PARALEGAL A | Visit to Republic Attorney General Office and to General Justice Attorney´s Office in Mexico City to submit a writing address to different authorities in which we request information related to the investigation files against the client´s legal representative, as well as other officers. | 02:30 | 236.25 |
| 31/01/2020 | MPP | Visit to the appeal court in regards to the constitutional action of EBL | 03:30 | 784.00 |

| Date | Role | Description | Time | Amount |
|------|------|-------------|------|--------|
| | | Begin de constitutional action against the appeal resolution | | |
| 31/01/2020 | PARALEGAL A | Visit to Criminal Center part of the High Court of Justice in Mexico City located at South Correctional Center in order to submit a writing providing notification information for the Judicial Investigation file number 007/2577/2019. | 01:30 | 141.75 |
| 04/02/2020 | MPP | Visit to the appeal court in order to review the legal files in regards of the constitutional action of EBL | 02:00 | 448.00 |
| 04/02/2020 | PARALEGAL A | Visit to the Care Center for Special and Electoral Affairs to have an interview with the Special Secretary of the Attorney Office in regards the deadline for the determination approval of the investigation file number 781/10-2018. | 01:30 | 141.75 |
| 05/02/2020 | MPP | Judicial notification of the constitutional action of EBL against the appeal resolution | 02:00 | 448.00 |
| 05/02/2020 | PARALEGAL A | Visit to the appeal court to review ruling on file regarding constitutional action filed by Eugenio Barbachano. | 01:00 | 94.50 |
| 06/02/2020 | ACG | In-house meeting with M. Hernández on the follow-up of the non-prosecution of the criminal action in the procedural fraud complaint and to determine its due diligence; review of ministerial records of this matter. | 02:15 | 756.00 |
| 06/02/2020 | MPP | Review of the alternatives of EBL in regards to the labor claim and effects in the constitutional action | 02:30 | 560.00 |
| 07/02/2020 | MPP | Continue the review of the constitutional motion of EBL | 03:30 | 784.00 |
| 10/02/2020 | MHO | Visit to Prosecutor´s Officer in order to request information about the investigation files against the client´s legal representative, as well as other officers. | 02:00 | 448.00 |
| 11/02/2020 | ACG | E-mail to M. Cunningham informing on the civil matter. | 00:15 | 84.00 |
| 11/02/2020 | MPP | Review the alternatives to present a constitutional action in name of ABM | 02:00 | 448.00 |
| 12/02/2020 | MPP | Continue the answer of the constitutional action of EBL | 04:00 | 896.00 |
| 12/02/2020 | ECM | Visit to Special and Electoral Affairs Office in Mexico City to have an interview with the Special Attorney Assistant in order to verify the approval of the non criminal action related to the investigation file at hand. | 02:00 | 301.00 |
| 12/02/2020 | PARALEGAL A | Visit to Ninth Collegiate Court specialized on Criminal Matter in Mexico City in order to review the session list of the Judge writing for the court for the disagreement file number 1/2020. | 01:00 | 94.50 |
| 12/02/2020 | PARALEGAL A | Visit to the local court to check ruling on file. | 01:15 | 118.13 |
| 13/02/2020 | MHO | Visit to Prosecutor´s office at Civil Court to have a meeting with the Special Secretary of the Public Ministry in order to request information of the procedural status in regards the investigation file at hand. | 02:00 | 448.00 |
| 13/02/2020 | PARALEGAL A | Visit to Ninth Collegiate Court specialized on Criminal Matter in Mexico City in order to attend the session for the disagreement file number 1/2020 was stated. | 02:30 | 236.25 |
| 14/02/2020 | PARALEGAL A | Visit to SubProsecutor´s Office in order to follow up the proceedings of the writing submitted on January 20th, 2020 in which we request information related to the investigations files against several officers of the company. | 02:30 | 236.25 |
| 18/02/2020 | MHO | Visit to Ninth Collegiate Court specialized on Criminal Matter in Mexico City in order to review the status of the disagreement file number 1/2020. | 02:00 | 448.00 |
| 19/02/2020 | ECM | Visit to Special and Electoral Affairs Prosecutor´s Office in Mexico City to have an interview with the Special | 01:30 | 225.75 |

ARIZONA BEVERAGES                                                    Date 28/02/2020
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS                              Bill 239344

|  |  | Attorney´s Assistant in order to review the agreement confirmation of the non criminal action for the investigation file at hand. |  |  |
|---|---|---|---|---|
| 20/02/2020 | ECM | Visit to Central Filling Desk Office in Mexico City to review the answer of the writing submitted in which we request information of the existence of any investigation file against the legal representative of the company and other officers. | 01:15 | 188.13 |
| 25/02/2020 | PARALEGAL A | Visit to Ninth Collegiate Court specialized on Criminal Matter in Mexico City in order to request a certified copy of the judgement rendered to the disagreement file number 1/2020. | 01:00 | 94.50 |
| 26/02/2020 | PARALEGAL A | Prepare writing in which we request the status of the investigation file number 799/15-11. | 00:30 | 47.25 |
|  |  | **TOTAL LEGAL FEES** | **67:45** | **12,581.64** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 02:30 | 336.00 | 840.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 08:00 | 224.00 | 1,792.00 |
| MPP - MAURICIO ARTURO PEÑA | 33:00 | 224.00 | 7,392.00 |
| ECM - EDGAR MARTINEZ | 04:45 | 150.50 | 714.88 |
| PARALEGAL A | 19:30 | 94.50 | 1,842.76 |
|  | **67:45** |  | **12,581.64** |

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **12,581.64** |
| **V.A.T. 16%:** | **US $** | **2,013.06** |
| **TOTAL:** | **US $** | **14,594.70** |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**     **241670**

Date:     31/03/2020

Client No.:     019573

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through March 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 24,706.89 |
| VAT: | | 3,953.10 |
| Total: | US $ | 28,659.99 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:     "388 Greenwich Street 10013 New York, N.Y."
Account:     0036967977
ABA:     021000089
Cuenta CLABE:     NA
SWIFT CODE:     CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** **241670**

Date: 31/03/2020

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from February 17, 2020 through March 26, 2020

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 17/02/2020 | MPP | Continue new constitutional action in the name of ABM | 05:00 | 1,120.00 |
| 18/02/2020 | MPP | Review of the constitutional action of EBL | 03:00 | 672.00 |
| 18/02/2020 | PARALEGAL A | Visit to the appeal court to check ruling on file regarding admission of constitutional trial filed by EBL. | 01:00 | 94.50 |
| 19/02/2020 | MPP | Continue the constitutional action in the name of ABM | 05:00 | 1,120.00 |
| 20/02/2020 | MPP | New answer of the constitutional action of EBL | 04:00 | 896.00 |
| 24/02/2020 | PARALEGAL A | Visit to the local court to check ruling on file regarding notification of admission of constitutional trial filed by EBL. | 01:30 | 141.75 |
| 27/02/2020 | MPP | Continue the constitutional action in the name of EBL | 03:00 | 672.00 |
| 27/02/2020 | PARALEGAL A | Visit to Office of Prosecutor for Civil Court Proceedings to submit a writing to the Officer in charge in order to request a report related to the approval of the Preliminary Investigation number 799/11-15. | 01:15 | 118.13 |
| 28/02/2020 | ECM | Visit to the Clerks Office of Management part of the General Prosecutors Office in Mexico City to obtain the report about the existence of an investigation file against the individual and/or legal entity. | 01:30 | 225.75 |
| 02/03/2020 | JBU | Visit to the Federal Court to check procedural status on constitutional trial. | 01:00 | 150.50 |
| 03/03/2020 | MPP | Visit to the Federal District Court in order to have a work meeting with the official of the court in regards of the EBL constitutional action. | 02:30 | 1,075.00 |
| 04/03/2020 | MPP | Start of the answer to constitutional action of EBL a | 04:00 | 1,720.00 |
| 05/03/2020 | MPP | Continue of the answer to the constitutional action of EBL | 05:00 | 2,150.00 |
| 06/03/2020 | ECM | Visit to Clerks Office of Management part of the General Prosecutors Office in Mexico City to obtain the report in which was request the existence of an investigation file against the individual and/or legal entity. | 01:15 | 188.13 |
| 06/03/2020 | MPP | Continue of the answer the constitutional action of EBL | 04:30 | 1,935.00 |
| 07/03/2020 | MPP | Modifications of the answer in regards to the constitutional action of EBL | 03:30 | 1,505.00 |
| 09/03/2020 | MHO | Visit to Special Affairs Office to request the review by which was approved the non criminal action issued into the investigation file._ | 03:00 | 672.00 |
| 09/03/2020 | JBU | Visit to the federal court to file motion with allegations regarding constitutional trial filed by EBL. | 01:30 | 225.75 |
| 09/03/2020 | MPP | Final review of ABM answer of the constitutional action of EBL. | 03:00 | 1,290.00 |
| 10/03/2020 | ACG | Analysis with M. Hernandez in regards the non criminal action in both criminal complaints against E. Barcachano; | 04:00 | 1,344.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 31/03/2020
Bill 241670

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Review of the certificates. |  |  |
|  |  | Visit to Special Prosecutors Office to review with the Prosecutor´s Officer the non criminal action as procedural fraud. |  |  |
| 10/03/2020 | PARALEGAL A | Visit to Office of Prosecutor for Civil Court Proceedings to hold an interview with Public Prosecutor Officer in charge of the Agency number 74th in regards the official letter for the report requested of the Preliminary Investigation number 799/15-11._ | 01:35 | 149.62 |
| 11/03/2020 | MHO | Visit to Office of Prosecutor for Civil Court Proceedings to request the investigation file at hand and to review the approval of the non criminal action issued into the investigation file. | 02:00 | 448.00 |
| 11/03/2020 | JBU | Visit to the federal court to check ruling on file. | 01:00 | 150.50 |
| 12/03/2020 | JBU | Visit to the federal court to check ruling on file. | 00:45 | 112.88 |
| 13/03/2020 | JBU | Visit to the appeal court to check procedural status on file. | 01:00 | 150.50 |
| 13/03/2020 | MPP | Visit to the appeal court in order to review the legal files in regards to the capability of the lawyer of EBL. | 02:00 | 860.00 |
| 17/03/2020 | MHO | Visit to to Office of Prosecutor for Civil Court Proceedings to hold and interview with the Prosecutors Officer regarding the status of the investigation file related to the falsification issued into the final trial. | 02:15 | 504.00 |
| 18/03/2020 | PARALEGAL A | Visit to Office of Prosecutor for Civil Court Proceedings to submit a writing requesting the approval of the non criminal action into the investigation file number 799/15-11. | 00:45 | 70.88 |
| 18/03/2020 | MPP | Review of the admission of ABM motion in regards of EBL constitutional action. | 01:00 | 430.00 |
| 19/03/2020 | MPP | Begin the memorandum in regards of EBL constitutional action | 02:15 | 967.50 |
| 20/03/2020 | MPP | Review the final resolution in the appeal in order to determinate any effects and risks in the labor case. | 02:00 | 860.00 |
| 24/03/2020 | MPP | Continue drafting new memo in regards of EBL constitutional action | 02:15 | 967.50 |
| 26/03/2020 | MPP | New motion in regards of the capabilities of the lawyers of EBL in the constitutional action. | 04:00 | 1,720.00 |
|  |  | **TOTAL LEGAL FEES** | **81:20** | **24,706.90** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 04:00 | 336.00 | 1,344.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 07:15 | 224.00 | 1,624.00 |
| MPP - MAURICIO ARTURO PEÑA | 20:00 | 224.00 | 4,480.00 |
| ECM - EDGAR MARTINEZ | 02:45 | 150.50 | 413.88 |
| JBU - JULIO BUTRON | 05:15 | 150.50 | 790.13 |
| PARALEGAL A | 06:05 | 94.50 | 574.88 |
| MPP - MAURICIO ARTURO PEÑA | 36:00 | 430.00 | 15,480.00 |
|  | **81:20** |  | **24,706.89** |

| | | |
|---|---|---|
| **SUBTOTAL: US $** | | **24,706.89** |
| **V.A.T. 16%: US $** | | **3,953.10** |
| **TOTAL: US $** | | **28,659.99** |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **243280**

|  |  |
|---|---|
| Date: | 30/04/2020 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  |  |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through April 2020.

|  |  |  |
|---|---|---|
| Subtotal: | US $ | 2,995.67 |
| VAT: |  | 479.31 |
| Total: | US $ | 3,474.98 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from March 31, 2020 through April 21, 2020

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 31/03/2020 | MPP | Continue drafting memorandum in regards of the constitutional action of EBL | 01:30 | 645.00 |
| 01/04/2020 | MPP | Review of legal files in regards of lawyers of EBL and his lack of capacity | 02:00 | 860.00 |
| 08/04/2020 | MPP | Review of legal files of the labor case in regards of the effects of the appeal resolution in the Civil Case. | 01:00 | 430.00 |
| 13/04/2020 | MPP | New motion in regards of the  lack of personality of EBL lawyer. | 02:00 | 860.00 |
| 21/04/2020 | ECM | Visit to Special and Electoral Affairs division of the General Justice Prosecutor´s Office in Mexico City to hold an interview with Public Prosecutor´s officer in order to verify the agreement for the non-criminal action on the investigation file at hand. | 01:20 | 200.67 |
| | | **TOTAL LEGAL FEES** | **07:50** | **2,995.67** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| ECM - EDGAR MARTINEZ | 01:20 | 150.50 | 200.67 |
| MPP - MAURICIO ARTURO PEÑA | 06:30 | 430.00 | 2,795.00 |
| | **07:50** | | **2,995.67** |

| | | |
|---|---|---|
| SUBTOTAL:  US $ | | 2,995.67 |
| V.A.T. 16%:  US $ | | 479.31 |
| TOTAL:  US $ | | 3,474.98 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**     **244792**

Date:     29/05/2020

Client No.:     019573

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through May 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 10,114.00 |
| VAT: | | 1,618.24 |
| Total: | US $ | 11,732.24 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 190 0506
basham_qro@basham.com.mx



**Activity Report:**   244792

Date:   29/05/2020

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner:   ACG
Executive:   ACG
Client No.:   019573

Description of professional services
from April 20, 2020 through May 15, 2020

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 20/04/2020 | MPP | Review of new criteria of the Suprem Court in regards of the elements in a commision agreement | 02:00 | 860.00 |
| 23/04/2020 | MPP | Review of the evidence offered by EBL in the constitutional action. | 02:30 | 1,075.00 |
| 24/04/2020 | MPP | Review of the final resolution in order to prepare a new motion in order to dismiss the constitutional action of EBL. | 03:00 | 1,290.00 |
| 29/04/2020 | MPP | Review of the resolutionions and motions in the proceeding Continue drafting new motion in regards of the lack of capacities of EBL lawyers in the constitutional action. | 03:30 | 1,505.00 |
| 04/05/2020 | MPP | Review of constitutional action of EBL | 02:30 | 1,075.00 |
| 05/05/2020 | MPP | New motion in regards of the final argument´s in the constitutional action of EBL. | 03:00 | 1,290.00 |
| 07/05/2020 | MPP | Review of legal files in regards of the resolution in the constitutional action of EBL | 02:30 | 1,075.00 |
| 08/05/2020 | MPP | Continue drafting new motion in regards of the lack of capacity of EBL lawyers in regards of the constitutional action. | 02:00 | 860.00 |
| 13/05/2020 | MHO | Prepare writing to request a report of the status of the investigation file for Eugenio Barbachano matters against the legal representative of the company for fraudulent statements; for denied the issuance of the commercial commision agreement and to set date and time to review the investigation file. | 01:00 | 224.00 |
| 15/05/2020 | MPP | Review of legal files of the labor case, in order to be used against EBL in the constitutional action in the civil case. | 02:00 | 860.00 |
| | | **TOTAL LEGAL FEES** | **24:00** | **10,114.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MHO - MIGUEL ANGEL HERNANDEZ | 01:00 | 224.00 | 224.00 |
| MPP - MAURICIO ARTURO PEÑA | 23:00 | 430.00 | 9,890.00 |
| | **24:00** | | **10,114.00** |

SUBTOTAL:  US $   10,114.00
V.A.T. 16%:  US $   1,618.24
TOTAL:   US $   11,732.24

# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**  **246555**

|  | |
|---|---|
| Date: | 30/06/2020 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  | |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through June 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 8,062.50 |
| VAT: | | 1,290.00 |
| Total: | US $ | 9,352.50 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 246555

Date: 30/06/2020

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from May 18, 2020 through June 23, 2020

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 18/05/2020 | MPP | New motion in order to dismiss constitutional action of EBL. | 02:00 | 860.00 |
| 20/05/2020 | MPP | Review of the new consideration in other cases of the Suprim Court in regards of the commision agreement | 01:00 | 430.00 |
| 22/05/2020 | MPP | New investigation in regards of a possible new action of EBL against ABM | 01:30 | 645.00 |
| 26/05/2020 | MPP | Review of legal files of the constitutional action of EBL. | 00:30 | 215.00 |
| 29/05/2020 | MPP | Review of the legal files in regards of the final resolution of the constitutional action of EBL. | 00:30 | 215.00 |
| 01/06/2020 | MPP | Review of legal files in order to analyze the prescription of the constitutional action. | 01:30 | 645.00 |
| 02/06/2020 | MPP | Analysis of damages and costs against EBL | 01:00 | 430.00 |
| 08/06/2020 | MPP | Review of legal files in regards to the final resolution in the constitutional action of EBL.<br><br>Review new criterios in regards of corporate veil | 02:30 | 1,075.00 |
| 09/06/2020 | MPP | Review the alternatives and effects of the labor case in the civil action of EBL. | 01:30 | 645.00 |
| 10/06/2020 | MPP | Review of legal files of the Constitutional action of EBL. | 02:00 | 860.00 |
| 15/06/2020 | MPP | Analysis of the possibility of expiration motion against the constitutional action of EBL. | 01:15 | 537.50 |
| 19/06/2020 | MPP | Review or constitutional action of EBL and the evidence in the federal proceeding. | 01:30 | 645.00 |
| 23/06/2020 | MPP | Investigation of new action of EBL in the constitutional action against the appeal resolution. | 02:00 | 860.00 |
| | | **TOTAL LEGAL FEES** | **18:45** | **8,062.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MPP - MAURICIO ARTURO PEÑA | 18:45 | 430.00 | 8,062.50 |
| | **18:45** | | **8,062.50** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 8,062.50 |
| V.A.T. 16%: | US $ | 1,290.00 |
| TOTAL: | US $ | 9,352.50 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

<span style="color:orange;">**Activity Report:**</span>   **248456**

| | |
|---|---|
| Date: | 31/07/2020 |
| Client No.: | 019573 |

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through July 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 7,202.50 |
| VAT: | | 1,152.40 |
| Total: | US $ | 8,354.90 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: <span style="color:orange;">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



<table>
<tr><td></td><td><strong>Activity Report:</strong></td><td><strong>248456</strong></td></tr>
</table>

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Date: 31/07/2020

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from June 29, 2020 through July 30, 2020

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 29/06/2020 | MPP | Review of legal files of the constitutional action of EBL. | 02:00 | 860.00 |
| 02/07/2020 | MPP | Review of legal files in the constitutional action of EBL. Review the judicial alternatives to begin against EBL a judicial action of damages and costs. | 02:00 | 860.00 |
| 06/07/2020 | MPP | Review of the labor case and study the effects of the resolution of the civil case | 01:15 | 537.50 |
| 09/07/2020 | MPP | Review legal files in the constitutional action of EBL. Study of the alternatives of EBL if the court confirm the resolution | 02:00 | 860.00 |
| 10/07/2020 | MPP | Continue drafting new motion in order to resolve the constitutional action | 02:00 | 860.00 |
| 14/07/2020 | MPP | Continue the analysis of a damages and costs action against EBL. | 01:00 | 430.00 |
| 17/07/2020 | MPP | Review of the Incompetent exception of ABM | 02:00 | 860.00 |
| 22/07/2020 | MPP | Review judicial resolutions in the constitutional court | 01:00 | 430.00 |
| 23/07/2020 | MPP | Review of judicial resolutions of the constitutional court and review of judicial evidence of the execution of the commision agreement by EBL. | 02:00 | 860.00 |
| 30/07/2020 | MPP | Review of constitutional action of EBL and continue drafting the new motion of prescription in the constitutional action of EBL. | 01:30 | 645.00 |
| | | **TOTAL LEGAL FEES** | **16:45** | **7,202.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MPP - MAURICIO ARTURO PEÑA | 16:45 | 430.00 | 7,202.50 |
| | **16:45** | | **7,202.50** |

| | | |
|---|---|---|
| **SUBTOTAL:** US $ | | **7,202.50** |
| **V.A.T. 16%:** US $ | | **1,152.40** |
| **TOTAL:** US $ | | **8,354.90** |

Page 1



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**     **249410**

| | |
|---|---|
| Date: | 17/08/2020 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through July 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 672.00 |
| VAT: | | 107.52 |
| Total: | US $ | 779.52 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 249410

Date: 17/08/2020

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from July 22, 2020 through July 22, 2020

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 22/07/2020 | MOV | Attendance before the Federal Board of Conciliation and Arbitration for review and notification of the date indicated for the continuation of the procedure in the trial promoted by Eugenio Losa Barbachano, based on file number 545/2015. | 04:00 | 168.00 | 672.00 |
| | | **TOTAL LEGAL FEES** | **04:00** | | **672.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MOV - MONICA MARTINEZ | 04:00 | 168.00 | 672.00 |
| | **04:00** | | **672.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 672.00 |
| V.A.T. 16%: | US $ | 107.52 |
| TOTAL: | US $ | 779.52 |

**BASHAM, RINGE Y CORREA, S.C.**



Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

| | | |
|---|---|---|
| **ARIZONA BEVERAGES** | **Activity Report:** | **250575** |
| | Date: | 31/08/2020 |
| One Arizona Plaza  Suite 400 | | |
| Woodbury | Client No.: | 019573 |
| New York, New York | | |
| United States of America | | |

Attn.: Martin Cunningham

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through August 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 9,118.75 |
| VAT: | | 1,459.00 |
| Total: | US $ | 10,577.75 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | Activity Report: | 250575 |
|---|---|---|
| Date: | | 31/08/2020 |
| Partner: | | ACG |
| Executive: | | ACG |
| Client No.: | | 019573 |

Description of professional services
from July 31, 2020 through August 27, 2020

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 31/07/2020 | MPP | Review of legal files in regards of the final resolution of the constitutional action of EBL | 01:30 | 645.00 |
| 05/08/2020 | PARALEGAL A | Visit to the Strategic Investigation of Special Matters Prosecutor´s Office to request an interview for M. Hernández to review the certificates of the investigation file number 781/10-2017. Visit to Civil Courts Proceedings Office, as well as to Assistant Coordination Office in order to request information regarding the Non-criminal action status into the Preliminary investigation number 799/13-11. | 02:00 | 189.00 |
| 06/08/2020 | PARALEGAL A | Visit of the Financial Crimes Prosecutor Office in order to received a simple copy of the temporary file into the investigation file number 233/03-2017. | 01:00 | 94.50 |
| 07/08/2020 | MHO | Visit to the Special Affairs and Process Office into the Civil Courts in order to review the investigation files at hand and their status. | 03:00 | 672.00 |
| 07/08/2020 | MPP | New motion in order to request to the judicial authority to resolve the constitutional action of EBL. New memorandum in regards to the exception of ABM | 02:30 | 1,075.00 |
| 10/08/2020 | MPP | Visit to the constitutional court in order to have a work meeting with the judge in regards of the resolution project of EBL constitutional case. | 03:30 | 1,505.00 |
| 12/08/2020 | MPP | Review of labor files in regards to the constitutional arguments of EBL; | 02:00 | 860.00 |
| 13/08/2020 | MPP | Review of legal files of the constitutional action of EBL. Work meeting with te official of constitutional court in regards to ABM arguments. | 02:00 | 860.00 |
| 14/08/2020 | PARALEGAL A | Visit to the Central Investigation Office for the attention of Special and Electoral affairs in order to submit a writing requesting the approval of the non-criminal exercise into the investigation file number 781/10-2017. | 01:30 | 141.75 |
| 17/08/2020 | PARALEGAL A | Visit to Strategic Investigation General Coordination office in order to submit a writing requesting the determinations of the preliminary investigation number 799/15-11. | 01:30 | 141.75 |
| 19/08/2020 | MHO | Prepare writing in order that the company and J. Villagra will be recognized as the third interested party into the Amparo Trial promoted by E. Barbachano against the non-criminal action and conference call with J. Villagra in regards the same. | 03:00 | 672.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 31/08/2020
Bill 250575

| | | | | |
|---|---|---|---|---|
| 24/08/2020 | PARALEGAL A | Visit to the client´s offices at Tlalpan, in order to collect a document requesting of a third party recognition status into the Amparo Trial number 20/2020 at the First District Court specialized into Criminal Matters at Mexico City.<br>Visit to the Agents Coordination part of Assistant Prosecutor´s Office in order to receive a notice to the official letter in which was requested information of the investigation file number 799/15-11. | 03:30 | 330.75 |
| 26/08/2020 | ACG | Analysis with M. Hernández in regards the actual status of the criminal matters and strategy to follow with them. | 00:45 | 252.00 |
| 26/08/2020 | MHO | Review of the Amparo application filed by E. Barbachano against the Control Judge´s determination for the lawyers, that did not take part of the hearing in which they will try to confront the expert opinion issued against him, as well as a review of the criteria issued by our constitutional oversight bodies related to the grounds for challenge. | 03:30 | 784.00 |
| 27/08/2020 | MHO | Visit to Special Affairs Prosecutors Office in order to take notes of the investigation file into the Amparo Trial and subsequent visit to the Strategic Coordination Office to review the status of the investigation related to the falsehood committed into the judgment. | 04:00 | 896.00 |
| | | **TOTAL LEGAL FEES** | **35:15** | **9,118.75** |

## SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 00:45 | 336.00 | 252.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 13:30 | 224.00 | 3,024.00 |
| PARALEGAL A | 09:30 | 94.50 | 897.75 |
| MPP - MAURICIO ARTURO PEÑA | 11:30 | 430.00 | 4,945.00 |
| | **35:15** | | **9,118.75** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 9,118.75 |
| V.A.T. 16%: | US $ | 1,459.00 |
| TOTAL: | US $ | 10,577.75 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

<span style="color:#e8781a">**Activity Report:**</span> **251711**

Date: 22/09/2020

Client No.: 019573

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through August 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,633.33 |
| VAT: | | 261.33 |
| Total: | US $ | 1,894.66 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:             "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                  021000089
Cuenta CLABE:         NA
SWIFT CODE:           CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: <span style="color:#e8781a">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 251711

Date: 22/09/2020

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from August 10, 2020 through August 24, 2020

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 10/08/2020 | JPA | Meeting with the Secretary General of the Federal Labor Board Re: Start of proceedings on evidence. | 02:00 | 350.00 | 700.00 |
| 24/08/2020 | JPA | Review case merits and meeting with the President and main officer of Special Labor Board No.16 (Federal)_ | 02:40 | 350.00 | 933.33 |
| | | **TOTAL LEGAL FEES** | **04:40** | | **1,633.33** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JPA - JORGE G. DE PRESNO | 04:40 | 350.00 | 1,633.33 |
| | **04:40** | | **1,633.33** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 1,633.33 |
| V.A.T. 16%: | US $ | 261.33 |
| TOTAL: | US $ | 1,894.66 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

<span style="color:orange">**Activity Report:**</span>  <span style="color:orange">**252637**</span>

|  |  |
|---|---|
| Date: | 30/09/2020 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through September 2020.

| Subtotal: | US $ | 18,472.42 |
|---|---|---|
| VAT: | | 2,955.59 |
| Total: | US $ | 21,428.01 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:      CITIBANK, N.A.
Location:              "388 Greenwich Street 10013 New York, N.Y."
Account:               0036967977
ABA:                   021000089
Cuenta CLABE:          NA
SWIFT CODE:            CITIUS33
Beneficiary name:      BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 09 0506
basham_qro@basham.com.mx



| | | | **Activity Report:** | **252637** |
|---|---|---|---|---|

Date: 30/09/2020

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| Partner: | ACG |
|---|---|
| Executive: | ACG |
| Client No.: | 019573 |

Description of professional services
from August 21, 2020 through September 28, 2020

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 21/08/2020 | MPP | Review of legal files of the civil case and the alternatives of the auxiliary action of expenses and cost in favor of Arizona. | 02:30 | 752.50 |
| 25/08/2020 | MPP | Visit to the civil court in order to review the notification of the resolution in the constitutional action of EBL. | 02:00 | 602.00 |
| 26/08/2020 | MPP | Review of final resolution of the appeal court in order to prepare a new motion in favor of Arizona. | 02:00 | 602.00 |
| 27/08/2020 | MPP | Review of final appeal resolution and its effects in the labor case of EBL. | 02:00 | 602.00 |
| 28/08/2020 | MHO | Prepare writing in which it is requested to the Public Ministry the preliminary investigation review and visit to Financial Crimes Office in order to request an interview with the  Prosecutor´s Officer. | 03:00 | 714.00 |
| 31/08/2020 | MPP | Analysis of the alternatives to execute the condemn against EBL, of expenses and costs. | 03:00 | 903.00 |
| 31/08/2020 | PARALEGAL A | Visit to Strategic Research for Financial Crimes Prosecutor´s Office in order to submit a writing where it is provide an email and it is requested a date to review the Preliminary Investigation File number 799/15-11.<br>Visit to Clerk Court, division of the Amparo District Courts specialized on Criminal Matters at Mexico City in order to submit a writing in which it is requested to the Judge the authorization for an electronic query of the Amparo Trial number 20/2020. | 02:30 | 253.75 |
| 01/09/2020 | MHO | Visit to First Amparo District Court specialized on Criminal Matters at Mexico City in order to review the Amparo Trial File, the reports included and prepare a writing in which enforced the inadmissibility causes update and request a dismissal to the Amparo Judge. | 08:30 | 2,023.00 |
| 01/09/2020 | MPP | Conference call with Mr. Martin.C. and Mr. David M., in regards the final resolution of the civil case. | 01:30 | 451.50 |
| 01/09/2020 | JAC | Visit to Strategic Research for Financial Crimes Prosecutor´s Office to hold an interview with the Responsable of the "B" agency in regards the investigation file number 799/15-11. | 01:30 | 241.50 |
| 01/09/2020 | ACG | Telephone conference with M. Cunningham and P. Menashi on the progress of criminal, civil and labor matters and to define the aspects to follow. | 01:15 | 437.50 |
| 02/09/2020 | ACG | In-house analysis with M. Hernández regarding the current status of E. Barbachano's criminal complaints and aspects | 01:00 | 350.00 |

ARIZONA BEVERAGES

EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/09/2020

Bill 252637

to follow.

| 02/09/2020 | MHO | Visit to First District Court specialized on Criminal Matters at Mexico City in order to request a personal notice of Juan´s Villagra Trial and its emplacement according the terms requested to the Court Clerk. | 04:30 | 1,071.00 |
|---|---|---|---|---|
| 03/09/2020 | MHO | Review of the Amparo trial´s electronic file promoted by E. Barbachano and the agreement and the inadmissibility causes update. | 02:45 | 654.50 |
| 03/09/2020 | ACG | In-house analysis with M. Hernández in order to confirm the latest information on the E. Barbachano`s complaint for procedural fraud, the above based on his last visit to the Public Prosecutor's Office. | 00:30 | 175.00 |
| 03/09/2020 | JBU | Visit to the federal court to check final judgment on constitutional trial. | 02:00 | 322.00 |
| 04/09/2020 | MPP | Analysis of the the alternatives to secure the amount of damages and costs against EBL. | 02:00 | 602.00 |
| 08/09/2020 | MPP | Analyses of the final resolution of the constitutional court. | 02:30 | 752.50 |
| 09/09/2020 | JBU | Investigation regarding legal basis for expenses and costs quantification incident. | 01:30 | 241.50 |
| 10/09/2020 | JBU | Drafting legal opinion regardind expenses and costs quantification incident. | 03:00 | 483.00 |
| 10/09/2020 | MPP | Legal opinion of the ancillary process of expenses and cost and effects in the secure accounts of EBL in other countries. | 02:30 | 752.50 |
| 11/09/2020 | MHO | Visit to Special Affairs Prosecutor´s Office to review the reply of the Public Ministry that would be sent to the Amparo´s District Court for the inadmissibility causes update in to the Amparo´s Trials promoted by E. Barbachano. | 02:45 | 654.50 |
| 11/09/2020 | JBU | Drafting legal opinion in English regarding expenses and costs quantification incident. | 02:00 | 322.00 |
| 11/09/2020 | MPP | Continue drafting the legal opinion in regards to the ancillary process of expenses and costs. | 02:30 | 752.50 |
| 11/09/2020 | ACG | Drafting a report into English to M. Cunningham on the current state of criminal affairs. | 01:15 | 437.50 |
| 14/09/2020 | JAC | Visit to First Amparo´s District Court specialized on Criminal Matters at Mexico City in order to hold an interview with the personnel in charge of the Indirect´s amparo trial file number 20/2020 and review the same. | 01:30 | 241.50 |
| 16/09/2020 | MPP | Review of legal files of the civil case in the local court. | 02:00 | 602.00 |
| 17/09/2020 | MPP | Visit to the civil court in order to review the motion in order to begin the execution of the resolution in regards of the expenses and costs. | 02:30 | 752.50 |
| 18/09/2020 | JAC | Visit to First Amparo´s District Court specialized in Criminal Matters at Mexico City in order to review the certificates incorporated into the Amparo´s Trial file number 20/2020, as well as to hold an interview with the Secretary in regards the request made to the Responsible Authority. | 01:30 | 241.50 |
| 21/09/2020 | JAC | Visit to First Amparo´s District Court specialized in Criminal Matters at Mexico City in order to submit a writing for the Amparo´s trial file number 20/2020 in which it is requested to the Authorities explain the status of the Investigation file number 781/10-2017. | 01:30 | 241.50 |
| 22/09/2020 | MHO | Prepare a writing requesting to Amparo´s District Judge a report of the status of the investigation file at hand in order to confirm the dismissal request of the file and to prepare another writing address to Public Ministry requesting a | 02:10 | 515.67 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/09/2020
Bill 252637

| | | | | |
|---|---|---|---|---|
| | | certified copies of the certificates submitted to the District Judge. | | |
| 23/09/2020 | JAC | Visit to Strategic Research for Financial Crimes Prosecutor´s Office to submit a writing in which it is requested to the Public Ministry in charge of the Investigation file number 781/10-2017 issues a certified copy of the non-criminal exercise as well as its correspondant approval. | 01:30 | 241.50 |
| 28/09/2020 | JAC | Visit to First Amparo´s District Court specialized in Criminal Matters at Mexico City in order to review the certificates incorporated into the Amparo´s file number 20/2020. Visit to Strategic Research for Financial Crimes Prosecutor´s Office to hold an interview with the Responsable of the "A" agency in regards the certified copies requested related to the Investigation file number 781/10-2018. | 03:00 | 483.00 |
| | | **TOTAL LEGAL FEES** | **76:10** | **18,472.42** |

## SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 04:00 | 350.00 | 1,400.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 23:40 | 238.00 | 5,632.67 |
| JAC - JESUS CRESPO | 03:00 | 161.00 | 483.00 |
| JAC - JESUS CRESPO | 07:30 | 161.00 | 1,207.50 |
| JBU - JULIO BUTRON | 08:30 | 161.00 | 1,368.50 |
| PARALEGAL A | 02:30 | 101.50 | 253.75 |
| MPP - MAURICIO ARTURO PEÑA | 27:00 | 301.00 | 8,127.00 |
| | **76:10** | | **18,472.41** |

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **18,472.42** |
| **V.A.T. 16%:** | **US $** | **2,955.59** |
| **TOTAL:** | **US $** | **21,428.01** |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | | |
|---|---|---|
| **Activity Report:** | | **253877** |
| Date: | | 20/10/2020 |
| Client No.: | | 019573 |

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through September 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,050.00 |
| VAT: | | 168.00 |
| Total: | US $ | 1,218.00 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / E (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | | | |
|---|---|---|---|
| **Activity Report:** | | | **253877** |
| Date: | | | 20/10/2020 |
| Partner: | | | JPA |
| Executive: | | | JPA |
| Client No.: | | | 019573 |

Description of professional services
from September 1, 2020 through September 3, 2020

---

### LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 01/09/2020 | JPA | Group conference call Re: Arizona cases and follow up actions Re: Civil, commercial and labor. | 01:30 | 350.00 | 525.00 |
| 03/09/2020 | JPA | Review writt of evidence for upcoming hearings | 01:30 | 350.00 | 525.00 |
| | | **TOTAL LEGAL FEES** | **03:00** | | **1,050.00** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JPA - JORGE G. DE PRESNO | 03:00 | 350.00 | 1,050.00 |
| | **03:00** | | **1,050.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 1,050.00 |
| V.A.T. 16%: | US $ | 168.00 |
| TOTAL: | US $ | 1,218.00 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **254894**

|  |  |
|---|---|
| Date: | 30/10/2020 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  |  |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through October 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 8,990.33 |
| VAT: | | 1,438.45 |
| Total: | US $ | 10,428.78 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



Activity Report: 254894

Date: 30/10/2020

Partner: ACG
Executive: ACG
Client No.: 019573

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from September 30, 2020 through October 23, 2020

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 30/09/2020 | MHO | Visit to Special Affairs Prosecutor´s Office in order to issue the certificates of the investigation file to be exhibit at the Amparo´s Trial promoted by Barbachano._ | 01:35 | 376.83 |
| 01/10/2020 | MHO | Visit to District Court in order to known the status of the Amparo´s trial promoted by Barbachano and preprare writing to request the certificates for the inadmissibility causes. | 02:00 | 476.00 |
| 01/10/2020 | MPP | Visit to the civil court in order to have a work meeting with the judge in regards to the execution process. | 02:00 | 602.00 |
| 05/10/2020 | MPP | Visit to the federal and local court in order to investigate were is the second book of the judicial trail. | 02:00 | 602.00 |
| 05/10/2020 | JAC | Visit to First Amparo´s District Court specialized on Criminal Matters in Mexico City to review the report submitted to Public Ministry Officer related to the Amparo´s trial number 20/2020. | 01:30 | 241.50 |
| 06/10/2020 | JAC | Visit to Finance Secretary in Mexico City in order to request a registration code to made a payment of fees for 74 certified copies of the Investigation file number 781/10-2018. Visit to Bazar Lomas Verdes in order to received a writing signed by M. Hernández by which it is request to issue an official letter to several authorities to forward the documents for the irrelevance causes of the Amparo number 20/2020. Visit to Court Clerk Office part of the  Amparo ´s District Court specialized on Criminal Matters in México City in order to submit the writing mentioned before. | 03:00 | 483.00 |
| 07/10/2020 | PARALEGAL B | Visit to the Central Investigation Prosecutor´s Office for Special and Electoral Affairs of the Attorney General´s Office in Mexico City to hold an appointment with the Public Ministry regarding the expedition of authentic copies of the file. | 01:30 | 299.25 |
| 08/10/2020 | MHO | Visit to Special Affairs Prosecutor´s Office to collect a certified copy of the non- criminal action and the approval notice of the same, as well as to prepare a writing in order to exhibit the same before the Amparo´s District Court to certify the irrelevant causes into the proceeding promoted by E. Barbachano. | 02:00 | 476.00 |
| 08/10/2020 | JAC | Visit to Special Affairs Prosecutor´s Office with M. Hernández in order to request a copy of the resolution | 01:00 | 161.00 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/10/2020
Bill 254894

| | | | | |
|---|---|---|---|---|
| | | issued for the investigation file number 781/10-2017. | | |
| 09/10/2020 | PARALEGAL B | Visit to the Central Investigation Prosecutor´s Office for Special and Electoral Affairs of the Attorney General´s Office in Mexico City to file a brief; later visit to the District Court of Amparo to file a brief. | 02:30 | 498.75 |
| 13/10/2020 | MPP | New motion in order to stop the prescription of the execution. | 02:00 | 602.00 |
| 14/10/2020 | MHO | Prepare arguments writing and evidences display at Amparo´s District Court in order to request a decree to the dismissal of the same. | 02:00 | 476.00 |
| 14/10/2020 | PARALEGAL B | Visit to the treasury offices in Mexico City in "Niños Heroes" to do the payment of fees for copies of the criminal file. | 01:30 | 299.25 |
| 15/10/2020 | JBU | Visit to the local court to check ruling on file. | 01:30 | 241.50 |
| 15/10/2020 | MPP | Review of legal resolution in the civil court. Study the effects and risks of the preclusion rights against ABM | 02:00 | 602.00 |
| 15/10/2020 | JAC | Visit to Special Affairs Prosecutor´s Office to collect a copy of the resolution to the Investigation file number 781/10-2017. Visit to Court Clerk part of the Amparo´s District Court specialized on Criminal Matters in Mexico City in order to submit a writing in which it is shown the copy of the resolution mentioned into the Amparo´s Trial number 20/2020. | 03:00 | 483.00 |
| 19/10/2020 | MPP | Review of the legal resolution in the civil case. | 01:30 | 451.50 |
| 20/10/2020 | MHO | Visit to Amparo´s District Court to hold an interview with Agreement Secretariat in charge of the Amparo´s trial promoted by Barbachano in order to explain the documents submitted in regards our dismissal request for the non-criminal action issued into the investigation file at hand. | 02:00 | 476.00 |
| 20/10/2020 | JAC | Visit to First Amparo´s District Court specialized on Criminal matters in order to review the amparo´s file number 20/2020 as well as to collect the copies of the investigation file number 781/10-2017. | 01:30 | 241.50 |
| 23/10/2020 | PARALEGAL B | Visit to the District Court of Amparo to collect different documents. | 01:30 | 299.25 |
| 23/10/2020 | MPP | Visit to the civil court in order to have a work meeting with the judge in regards to the execution process | 02:00 | 602.00 |
| | | **TOTAL LEGAL FEES** | **39:35** | **8,990.33** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MHO - MIGUEL ANGEL HERNANDEZ | 09:35 | 238.00 | 2,280.83 |
| JAC - JESUS CRESPO | 10:00 | 161.00 | 1,610.00 |
| JBU - JULIO BUTRON | 01:30 | 161.00 | 241.50 |
| PARALEGAL B | 07:00 | 199.50 | 1,396.50 |
| MPP - MAURICIO ARTURO PEÑA | 11:30 | 301.00 | 3,461.50 |
| | **39:35** | | **8,990.33** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 8,990.33 |
| V.A.T. 16%: | US $ | 1,438.45 |
| TOTAL: | US $ | 10,428.78 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | |
|---|---|
| **Activity Report:** | **256138** |
| Date: | 23/11/2020 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through October 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,235.50 |
| VAT: | | 197.68 |
| Total: | US $ | 1,433.18 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

**Activity Report:** **256138**

Date: 23/11/2020

Partner: JPA
Executive: JPA
Client No.: 019573

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from October 13, 2020 through October 30, 2020

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 13/10/2020 | JPA | Review arguments for further evidence in Labor Trial | 02:00 | 350.00 | 700.00 |
| 30/10/2020 | MOV | Visit the Federal Labor Board to attend a hearing of confessional por own facts at Eugenio Barbachano trial. | 03:00 | 178.50 | 535.50 |
| | | **TOTAL LEGAL FEES** | **05:00** | | **1,235.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JPA - JORGE G. DE PRESNO | 02:00 | 350.00 | 700.00 |
| MOV - MONICA MARTINEZ | 03:00 | 178.50 | 535.50 |
| | **05:00** | | **1,235.50** |

SUBTOTAL: US $ 1,235.50
V.A.T. 16%: US $ 197.68
TOTAL: US $ 1,433.18



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | |
|---|---|
| **Activity Report:** | **256619** |
| Date: | 28/11/2020 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the expenses incurred through November 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 33.30 |
| VAT: | | 5.33 |
| Total: | US $ | 38.63 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:    CITIBANK, N.A.
Location:              "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                   021000089
Cuenta CLABE:       NA
SWIFT CODE:         CITIUS33
Beneficiary name:   BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



Activity Report: **256619**

Date: 28/11/2020

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of expenses
from November 4, 2020 through November 5, 2020

Attn.: Martin Cunningham

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

**Payment for the certified copies of the investigation file number 781/10-2017.**

Different taxes and government fees expenses                                                                 9.61

**Payment for the certified copy of the investigation file at hand.**

Different taxes and government fees expenses                                                                23.69

**33.30**

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 33.30 |
| V.A.T. 16%: | US $ | 5.33 |
| TOTAL: | US $ | 38.63 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:** **256983**

Date: 30/11/2020

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.: 019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through November 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 3,405.50 |
| VAT: | | 544.88 |
| Total: | US $ | 3,950.38 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:             "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                  021000089
Cuenta CLABE:         NA
SWIFT CODE:           CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 256983

Date: 30/11/2020

Partner: ACG
Executive: ACG
Client No.: 019573

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from October 29, 2020 through November 23, 2020

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 29/10/2020 | MHO | Visit Amparo´s District Court to review the proceedings of the Amparo´s trial promoted by E. Barbachano against the acts described into the investigation file even when there is non criminal action settled. | 02:30 | 595.00 |
| 09/11/2020 | MPP | Review of legal files of the execution process against EBL. | 01:30 | 451.50 |
| 09/11/2020 | JBU | Visit to the local court to check judicial ruling on file. | 00:45 | 120.75 |
| 09/11/2020 | JBU | Drafting legal opinion regarding legal review in constitutional trial lodged bye Eugenio Barbachano. | 01:00 | 161.00 |
| 10/11/2020 | JBU | Visit to the Collegiate Court to check ruling on file regarding legal review. | 00:45 | 120.75 |
| 11/11/2020 | JBU | Visit to Collegiate Court to collect copies of legal review motion. | 01:00 | 161.00 |
| 11/11/2020 | MPP | Review of the new appeal of EBL against the resolution of the Constitutional Court. | 02:30 | 752.50 |
| 11/11/2020 | ACG | Analysis with M. Peña in regards the appeal interpose by E. Barbachano before Supreme Court; conference call with D. Menashi in regards the same and strategy to follow up. | 01:00 | 350.00 |
| 13/11/2020 | MPP | Review of the appeal of EBL against the constitutional resolution. | 01:30 | 451.50 |
| 23/11/2020 | JAC | Visit to 1rst Amparo´s District Court specialize on Criminal Matter in Mexico City in order to review the investigation file number 20/2020, take a picture of the Settlement and request the return of the documentary exhibited. | 01:30 | 241.50 |
| | | **TOTAL LEGAL FEES** | **14:00** | **3,405.50** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 01:00 | 350.00 | 350.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 02:30 | 238.00 | 595.00 |
| JAC - JESUS CRESPO | 01:30 | 161.00 | 241.50 |
| JBU - JULIO BUTRON | 03:30 | 161.00 | 563.50 |
| MPP - MAURICIO ARTURO PEÑA | 05:30 | 301.00 | 1,655.50 |
| | **14:00** | | **3,405.50** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 3,405.50 |
| V.A.T. 16%: | US $ | 544.88 |
| TOTAL: | US $ | 3,950.38 |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 30/11/2020
Bill 256983



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | | |
|---|---|---|
| **Activity Report:** | | **257471** |
| Date: | | 07/12/2020 |
| Client No.: | | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through November 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,823.50 |
| VAT: | | 291.76 |
| Total: | US $ | 2,115.26 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / E (52) (442) 190 0506
basham_qro@basham.com.mx



**Activity Report:** 257471

Date: 07/12/2020

**ARIZONA BEVERAGES**

Partner: JPA
Executive: JPA
Client No.: 019573

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from November 3, 2020 through November 9, 2020

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 03/11/2020 | MHO | Visit to Amparo District Court to review the sentence related with the trial promoted by E. Barbachano against the intraprocesal proceedings issue into the investigation file at hand. | 03:15 | 238.00 | 773.50 |
| 09/11/2020 | JPA | Analysis result of confessional/personal testimony  and interview | 03:00 | 350.00 | 1,050.00 |
| | | **TOTAL LEGAL FEES** | **06:15** | | **1,823.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JPA - JORGE G. DE PRESNO | 03:00 | 350.00 | 1,050.00 |
| MHO - MIGUEL ANGEL HERNANDEZ | 03:15 | 238.00 | 773.50 |
| | **06:15** | | **1,823.50** |

SUBTOTAL:  US $  1,823.50
V.A.T. 16%:  US $  291.76
TOTAL:  US $  2,115.26



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**    **259201**

Date:    31/12/2020

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:    019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through December 2020.

| | | |
|---|---|---|
| Subtotal: | US $ | 5,509.00 |
| VAT: | | 881.44 |
| Total: | US $ | 6,390.44 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 259201

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | |
|---|---|
| Date: | 31/12/2020 |
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

Description of professional services
from November 17, 2020 through December 4, 2020

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 17/11/2020 | MPP | Beginning the review of new appeal process against the constitutional resolution of EBL. | 02:00 | 602.00 |
| 18/11/2020 | MPP | Continue reviewing the new appeal of EBL and the constitutional process in the Suprem Court. | 02:00 | 602.00 |
| 18/11/2020 | MPP | Visit to the Suprem Court in order to investigate the admission of EBL appeal. | 01:30 | 451.50 |
| 20/11/2020 | MPP | Visit to the Supreme Court in order to have a work meeting with official of the court in regards to the admission of EBL appeal. | 01:00 | 301.00 |
| 23/11/2020 | JBU | Visit to Collegiate Court to check procedural status on file. | 01:30 | 241.50 |
| 23/11/2020 | MPP | Beginning of the review of EBL appeal motion in the Suprem Court. | 01:30 | 451.50 |
| 24/11/2020 | MPP | Continue reviewing of the appeal court of EBL. | 01:30 | 451.50 |
| 25/11/2020 | MPP | Visit to the Suprem Court in regards to the effects of the admission of EBL appeal. | 01:30 | 451.50 |
| 01/12/2020 | MPP | Review of EBL constitutional appeal. | 01:30 | 451.50 |
| 02/12/2020 | MPP | Continue the review of EBL constitutional appeal | 02:00 | 602.00 |
| 04/12/2020 | MPP | Beginning of dismiss motion against the constitutional appeal | 03:00 | 903.00 |
| | | **TOTAL LEGAL FEES** | **19:00** | **5,509.00** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JBU - JULIO BUTRON | 01:30 | 161.00 | 241.50 |
| MPP - MAURICIO ARTURO PEÑA | 17:30 | 301.00 | 5,267.50 |
| | **19:00** | | **5,509.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 5,509.00 |
| V.A.T. 16%: | US $ | 881.44 |
| TOTAL: | US $ | 6,390.44 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**     **261040**

Date:     29/01/2021

Client No.:     019573

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through January 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 4,770.50 |
| VAT: | | 763.28 |
| Total: | US $ | 5,533.78 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 261040

Date: 29/01/2021

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from December 22, 2020 through January 25, 2021

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 22/12/2020 | MPP | Review of EBL appeal | 01:00 | 301.00 |
| 23/12/2020 | MPP | Investigation of criteria about the constitutional appeals and their effects in the EBL case. Investigation of new action in the Supreme Court and its addmission. | 02:30 | 752.50 |
| 23/12/2020 | MPP | Investigation of new action in the Suprem Cort and its addmission. | 01:30 | 451.50 |
| 29/12/2020 | JBU | Reading and analysis of constitutional review filed by Eugenio Barbachano. | 01:00 | 161.00 |
| 06/01/2021 | ACG | Conference call with Mr. Menashi and M. Cunningham on various aspects of the civil case and possible actions to be taken. | 01:30 | 525.00 |
| 06/01/2021 | MPP | Conference call with Martin Cunningham and David M.and ACG. | 01:30 | 451.50 |
| 06/01/2021 | MPP | New investigation of the constitutional review of EBL. | 00:30 | 150.50 |
| 08/01/2021 | MPP | Analyze the constitutional review of EBL and answer the first and second arguments of the constitutional motion. | 02:00 | 602.00 |
| 11/01/2021 | JBU | Research of procedural status of legal review filed by EBL at the Supreme Court. | 01:00 | 161.00 |
| 12/01/2021 | MPP | Continue drafting the constitutional review of EBL. | 01:00 | 301.00 |
| 15/01/2021 | MPP | Continue drafting the answer of the constitutional review of EBL. | 02:30 | 752.50 |
| 25/01/2021 | JAC | Visit to Strategic Special Affairs Prosecutor´s Office to submit the writings in which we request the genuine copy of the expert´s opinion issued for handwriting and document´s handwriting matters. | 01:00 | 161.00 |
| | | **TOTAL LEGAL FEES** | **17:00** | **4,770.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 01:30 | 350.00 | 525.00 |
| JAC - JESUS CRESPO | 01:00 | 161.00 | 161.00 |
| JBU - JULIO BUTRON | 02:00 | 161.00 | 322.00 |
| MPP - MAURICIO ARTURO PEÑA | 12:30 | 301.00 | 3,762.50 |
| | **17:00** | | **4,770.50** |

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **4,770.50** |
| **V.A.T. 16%:** | **US $** | **763.28** |

ARIZONA BEVERAGES
EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Date 29/01/2021
Bill 261040

**TOTAL:   US $**                    **5,533.78**



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | |
|---|---|
| **Activity Report:** | **261845** |
| Date: | 15/02/2021 |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through January 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 778.75 |
| VAT: | | 124.60 |
| Total: | US $ | 903.35 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 261845

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

|  | |
|---|---|
| Date: | 15/02/2021 |
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

Description of professional services
from January 7, 2021 through January 27, 2021

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 07/01/2021 | GPB | Support to Luis Alvarez, Esq. in order to draft an executive summary of the relevant stages of the trial as well as the current procedural status. | 01:00 | 161.00 | 161.00 |
| 08/01/2021 | LAE | Review and edits to the updated report of the employment claim. RE: EB. | 00:30 | 238.00 | 119.00 |
| 27/01/2021 | MOV | Preparation and updating of the report regarding the labor lawsuit filed by Barbachano Losa Eugenio, filed with the Special Board Number Sixteen of the Federal Conciliation and Arbitration, with file number 545/2015 | 02:30 | 199.50 | 498.75 |
| | | **TOTAL LEGAL FEES** | **04:00** | | **778.75** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| LAE - LUIS ANTONIO ALVAREZ | 00:30 | 238.00 | 119.00 |
| MOV - MONICA MARTINEZ | 02:30 | 199.50 | 498.75 |
| GPB - GUSTAVO POBLETE | 01:00 | 161.00 | 161.00 |
| | **04:00** | | **778.75** |

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **778.75** |
| **V.A.T. 16%:** | **US $** | **124.60** |
| **TOTAL:** | **US $** | **903.35** |



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **263055**

| | |
|---|---|
| Date: | 26/02/2021 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through February 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 5,054.00 |
| VAT: | | 808.64 |
| Total: | US $ | 5,862.64 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:     "388 Greenwich Street 10013 New York, N.Y."
Account:     0036967977
ABA:     021000089
Cuenta CLABE:     NA
SWIFT CODE:     CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



| | | |
|---|---|---|
| | Date: | 26/02/2021 |

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from January 18, 2021 through February 11, 2021

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 18/01/2021 | MPP | Review of new constitutional precedentes of the review of EBL. | 02:00 | 602.00 |
| 20/01/2021 | MPP | Review the resolutions of the Suprem Court. | 01:30 | 451.50 |
| 21/01/2021 | MPP | Continue answer the constitutional review of EBL. | 02:00 | 602.00 |
| 28/01/2021 | MPP | Investigation of the constitutional review of EBL and its admition. | 01:00 | 301.00 |
| 03/02/2021 | MPP | Beginning of ABM constitutional answer. | 03:00 | 903.00 |
| 05/02/2021 | MPP | Continue drafting the answer of the constitutional appeal of EBL. | 03:00 | 903.00 |
| | | Investigation of the prescription of the appeal. | | |
| 09/02/2021 | MPP | Review the alternatives of ABS in case of a prescription right in civil case. | 02:00 | 602.00 |
| 09/02/2021 | ACG | Discussion with A. Hernández, an attorney of the labor practice, on the supplementary proof of the non-prosecution of criminal action, evidence that will be produced in the labor trial. | 00:15 | 87.50 |
| 11/02/2021 | MPP | Continue drafting the appeal answer of ABM. | 02:00 | 602.00 |
| | | **TOTAL LEGAL FEES** | **16:45** | **5,054.00** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| ACG - ALEJANDRO CATALA | 00:15 | 350.00 | 87.50 |
| MPP - MAURICIO ARTURO PEÑA | 16:30 | 301.00 | 4,966.50 |
| | **16:45** | | **5,054.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 5,054.00 |
| V.A.T. 16%: | US $ | 808.64 |
| TOTAL: | US $ | 5,862.64 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

<span style="color:orange">**Activity Report:**</span>   <span style="color:orange">**265386**</span>

| | |
|---|---|
| Date: | 31/03/2021 |
| Client No.: | 019573 |

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through March 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,757.00 |
| VAT: | | 281.12 |
| Total: | US $ | 2,038.12 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 190 0506
basham_qro@basham.com.mx



**Activity Report:** 265386

Date: 31/03/2021

Partner: ACG
Executive: ACG
Client No.: 019573

Description of professional services
from February 18, 2021 through March 3, 2021

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 18/02/2021 | MPP | Investigation of the Suprem Court resolution against EBL constitutional review. | 02:00 | 602.00 |
| 22/02/2021 | MPP | Review of the Suprem Cort resolution which dismiss the constitutional review of EBL. | 02:30 | 752.50 |
| 23/02/2021 | JBU | Visit to the federal court to check ruling on file. | 01:30 | 241.50 |
| 03/03/2021 | JBU | Visit to the local court to check ruling on file. | 01:00 | 161.00 |
| | | **TOTAL LEGAL FEES** | **07:00** | **1,757.00** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JBU - JULIO BUTRON | 02:30 | 161.00 | 402.50 |
| MPP - MAURICIO ARTURO PEÑA | 04:30 | 301.00 | 1,354.50 |
| | **07:00** | | **1,757.00** |

SUBTOTAL:  US $  1,757.00
V.A.T. 16%:  US $  281.12
TOTAL:  US $  2,038.12

## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | |
|---|---|
| **Activity Report:** | **266252** |
| Date: | 20/04/2021 |
| Client No.: | 019573 |

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through March 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 798.00 |
| VAT: | | 127.68 |
| Total: | US $ | 925.68 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 266252

Date: 20/04/2021

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from March 3, 2021 through March 11, 2021

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 03/03/2021 | MOV | Elaboration of the necessary promotion to present before the Federal Board of Conciliation and Arbitration the certificates of non-exercise of the criminal action against Juan Christian Villagra. | 02:00 | 199.50 | 399.00 |
| 11/03/2021 | MOV | Presentation of the promotion by means of which the procedural evidence of the non-exercise of the criminal action is exhibited before the Labor Authority and from which the result of the favorable expert evidence is deduced. | 02:00 | 199.50 | 399.00 |
| | | **TOTAL LEGAL FEES** | **04:00** | | **798.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MOV - MONICA MARTINEZ | 04:00 | 199.50 | 798.00 |
| | **04:00** | | **798.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 798.00 |
| V.A.T. 16%: | US $ | 127.68 |
| TOTAL: | US $ | 925.68 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

| | | |
|---|---|---|
| **Activity Report:** | | **268409** |
| Date: | | 20/05/2021 |
| Client No.: | | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through April 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,134.00 |
| VAT: | | 181.44 |
| Total: | US $ | 1,315.44 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:    CITIBANK, N.A.
Location:    "388 Greenwich Street 10013 New York, N.Y."
Account:    0036967977
ABA:    021000089
Cuenta CLABE:    NA
SWIFT CODE:    CITIUS33
Beneficiary name:    BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 268409

Date: 20/05/2021

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner: JPA
Executive: JPA
Client No.: 019573

Description of professional services
from April 6, 2021 through April 7, 2021

Attn.: Martin Cunningham

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 06/04/2021 | MOV | Attention to the handwriting, graphoscopic and graphometric expert hearing, before the Federal Board of Conciliation and Arbitration, indicated in the trial promoted by Eugenio Barbachano | 03:00 | 199.50 | 598.50 |
| 07/04/2021 | JDG | Attend a hearing at Federal Labor of EUGENIO BARBACHANO LOSA CASE. | 03:00 | 178.50 | 535.50 |
| | | **TOTAL LEGAL FEES** | **06:00** | | **1,134.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| MOV - MONICA MARTINEZ | 03:00 | 199.50 | 598.50 |
| JDG - JORGE DURAN | 03:00 | 178.50 | 535.50 |
| | **06:00** | | **1,134.00** |

SUBTOTAL: US $ 1,134.00
V.A.T. 16%: US $ 181.44
TOTAL: US $ 1,315.44



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:** **269503**

Date: 31/05/2021

Client No.: 019573

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through April 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,155.00 |
| VAT: | | 184.80 |
| Total: | US $ | 1,339.80 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:     CITIBANK, N.A.
Location:             "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                  021000089
Cuenta CLABE:         NA
SWIFT CODE:           CITIUS33
Beneficiary name:     BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** **269503**

Date: 31/05/2021

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from April 19, 2021 through April 23, 2021

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 19/04/2021 | JBU | Search for settlements in appeal on Supreme Court publication lists. | 01:30 | 241.50 |
| 20/04/2021 | JBU | Visit to the federal court to check ruling on file. | 01:00 | 161.00 |
| 23/04/2021 | MPP | Review the constitutional process in the Suprem Court | 02:30 | 752.50 |
| | | **TOTAL LEGAL FEES** | **05:00** | **1,155.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JBU - JULIO BUTRON | 02:30 | 161.00 | 402.50 |
| MPP - MAURICIO ARTURO PEÑA | 02:30 | 301.00 | 752.50 |
| | **05:00** | | **1,155.00** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 1,155.00 |
| V.A.T. 16%: | US $ | 184.80 |
| TOTAL: | US $ | 1,339.80 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | **Activity Report:** | **272212** |
|---|---|---|
| Date: | | 30/06/2021 |
| Client No.: | | 019573 |

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through June 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 2,590.00 |
| VAT: | | 414.40 |
| Total: | US $ | 3,004.40 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 272212

| | |
|---|---|
| Date: | 30/06/2021 |

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from May 17, 2021 through June 9, 2021

Attn.: Martin Cunningham

### PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 17/05/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 00:30 | 80.50 |
| 18/05/2021 | MPP | Review of legal files in the Supreme Court New motion in order to dismiss EBL appeal | 02:30 | 752.50 |
| 24/05/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 00:30 | 80.50 |
| 28/05/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 01:00 | 161.00 |
| 28/05/2021 | MPP | Work meeting with the official of the Supreme Court in regards of EBL appeal | 01:30 | 451.50 |
| 03/06/2021 | MPP | Visit to the Suprem Court of Mexico in order to have a work meeting with the official in regards of the appeal process of EBL. | 01:30 | 451.50 |
| 08/06/2021 | MPP | Review of legal files of the SCJN in regards to the appeal process of EBL. | 01:30 | 451.50 |
| 09/06/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 01:00 | 161.00 |
| | | **TOTAL LEGAL FEES** | **10:00** | **2,590.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JBU - JULIO BUTRON | 03:00 | 161.00 | 483.00 |
| MPP - MAURICIO ARTURO PEÑA | 07:00 | 301.00 | 2,107.00 |
| | **10:00** | | **2,590.00** |

| | | |
|---|---|---|
| **SUBTOTAL:** | **US $** | **2,590.00** |
| **V.A.T. 16%:** | **US $** | **414.40** |
| **TOTAL:** | **US $** | **3,004.40** |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**     **274539**

| | |
|---|---|
| Date: | 30/07/2021 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:     019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through July 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 3,503.50 |
| VAT: | | 560.56 |
| Total: | US $ | 4,064.06 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 274539

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | | |
|---|---|---|
| Date: | | 30/07/2021 |
| Partner: | | ACG |
| Executive: | | ACG |
| Client No.: | | 019573 |

Description of professional services
from June 16, 2021 through July 9, 2021

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 16/06/2021 | MPP | Review of criteria of the Suprem Court in regards of the prescription of the action. | 02:30 | 752.50 |
| 22/06/2021 | MPP | Review of legal files of EBL constitutional appeal | 02:00 | 602.00 |
| 25/06/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 02:00 | 322.00 |
| 30/06/2021 | MPP | Visit to the Suprem Court in order to have a work meeting in regards to EBL constitutional appeal | 02:30 | 752.50 |
| 02/07/2021 | MPP | Visit to the Suprem Court in order to have a work meeting in regards to EBL constitutional appeal | 02:30 | 752.50 |
| 09/07/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 02:00 | 322.00 |
| | | **TOTAL LEGAL FEES** | **13:30** | **3,503.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JBU - JULIO BUTRON | 04:00 | 161.00 | 644.00 |
| MPP - MAURICIO ARTURO PEÑA | 09:30 | 301.00 | 2,859.50 |
| | **13:30** | | **3,503.50** |

| | | |
|---|---|---|
| **SUBTOTAL:** | US $ | 3,503.50 |
| **V.A.T. 16%:** | US $ | 560.56 |
| **TOTAL:** | US $ | 4,064.06 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:       276999**

|                |                |
|----------------|----------------|
| One Arizona Plaza  Suite 400 | Date:           31/08/2021 |
| Woodbury |  |
| New York, New York | Client No.:        019573 |
| United States of America |  |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through August 2021.

| Subtotal: | US $ | 3,335.50 |
|-----------|------|----------|
| VAT: |  | 533.68 |
| Total: | US $ | 3,869.18 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



| | | | **Activity Report:** | **276999** |
|---|---|---|---|---|
| | | | Date: | 31/08/2021 |

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | |
|---|---|
| Partner: | ACG |
| Executive: | ACG |
| Client No.: | 019573 |

Description of professional services
from July 16, 2021 through August 24, 2021

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|---|
| 16/07/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 02:00 | 322.00 |
| 19/07/2021 | JBU | Drafting motion regarding deposit ticket prescription in constitutional trial. | 02:00 | 322.00 |
| 20/07/2021 | JBU | Visit to the federal court to file motion regarding deposit ticket prescription in constitutional trial. | 01:30 | 241.50 |
| 28/07/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 02:00 | 322.00 |
| 29/07/2021 | MPP | Review of the constitutional appeal of EBL. | 01:00 | 301.00 |
| 04/08/2021 | MPP | Review of legal files of the constitutional appeal of EBL. | 01:30 | 451.50 |
| 16/08/2021 | MPP | Review of constitutional appeal of EBL | 01:30 | 451.50 |
| 23/08/2021 | MPP | Visit to the Suprem Court in regards of the resolution of EBL appeal | 02:00 | 602.00 |
| 24/08/2021 | JBU | Search for claim resource publications in Supreme Court notification lists. | 02:00 | 322.00 |
| | | **TOTAL LEGAL FEES** | **15:30** | **3,335.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| JBU - JULIO BUTRON | 09:30 | 161.00 | 1,529.50 |
| MPP - MAURICIO ARTURO PEÑA | 06:00 | 301.00 | 1,806.00 |
| | **15:30** | | **3,335.50** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 3,335.50 |
| V.A.T. 16%: | US $ | 533.68 |
| TOTAL: | US $ | 3,869.18 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**       **279327**

Date:       30/09/2021

One Arizona Plaza  Suite 400
Woodbury                                          Client No.:       019573
New York, New York
United States of America

Attn.: Martin Cunningham

### EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

Dear Sirs,

Enclosed please find a description of the services rendered through September 2021.

|  |  |  |
|---|---|---|
| Subtotal: | US $ | 752.50 |
| VAT: |  | 120.40 |
| Total: | US $ | 872.90 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:      CITIBANK, N.A.
Location:      "388 Greenwich Street 10013 New York, N.Y."
Account:      0036967977
ABA:      021000089
Cuenta CLABE:      NA
SWIFT CODE:      CITIUS33
Beneficiary name:      BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:**   279327

Date:   30/09/2021

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Partner:   ACG
Executive:   ACG
Client No.:   019573

Description of professional services
from September 10, 2021 through September 10, 2021

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 10/09/2021 | MPP | Visit to the Suprem Court in order to obtain the final resolution of the constitutional appeal. | 02:30 | 752.50 |
| | | **TOTAL LEGAL FEES** | **02:30** | **752.50** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MPP - MAURICIO ARTURO PEÑA | 02:30 | 301.00 | 752.50 |
| | **02:30** | | **752.50** |

| | | |
|---|---|---|
| SUBTOTAL:  US $ | | 752.50 |
| V.A.T. 16%:  US $ | | 120.40 |
| TOTAL:  US $ | | 872.90 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**    **280703**

|  |  |
|---|---|
| Date: | 21/10/2021 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|  |  |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through September 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,463.00 |
| VAT: | | 234.08 |
| Total: | US $ | 1,697.08 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 9050 506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

**Activity Report:**   **280703**

Date:   21/10/2021

Partner:   JPA
Executive:   JPA
Client No.:   019573

Description of professional services
from September 1, 2021 through September 30, 2021

## LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|------|-----------|-------------|------|--------|--------|
| 01/09/2021 | JPA | Meeting Labor Board Officer Re: upcoming hearings in trial. | 02:00 | 374.50 | 749.00 |
| 30/09/2021 | AHF | Attention of a Hearing in the demand of the plaintiff BARBACHANO LOSA EUGENIO against ARIZONA, before the Federal Board Number 16, of the file: 545/2015. | 03:00 | 238.00 | 714.00 |
| | | **TOTAL LEGAL FEES** | **05:00** | | **1,463.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| JPA - JORGE G. DE PRESNO | 02:00 | 374.50 | 749.00 |
| AHF - ALEJANDRO HERNANDEZ | 03:00 | 238.00 | 714.00 |
| | **05:00** | | **1,463.00** |

SUBTOTAL:  US $   1,463.00
V.A.T. 16%:  US $   234.08
TOTAL:  US $   1,697.08

**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Attn.: Martin Cunningham

| | | |
|---|---|---|
| **Activity Report:** | | **281454** |
| Date: | | 29/10/2021 |
| Client No.: | | 019573 |

**EUGENIO BARBACHANO LOSA LAWSUIT**

Dear Sirs,

Enclosed please find a description of the expenses incurred through October 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 526.58 |
| VAT: | | 84.25 |
| Total: | US $ | 610.83 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:        CITIBANK, N.A.
Location:              "388 Greenwich Street 10013 New York, N.Y."
Account:              0036967977
ABA:                 021000089
Cuenta CLABE:          NA
SWIFT CODE:           CITIUS33
Beneficiary name:       BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



| | |
|---|---|
| | **Activity Report:** 281454 |
| | Date: 29/10/2021 |

**ARIZONA BEVERAGES**

| | |
|---|---|
| | Partner: JPA |
| | Executive: JPA |
| | Client No.: 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of expenses
from October 3, 2021 through October 25, 2021

Attn.: Martin Cunningham

**EUGENIO BARBACHANO LOSA LAWSUIT**

**Attention of Initial Hearing in the demand of the plaintiff BARBACHANO LOSA**

**EUGENIO against ARIZONA, before the Federal Board Number 16, of the file:**

**545/2015.**

Fees for copies/BM                                                                                            10.54

**Expert calligraphy, graphoscopy, graphometry and graphometry followed by in the demand of the**

**plaintiff BARBACHANO LOSA EUGENIO against ARIZONA, before the Federal Board Number 16, of the**

**file: 545/2015.**

Notary public fees for C/R                                                                                    516.04

| | | |
|---|---|---|
| **SUBTOTAL:** | US $ | 526.58 |
| **V.A.T. 16%:** | US $ | 84.25 |
| **TOTAL:** | US $ | 610.83 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

<span style="color:orange">**Activity Report:**</span>    <span style="color:orange">**281708**</span>

| | |
|---|---|
| Date: | 29/10/2021 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

| | |
|---|---|
| Client No.: | 019573 |

Attn.: Martin Cunningham

**EUGENIO BARBACHANO - CONFIDENTIAL MATTERS**

Dear Sirs,

Enclosed please find a description of the services rendered through September 2021.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,204.00 |
| VAT: | | 192.64 |
| Total: | US $ | 1,396.64 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 281708

Date: 29/10/2021

**ARIZONA BEVERAGES**

Partner: ACG
Executive: ACG
Client No.: 019573

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from September 24, 2021 through September 29, 2021

Attn.: Martin Cunningham

## PENA0003716 - EUGENIO BARBACHANO - CONFIDENTIAL MATTERS

| DATE | PERSONNEL | DESCRIPTION | TIME | AMOUNT |
|------|-----------|-------------|------|--------|
| 24/09/2021 | MPP | Review of the constitutional appeal of EBL. | 01:30 | 451.50 |
| 29/09/2021 | MPP | Investigation of the constitutional appeal of EBL and work meeting with the official of the court. | 02:30 | 752.50 |
| | | **TOTAL LEGAL FEES** | **04:00** | **1,204.00** |

### SUMMARY

| PERSONNEL | TIME | HOURLY | AMOUNT |
|-----------|------|--------|--------|
| MPP - MAURICIO ARTURO PEÑA | 04:00 | 301.00 | 1,204.00 |
| | **04:00** | | **1,204.00** |

SUBTOTAL: US $ 1,204.00
V.A.T. 16%: US $ 192.64
TOTAL: US $ 1,396.64



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

**Activity Report:**          **292949**

|                |            |
|----------------|------------|
| Date:          | 30/03/2022 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

|              |         |
|--------------|---------|
| Client No.:  | 019573  |

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the expenses incurred through March 2022.

| Subtotal: | US $ | 21.43 |
|-----------|------|-------|
| VAT:      |      | 3.43  |
| Total:    | US $ | 24.86 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | CITIBANK, N.A. |
| Location: | "388 Greenwich Street 10013 New York, N.Y." |
| Account: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiary name: | BASHAM, RINGE Y CORREA, S,C |

Please settle the following reference number in your payments: 019573
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

Monterrey, N.L.
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

Querétaro, Qro.
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / E (52) 199 0506
basham_qro@basham.com.mx



Date: 30/03/2022

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of expenses
from March 14, 2022 through March 14, 2022

Attn.: Martin Cunningham

**EUGENIO BARBACHANO LOSA LAWSUIT**

**Attention to the Hearing of relief of the expert evidence, in which he rendered a third expert report in discord, in the trial of the plaintiff Eugenio Barbachano Loza, against Arizona Beverages, before the Federal Board Number Sixteen, of the file: 545/2015.**

Fees for copies/BM                                                                                          21.43

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 21.43 |
| V.A.T. 16%: | US $ | 3.43 |
| TOTAL: | US $ | 24.86 |



**BASHAM, RINGE Y CORREA, S.C.**

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES**

<span style="color:orange">**Activity Report:**</span>   **294544**

Date:   21/04/2022

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Client No.:   019573

Attn.: Martin Cunningham

### EUGENIO BARBACHANO LOSA LAWSUIT

Dear Sirs,

Enclosed please find a description of the services rendered through March 2022.

| | | |
|---|---|---|
| Subtotal: | US $ | 1,200.50 |
| VAT: | | 192.08 |
| Total: | US $ | 1,392.58 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following fifteen calendar days as of the date of this letter.

For wire transfers in Dollars:

Beneficiary Bank:   CITIBANK, N.A.
Location:   "388 Greenwich Street 10013 New York, N.Y."
Account:   0036967977
ABA:   021000089
Cuenta CLABE:   NA
SWIFT CODE:   CITIUS33
Beneficiary name:   BASHAM, RINGE Y CORREA, S,C
Please settle the following reference number in your payments: <span style="color:orange">019573</span>
BASHAM, RINGE Y CORREA, S,C

Very truly yours,

María Juana Estrada O.
Chief Financial Officer

MIN
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Activity Report:** 294544

Date: 21/04/2022

**ARIZONA BEVERAGES**

| | |
|---|---|
| Partner: | JPA |
| Executive: | JPA |
| Client No.: | 019573 |

One Arizona Plaza  Suite 400
Woodbury
New York, New York
United States of America

Description of professional services
from March 9, 2022 through March 30, 2022

Attn.: Martin Cunningham

### LABO0000853 - EUGENIO BARBACHANO LOSA LAWSUIT

| DATE | PERSONNEL | DESCRIPTION | TIME | HOURLY | AMOUNT |
|---|---|---|---|---|---|
| 09/03/2022 | DAL | Attention to the Hearing of relief of the expert evidence, in which he rendered a third expert report in discord, in the trial of the plaintiff Eugenio Barbachano Loza, against Arizona Beverages, before the Federal Board Number Sixteen, of the file: 545/2015. | 04:30 | 161.00 | 724.50 |
| 30/03/2022 | AHF | Attention of conciliatory talks in the trial followed by Eugenio Barbachano Loza, against Arizona Beverages, before the Federal Board Number Sixteen, of the file: 545/2015. | 02:00 | 238.00 | 476.00 |
| | | **TOTAL LEGAL FEES** | **06:30** | | **1,200.50** |

**SUMMARY**

| PERSONNEL | TIME | HOURLY | AMOUNT |
|---|---|---|---|
| AHF - ALEJANDRO HERNANDEZ | 02:00 | 238.00 | 476.00 |
| DAL - DULCE APARICIO | 04:30 | 161.00 | 724.50 |
| | **06:30** | | **1,200.50** |

| | | |
|---|---|---|
| SUBTOTAL: | US $ | 1,200.50 |
| V.A.T. 16%: | US $ | 192.08 |
| TOTAL: | US $ | 1,392.58 |

# LEGAL INVOICES RELATED TO TAX ADVICE ISSUED FROM BASHAM RINGE Y CORREA, S.C. TO ARIZONA BEVERAGES MEXICO



**BASHAM, RINGE Y CORREA, S.C.**
**A B O G A D O S**

PASEO DE LOS TAMARINDOS No. 100, Piso 5
BOSQUES DE LAS LOMAS, 05120 CIUDAD DE MÉXICO
Tel. (52)(55) 5261-0400 Fax. 5261-0496
E-mail: basham@basham.com.mx
World Wide Web: www.basham.com.mx

ESTADO DE CUENTA AL: 26 de Enero del 2023

| CLIENTE<br>CLIENT | SALDO-BALANCE |
|---|---|
| 018145 | 7,598.10 Dólares |

ARIZONA BEVERAGES DE MEXICO S DE RL DE CV

Xocotla No. 5
Tlalpan Centro
Tlalpan
14000 México, Ciudad de México

Aten:

Tel:

ANTIGÜEDAD DE SALDOS

a 60 días:   0.00 Dólares
a 120 días:   0.00 Dólares
a 180 días:   0.00 Dólares
más de 180 días: 7,598.10 Dólares

Si desea información adicional, favor de comunicarse al Departamento de Cobranza con: LUIS ARIEL LOPEZ VAZQUEZ a los teléfonos: (5255)  / (5255) 5261-0400   e-mail: cobranzacorporativa2@basham.com.mx

| DIA MES AÑO<br>DAY MONTH YEAR | DOCUMENTO<br>DOCUMENT | CONCEPTO<br>DESCRIPTION | CARGO<br>DEBIT | ABONO<br>CREDIT | SALDO<br>BALANCE |
|---|---|---|---|---|---|
| 11/11/2016 | B-141823 | FISC0000659 - CONSULTAS FISCALES<br>Honorarios | 3,201.60 | 0.00 | 3,201.60 |
| 11/11/2016 | B-141824 | FISC0000659 - CONSULTAS FISCALES<br>Honorarios | 2,853.11 | 0.00 | 6,054.71 |
| 26/01/2017 | B-148431 | FISC0000659 - CONSULTAS FISCALES<br>Honorarios | 1,577.60 | 0.00 | 7,632.31 |
| 16/01/2020 | F-145464 | HONORARIOS | (146,433.45) | 146,399.24 | 7,598.10 |
| | | TOTAL EN DÓLARES : | (138,801.14) | 146,399.24 | 7,598.10 |



## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES DE MEXICO S DE RL DE CV**          **Reporte de Actividades:**          **141823**

Fecha:          11/11/2016

Xocotla  5
Tlalpan Centro                                                              No. Cliente:          018145
Tlalpan, Ciudad de México 14000
México

Attn.: JUAN VILLAGRA

**CONSULTAS FISCALES**

Estimados señores,

Adjuntamos a la presente descripción de servicios profesionales prestados a Agosto 2016, como se detalla a continuación:

| | | |
|---|---|---|
| Subtotal: | US $ | 2,760.00 |
| IVA: | | 441.60 |
| Total | US $ | 3,201.60 |

Agradeceremos su pago total mediante transferencia bancaria a la (s) cuenta (s) indicada (s) dentro de los siguientes quince días naturales a la fecha de la presente.

Para transferencias en Dólares:

Banco:              CITIBANK, N.A.
Lugar:              "388 Greenwich Street 10013 New York, N.Y."
Cuenta:            0036967977
ABA:                021000089
Cuenta CLABE:    NA
SWIFT CODE:      CITIUS33
Beneficiario:      BASHAM, RINGE Y CORREA, S,C
Favor de agregar el siguiente número de referencia en sus pagos: 018145
BASHAM, RINGE Y CORREA, S,C

Atentamente,

María Juana Estrada O.
Director de Administración y Finanzas

CYR
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**ARIZONA BEVERAGES DE MEXICO
S DE RL DE  CV**

Xocotla  5
Tlalpan Centro
Tlalpan, Ciudad de México 14000
México

Attn.: JUAN VILLAGRA

**Reporte de Actividades:**      **141823**

Fecha:   11/11/2016

Socio:   GNM
Ejecutivo:   GNM
No. Cliente:   018145

Descripción de servicios profesionales
del 11 de agosto de 2016 al 31 de agosto de 2016

## FISC0000659 - CONSULTAS FISCALES

| FECHA | PERSONAL | DESCRIPCIÓN | TIEMPO | TARIFA | IMPORTE |
|-------|----------|-------------|--------|--------|---------|
| 11/08/2016 | GNM | Junta interna con A. Catalá, J. de Presno, F. Tiburcio y P. Zapata, para comentar estado que guardan procesos penal y laboral y coordinación respecto estrategia obtención información fiscal de contraparte. Posteriormente conferencia telefónica con M. Cunningham al respecto. | 01:00 | 480.00 | 480.00 |
| 12/08/2016 | GNM | Visita al SAT para obtener información fiscal de un tercero, a solicitud del cliente. | 02:00 | 480.00 | 960.00 |
| 17/08/2016 | GNM | Atención a trámites para obtener información fiscal de un tercero. Junta interna al respecto. | 00:45 | 480.00 | 360.00 |
| 31/08/2016 | GNM | Visita al SAT para obtener información fiscal de una tercera persona. | 02:00 | 480.00 | 960.00 |
| | | **TOTAL SERVICIOS LEGALES** | **05:45** | | **2,760.00** |

**RESUMEN**

| PERSONAL | TIEMPO | TARIFA | IMPORTE |
|----------|--------|--------|---------|
| GNM - GERARDO NIETO | 05:45 | 480.00 | 2,760.00 |
| | **05:45** | | **2,760.00** |

SUBTOTAL:  US $      2,760.00
I.V.A. 16%:  US $        441.60
TOTAL:  US $      3,201.60

## BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES DE MEXICO S DE RL DE CV**

| | |
|---|---|
| | **Reporte de Actividades:**     **141824** |
| | Fecha:     11/11/2016 |

Xocotla  5
Tlalpan Centro
Tlalpan, Ciudad de México 14000
México

No. Cliente:     018145

Attn.: JUAN VILLAGRA

### CONSULTAS FISCALES

Estimados señores,

Adjuntamos a la presente descripción de servicios profesionales prestados a Septiembre 2016, como se detalla a continuación:

| | | |
|---|---|---:|
| Subtotal: | US $ | 2,459.58 |
| IVA: | | 393.53 |
| Total | US $ | 2,853.11 |

Agradeceremos su pago total mediante transferencia bancaria a la (s) cuenta (s) indicada (s) dentro de los siguientes quince días naturales a la fecha de la presente.

Para transferencias en Dólares:

| | |
|---|---|
| Banco: | CITIBANK, N.A. |
| Lugar: | "388 Greenwich Street 10013 New York, N.Y." |
| Cuenta: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiario: | BASHAM, RINGE Y CORREA, S,C |

Favor de agregar el siguiente número de referencia en sus pagos: 018145
BASHAM, RINGE Y CORREA, S,C

Atentamente,

María Juana Estrada O.
Director de Administración y Finanzas

CYR
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



**Reporte de Actividades:** 141824

Fecha: 11/11/2016

**ARIZONA BEVERAGES DE MEXICO
S DE RL DE CV**

Socio: GNM
Ejecutivo: GNM
No. Cliente: 018145

Xocotla 5
Tlalpan Centro
Tlalpan, Ciudad de México 14000
México

Descripción de servicios profesionales
del 19 de septiembre de 2016 al 27 de septiembre de 2016

Attn.: JUAN VILLAGRA

## FISC0000659 - CONSULTAS FISCALES

| FECHA | PERSONAL | DESCRIPCIÓN | TIEMPO | TARIFA | IMPORTE |
|-------|----------|-------------|--------|--------|---------|
| 19/09/2016 | GMU | Visita al SAT y entrevista con funcionarios del SAT para conocer el estatus actual del RFC de Eugenio Barbachano. | 03:20 | 295.00 | 983.33 |
| 27/09/2016 | GNM | Obtención de información fiscal de un tercero. | 01:00 | 480.00 | 480.00 |
| 27/09/2016 | GNM | Obtención de información fiscal de un tercero. | 01:00 | 480.00 | 480.00 |
| 27/09/2016 | GMU | Conferencia telefónica con personal del SAT para conocer el resultado de la investigación al estatus del RFC de Eugenio Barbachano. Preparación correo informativo al cliente y revisión interna con GNM. | 01:45 | 295.00 | 516.25 |
| | | **TOTAL SERVICIOS LEGALES** | **07:05** | | **2,459.58** |

### RESUMEN

| PERSONAL | TIEMPO | TARIFA | IMPORTE |
|----------|--------|--------|---------|
| GNM - GERARDO NIETO | 02:00 | 480.00 | 960.00 |
| GMU - GUILLERMO MASSIEU | 05:05 | 295.00 | 1,499.58 |
| | **07:05** | | **2,459.58** |

SUBTOTAL: US $ 2,459.58
I.V.A. 16%: US $ 393.53
TOTAL: US $ 2,853.11



# BASHAM, RINGE Y CORREA, S.C.

Paseo de los Tamarindos No. 100 Piso 5, Bosques de Las Lomas, 05120
Cuajimalpa de Morelos, Ciudad de México, México
T. (52)(55) 5261-0400 / F. 5261-0496 • basham@basham.com.mx • www.basham.com.mx

**ARIZONA BEVERAGES DE MEXICO S DE RL DE CV**     **Reporte de Actividades:**     **148431**

|  |  |  |
|---|---|---|
|  | Fecha: | 26/01/2017 |
| Xocotla  5 |  |  |
| Tlalpan Centro | No. Cliente: | 018145 |
| Tlalpan, Ciudad de México 14000 |  |  |
| México |  |  |

Attn.: JUAN VILLAGRA

**CONSULTAS FISCALES**

Estimados señores,

Adjuntamos a la presente descripción de servicios profesionales prestados a Diciembre 2016, como se detalla a continuación:

| | | |
|---|---|---|
| Subtotal: | US $ | 1,360.00 |
| IVA: | | 217.60 |
| Total | US $ | 1,577.60 |

Agradeceremos su pago total mediante transferencia bancaria a la (s) cuenta (s) indicada (s) dentro de los siguientes quince días naturales a la fecha de la presente.

Para transferencias en Dólares:

| | |
|---|---|
| Banco: | CITIBANK, N.A. |
| Lugar: | "388 Greenwich Street 10013 New York, N.Y." |
| Cuenta: | 0036967977 |
| ABA: | 021000089 |
| Cuenta CLABE: | NA |
| SWIFT CODE: | CITIUS33 |
| Beneficiario: | BASHAM, RINGE Y CORREA, S,C |

Favor de agregar el siguiente número de referencia en sus pagos: 018145
BASHAM, RINGE Y CORREA, S,C

Atentamente,

María Juana Estrada O.
Director de Administración y Finanzas

CYR
ALV

**Monterrey, N.L.**
Batallón de San Patricio No. 109 Piso 16, Valle Oriente
66269, San Pedro Garza García N.L.
T. (52) (81) 8299 2100 / F. (52) (81) 8299 2109
basham_mty@basham.com.mx

**Querétaro, Qro.**
Prolongación Tecnológico No. 950-B, Piso 12-A
Col. San Pablo, 76159 Querétaro, Querétaro
T.(52) (442) 103 2100 / F. (52) (442) 199 0506
basham_qro@basham.com.mx



1912

**ARIZONA BEVERAGES DE MEXICO**
**S DE RL DE CV**

Xocotla 5
Tlalpan Centro
Tlalpan, Ciudad de México 14000
México

Attn.: JUAN VILLAGRA

| | |
|---|---|
| **Reporte de Actividades:** | **148431** |
| Fecha: | 26/01/2017 |
| Socio: | GNM |
| Ejecutivo: | GNM |
| No. Cliente: | 018145 |

Descripción de servicios profesionales
del 6 de diciembre de 2016 al 22 de diciembre de 2016

## FISC0000659 - CONSULTAS FISCALES

| FECHA | PERSONAL | DESCRIPCIÓN | TIEMPO | TARIFA | IMPORTE |
|---|---|---|---|---|---|
| 06/12/2016 | GNM | Conferencia telefónica con A. Catalá para informarle sobre estado de denuncia anónima al SAT. Revisión de reglas para presentar denuncias no anónimas. Revisión de expediente. | 00:25 | 480.00 | 200.00 |
| 21/12/2016 | GNM | Análisis de diversas solicitudes del señor Barbachano en J.A. para efectos de aportar documentación de éste en diverso juicio ordinario mercantil 667/2016. Junta interna con R. Torres al respecto y conferencia telefónica con A. Catalá sobre el asunto. | 01:00 | 480.00 | 480.00 |
| 22/12/2016 | GNM | Junta interna con A. Catalá y M. Peña para comentar acciones del señor Barbachano en J.A. diverso, para exhibir documentos en juicio ordinario mercantil. Análisis legal al respecto para coordinar acciones a seguir. | 01:25 | 480.00 | 680.00 |
| | | **TOTAL SERVICIOS LEGALES** | **02:50** | | **1,360.00** |

### RESUMEN

| PERSONAL | TIEMPO | TARIFA | IMPORTE |
|---|---|---|---|
| GNM - GERARDO NIETO | 02:50 | 480.00 | 1,360.00 |
| | **02:50** | | **1,360.00** |

| | | |
|---|---|---|
| **SUBTOTAL:** | US $ | 1,360.00 |
| **I.V.A. 16%:** | US $ | 217.60 |
| **TOTAL:** | US $ | 1,577.60 |

| Invoice number | Date | Payment status | Law department | Matter name | Fees | Expenses | Tax | Total USD | Amount Paid | Due balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 107874 | 9/30/2015 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 23,555.00 | $ - | $ 3,768.80 | $ 27,323.80 | $ 27,323.80 | $ - |
| 110316 | 10/30/2015 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 207.14 | $ 33.14 | $ 240.28 | $ 240.28 | $ - |
| 110393 | 10/30/2015 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,505.00 | $ - | $ 560.80 | $ 4,065.80 | $ 4,065.80 | $ - |
| 112737 | 11/30/2015 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 34.47 | $ 5.52 | $ 39.99 | $ 39.99 | $ - |
| 114563 | 12/22/2015 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 5,007.50 | $ - | $ 801.20 | $ 5,808.70 | $ 5,808.70 | $ - |
| 115261 | 12/31/2015 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 16.48 | $ 2.64 | $ 19.12 | $ 19.12 | $ - |
| 117571 | 1/29/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 23.43 | $ 3.75 | $ 27.18 | $ 27.18 | $ - |
| 125391 | 4/29/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 170.14 | $ 27.22 | $ 197.36 | $ 197.36 | $ - |
| 127848 | 5/31/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 98.03 | $ 15.68 | $ 113.71 | $ 113.71 | $ - |
| 130056 | 6/27/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 68.13 | $ 10.90 | $ 79.03 | $ 79.03 | $ - |
| 134596 | 8/17/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 6,489.01 | $ - | $ 1,038.24 | $ 7,527.25 | $ 7,527.25 | $ - |
| 134598 | 8/17/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 9,346.50 | $ - | $ 1,495.44 | $ 10,841.94 | $ 10,841.94 | $ - |
| 134601 | 8/17/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 9,227.25 | $ - | $ 1,476.36 | $ 10,703.61 | $ 10,703.61 | $ - |
| 134603 | 8/17/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,685.50 | $ - | $ 589.68 | $ 4,275.18 | $ 4,275.18 | $ - |
| 134621 | 8/17/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,640.25 | $ - | $ 262.44 | $ 1,902.69 | $ 1,902.69 | $ - |
| 134614 | 8/17/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 4,649.17 | $ - | $ 743.87 | $ 5,393.04 | $ 5,393.04 | $ - |
| 134690 | 8/18/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,149.00 | $ - | $ 183.84 | $ 1,332.84 | $ 1,332.84 | $ - |
| 134692 | 8/18/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,804.50 | $ - | $ 288.72 | $ 2,093.22 | $ 2,093.22 | $ - |
| 134699 | 8/18/2016 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 31,815.00 | $ - | $ 5,090.40 | $ 36,905.40 | $ 36,905.40 | $ - |
| 134703 | 8/18/2016 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 32,047.11 | $ - | $ 5,127.54 | $ 37,174.65 | $ 37,174.65 | $ - |
| 134706 | 8/18/2016 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 26,627.62 | $ - | $ 4,260.42 | $ 30,888.04 | $ 30,888.04 | $ - |
| 134722 | 8/18/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 15,040.50 | $ - | $ 2,406.48 | $ 17,446.98 | $ 17,446.98 | $ - |
| 135805 | 8/31/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 45.60 | $ 7.30 | $ 52.90 | $ 52.90 | $ - |
| 137299 | 9/22/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 8,107.50 | $ - | $ 1,297.20 | $ 9,404.70 | $ 9,404.70 | $ - |
| 137835 | 9/27/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 106.93 | $ 17.11 | $ 124.04 | $ 124.04 | $ - |
| 137846 | 9/27/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 10.80 | $ 1.73 | $ 12.53 | $ 12.53 | $ - |
| 140173 | 10/25/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 5,803.75 | $ - | $ 928.60 | $ 6,732.35 | $ 6,732.35 | $ - |
| 140817 | 10/31/2016 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ - | $ 355.02 | $ 56.80 | $ 411.82 | $ 411.82 | $ - |
| 142006 | 11/15/2016 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 26,986.50 | $ - | $ 4,317.84 | $ 31,304.34 | $ 31,304.34 | $ - |
| 142174 | 11/16/2016 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 59,721.38 | $ - | $ 9,555.42 | $ 69,276.80 | $ 69,276.80 | $ - |
| 142197 | 11/17/2016 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 77,493.00 | $ - | $ 12,398.88 | $ 89,891.88 | $ 89,891.88 | $ - |
| 142824 | 11/24/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,690.00 | $ - | $ 590.40 | $ 4,280.40 | $ 4,280.40 | $ - |
| 143657 | 11/30/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 135.47 | $ 21.68 | $ 157.15 | $ 157.15 | $ - |
| 143658 | 11/30/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 138.55 | $ 22.17 | $ 160.72 | $ 160.72 | $ - |
| 143862 | 11/30/2016 | Paid in part | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 70,175.42 | $ - | $ 11,228.07 | $ 81,403.49 | $ 9,253.62 | $ 72,149.87 |
| 145568 | 12/21/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 5,278.33 | $ - | $ 844.53 | $ 6,122.86 | $ 6,122.86 | $ - |
| 145975 | 12/26/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 13.86 | $ 2.22 | $ 16.08 | $ 16.08 | $ - |
| 146768 | 12/30/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 18.46 | $ 2.95 | $ 21.41 | $ 21.41 | $ - |
| 146846 | 12/30/2016 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 37,292.50 | $ - | $ 5,966.80 | $ 43,259.30 | $ 43,259.30 | $ - |
| 147816 | 1/19/2017 | Paid in part | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,892.50 | $ - | $ 302.80 | $ 2,195.30 | $ 1,164.72 | $ 1,030.58 |
| 149192 | 1/31/2017 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ - | $ 95.38 | $ 15.26 | $ 110.64 | $ 110.64 | $ - |
| 149203 | 1/31/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 6.22 | $ 1.00 | $ 7.22 | $ 7.22 | $ - |
| 149257 | 1/31/2017 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 19,627.50 | $ - | $ 3,140.40 | $ 22,767.90 | $ 22,767.90 | $ - |
| 150105 | 2/16/2017 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 5,434.59 | $ - | $ 869.53 | $ 6,304.12 | $ - | $ 6,304.12 |
| 151523 | 2/28/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 7.20 | $ 1.15 | $ 8.35 | $ 8.35 | $ - |
| 151609 | 2/28/2017 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 16,960.00 | $ - | $ 2,713.60 | $ 19,673.60 | $ - | $ 19,673.60 |
| 152399 | 3/13/2017 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,440.00 | $ - | $ 230.40 | $ 1,670.40 | $ - | $ 1,670.40 |
| 153517 | 3/28/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 7.53 | $ 1.20 | $ 8.73 | $ 8.73 | $ - |
| 153732 | 3/30/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 48.68 | $ 7.79 | $ 56.47 | $ 56.47 | $ - |
| 157375 | 5/15/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 28,575.46 | $ - | $ 4,572.07 | $ 33,147.53 | $ 33,147.53 | $ - |
| 157376 | 5/15/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,542.64 | $ - | $ 566.82 | $ 4,109.46 | $ 4,109.46 | $ - |
| 157431 | 5/15/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 2,390.83 | $ - | $ 382.53 | $ 2,773.36 | $ 2,773.36 | $ - |
| 159088 | 5/31/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 13,126.76 | $ - | $ 2,100.28 | $ 15,227.04 | $ 15,227.04 | $ - |
| 160255 | 6/15/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,725.80 | $ - | $ 276.13 | $ 2,001.93 | $ 2,001.93 | $ - |
| 161328 | 6/27/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 7.99 | $ 1.28 | $ 9.27 | $ 9.27 | $ - |
| 161790 | 6/30/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 8,897.01 | $ - | $ 1,423.52 | $ 10,320.53 | $ 10,320.53 | $ - |
| 163250 | 7/24/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,691.69 | $ - | $ 270.67 | $ 1,962.36 | $ 1,962.36 | $ - |
| 164298 | 7/31/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 80.51 | $ 12.88 | $ 93.39 | $ 93.39 | $ - |
| 164211 | 7/31/2017 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 13,125.60 | $ - | $ 2,100.10 | $ 15,225.70 | $ 15,225.70 | $ - |
| 164264 | 7/31/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 9.18 | $ 1.47 | $ 10.65 | $ 10.65 | $ - |
| 165222 | 8/10/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,229.38 | $ - | $ 196.70 | $ 1,426.08 | $ 1,426.08 | $ - |
| 166922 | 8/31/2017 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 12,689.85 | $ - | $ 2,030.38 | $ 14,720.23 | $ 14,720.23 | $ - |
| 166984 | 8/31/2017 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ - | $ 3,990.52 | $ 638.48 | $ 4,629.00 | $ 4,629.00 | $ - |
| 168204 | 9/21/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 4,480.00 | $ - | $ 716.80 | $ 5,196.80 | $ 5,196.80 | $ - |
| 170156 | 10/12/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,512.00 | $ - | $ 241.92 | $ 1,753.92 | $ 1,753.92 | $ - |
| 171725 | 10/31/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,750.87 | $ - | $ 600.14 | $ 4,351.01 | $ 4,351.01 | $ - |
| 171928 | 10/31/2017 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 6,778.05 | $ - | $ 1,084.49 | $ 7,862.54 | $ 7,862.54 | $ - |
| 174123 | 11/30/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 4.93 | $ 0.79 | $ 5.72 | $ 5.72 | $ - |
| 174294 | 11/30/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 10,099.84 | $ - | $ 1,615.97 | $ 11,715.81 | $ 11,715.81 | $ - |
| 175418 | 12/19/2017 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 119.00 | $ - | $ 19.04 | $ 138.04 | $ 138.04 | $ - |
| 176446 | 12/29/2017 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ - | $ 316.95 | $ 50.71 | $ 367.66 | $ 367.66 | $ - |
| 178403 | 1/29/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 24.56 | $ 3.93 | $ 28.49 | $ 28.49 | $ - |
| 178374 | 1/29/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 7,019.27 | $ - | $ 1,123.08 | $ 8,142.35 | $ 8,142.35 | $ - |
| 178793 | 1/31/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 18,050.39 | $ - | $ 2,888.06 | $ 20,938.45 | $ 20,938.45 | $ - |
| 179885 | 2/20/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 189.00 | $ - | $ 30.24 | $ 219.24 | $ 219.24 | $ - |
| 181053 | 2/28/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 14,925.17 | $ - | $ 2,388.03 | $ 17,313.20 | $ 17,313.20 | $ - |
| 184116 | 4/10/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 7,080.52 | $ - | $ 1,132.88 | $ 8,213.40 | $ 8,213.40 | $ - |
| 184855 | 4/19/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,960.00 | $ - | $ 313.60 | $ 2,273.60 | $ 2,273.60 | $ - |
| 186015 | 4/30/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 9,331.61 | $ - | $ 1,493.06 | $ 10,824.67 | $ 10,824.67 | $ - |
| 186825 | 5/14/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 2,632.00 | $ - | $ 421.12 | $ 3,053.12 | $ 3,053.12 | $ - |
| 188654 | 5/31/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 7,886.69 | $ - | $ 1,261.87 | $ 9,148.56 | $ 9,148.56 | $ - |
| 189704 | 6/15/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 672.00 | $ - | $ 107.52 | $ 779.52 | $ 779.52 | $ - |
| 191125 | 6/29/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,692.26 | $ - | $ 1,390.76 | $ 10,083.02 | $ 10,083.02 | $ - |
| 192490 | 7/17/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 672.00 | $ - | $ 107.52 | $ 779.52 | $ 779.52 | $ - |
| 193919 | 7/31/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 7,860.13 | $ - | $ 1,257.62 | $ 9,117.75 | $ 9,117.75 | $ - |
| 195514 | 8/17/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 2,352.00 | $ - | $ 376.32 | $ 2,728.32 | $ 2,728.32 | $ - |
| 196389 | 8/31/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 5,775.05 | $ - | $ 924.00 | $ 6,699.01 | $ 6,699.01 | $ - |
| 197863 | 9/24/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 5,152.00 | $ - | $ 824.32 | $ 5,976.32 | $ 5,976.32 | $ - |
| 198687 | 9/28/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 6,652.65 | $ - | $ 1,064.42 | $ 7,717.07 | $ 7,717.07 | $ - |
| 200554 | 10/24/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 672.00 | $ - | $ 107.52 | $ 779.52 | $ 779.52 | $ - |
| 201368 | 10/31/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 5,841.22 | $ - | $ 934.60 | $ 6,775.82 | $ 6,775.82 | $ - |
| 202509 | 11/27/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,640.00 | $ - | $ 582.40 | $ 4,222.40 | $ 4,222.40 | $ - |
| 205072 | 12/19/2018 | Paid in full | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,159.39 | $ - | $ 1,305.50 | $ 9,464.89 | $ 9,464.89 | $ - |
| 205215 | 12/20/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 2,436.00 | $ - | $ 389.76 | $ 2,825.76 | $ 2,825.76 | $ - |
| 205757 | 12/28/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 9,823.63 | $ - | $ 1,571.78 | $ 11,395.41 | $ 11,395.41 | $ - |
| 205882 | 12/31/2018 | Paid in full | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 5.81 | $ 0.93 | $ 6.74 | $ 6.74 | $ - |
| 207157 | 1/22/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 922.25 | $ - | $ 147.56 | $ 1,069.81 | $ - | $ 1,069.81 |
| 207379 | 1/24/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 2,922.50 | $ - | $ 467.60 | $ 3,390.10 | $ - | $ 3,390.10 |
| 208822-1 | 2/13/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 4,777.50 | $ - | $ 764.40 | $ 5,541.90 | $ 99.77 | $ 5,541.90 |
| 209916 | 2/28/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 86.01 | $ 13.76 | $ 99.77 | $ 99.77 | $ - |
| 210821 | 3/11/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 7,895.72 | $ - | $ 1,263.32 | $ 9,159.04 | $ - | $ 9,159.04 |
| 210823 | 3/11/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 5,544.88 | $ - | $ 887.18 | $ 6,432.06 | $ - | $ 6,432.06 |
| 212299 | 3/28/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 14.79 | $ 2.37 | $ 17.16 | $ - | $ 17.16 |
| 212563 | 3/28/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 6,029.92 | $ - | $ 964.79 | $ 6,994.71 | $ - | $ 6,994.71 |
| 212786 | 4/1/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,351.83 | $ - | $ 536.29 | $ 3,888.12 | $ - | $ 3,888.12 |
| 213678 | 4/12/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 2,470.42 | $ - | $ 395.27 | $ 2,865.69 | $ - | $ 2,865.69 |
| 215297 | 4/30/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 11,307.07 | $ - | $ 1,809.13 | $ 13,116.20 | $ - | $ 13,116.20 |
| 216618 | 5/20/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 4,329.50 | $ - | $ 692.72 | $ 5,022.22 | $ - | $ 5,022.22 |
| 217810 | 5/31/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 5,779.68 | $ - | $ 924.75 | $ 6,704.43 | $ - | $ 6,704.43 |

| ID | Date | Status | Type | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 218754 | 6/14/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 5,612.25 | $ - | 897.96 | $ 6,510.21 | | $ 6,510.21 |
| 220426 | 6/28/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,563.06 | $ - | 1,370.09 | $ 9,933.15 | | $ 9,933.15 |
| 221455 | 7/11/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,400.83 | $ - | 544.13 | $ 3,944.96 | | $ 3,944.96 |
| 222588 | 7/29/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 104.88 | 16.78 | $ 121.66 | | $ 121.66 |
| 223197 | 7/31/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 9,344.15 | $ - | 1,495.06 | $ 10,839.21 | | $ 10,839.21 |
| 223763 | 8/9/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 672.00 | $ - | 107.52 | $ 779.52 | | $ 779.52 |
| 226426 | 9/11/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 13,616.77 | $ - | 2,178.68 | $ 15,795.45 | | $ 15,795.45 |
| 227012 | 9/23/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 840.00 | $ - | 134.40 | $ 974.40 | | $ 974.40 |
| 227924 | 9/30/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,890.01 | $ - | 1,422.40 | $ 10,312.41 | | $ 10,312.41 |
| 229039 | 10/15/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 602.00 | $ - | 96.32 | $ 698.32 | | $ 698.32 |
| 230587 | 10/31/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,825.57 | $ - | 1,412.09 | $ 10,237.66 | | $ 10,237.66 |
| 231328 | 11/11/2019 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 150.50 | $ - | 24.08 | $ 174.58 | | $ 174.58 |
| 233410 | 12/6/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 6,999.46 | $ - | 1,119.91 | $ 8,119.37 | | $ 8,119.37 |
| 234803 | 12/30/2019 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 3,711.77 | $ - | 593.88 | $ 4,305.65 | | $ 4,305.65 |
| 235442 | 1/13/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 627.08 | $ - | 100.33 | $ 727.41 | | $ 727.41 |
| 237022 | 1/31/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,563.33 | $ - | 1,370.13 | $ 9,933.46 | | $ 9,933.46 |
| 238403 | 2/21/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 3,248.00 | $ - | 519.68 | $ 3,767.68 | | $ 3,767.68 |
| 239151 | 2/28/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 15.56 | 2.49 | $ 18.05 | | $ 18.05 |
| 239235 | 2/28/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 22.08 | 3.53 | $ 25.61 | | $ 25.61 |
| 239344 | 2/28/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 12,581.64 | $ - | 2,013.06 | $ 14,594.70 | | $ 14,594.70 |
| 241670 | 3/31/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 24,706.89 | $ - | 3,953.10 | $ 28,659.99 | | $ 28,659.99 |
| 243280 | 4/30/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 2,995.67 | $ - | 479.31 | $ 3,474.98 | | $ 3,474.98 |
| 244792 | 5/29/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 10,114.00 | $ - | 1,618.24 | $ 11,732.24 | | $ 11,732.24 |
| 246555 | 6/30/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,062.50 | $ - | 1,290.00 | $ 9,352.50 | | $ 9,352.50 |
| 248456 | 7/31/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 7,202.50 | $ - | 1,152.40 | $ 8,354.90 | | $ 8,354.90 |
| 249410 | 8/17/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 672.00 | $ - | 107.52 | $ 779.52 | | $ 779.52 |
| 250575 | 8/31/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 9,118.75 | $ - | 1,459.00 | $ 10,577.75 | | $ 10,577.75 |
| 251711 | 9/22/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,633.33 | $ - | 261.33 | $ 1,894.66 | | $ 1,894.66 |
| 252637 | 9/30/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 18,472.42 | $ - | 2,955.59 | $ 21,428.01 | | $ 21,428.01 |
| 253877 | 10/20/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,050.00 | $ - | 168.00 | $ 1,218.00 | | $ 1,218.00 |
| 254894 | 10/30/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 8,990.33 | $ - | 1,438.45 | $ 10,428.78 | | $ 10,428.78 |
| 256138 | 11/23/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,235.50 | $ - | 197.68 | $ 1,433.18 | | $ 1,433.18 |
| 256619 | 11/28/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ - | $ 33.30 | 5.33 | $ 38.63 | | $ 38.63 |
| 256983 | 11/30/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 3,405.50 | $ - | 544.88 | $ 3,950.38 | | $ 3,950.38 |
| 257471 | 12/7/2020 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,823.50 | $ - | 291.76 | $ 2,115.26 | | $ 2,115.26 |
| 259201 | 12/31/2020 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 5,509.00 | $ - | 881.44 | $ 6,390.44 | | $ 6,390.44 |
| 261040 | 1/29/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 4,770.50 | $ - | 763.28 | $ 5,533.78 | | $ 5,533.78 |
| 261845 | 2/15/2021 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 778.75 | $ - | 124.60 | $ 903.35 | | $ 903.35 |
| 263055 | 2/26/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 5,054.00 | $ - | 808.64 | $ 5,862.64 | | $ 5,862.64 |
| 265386 | 3/31/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 1,757.00 | $ - | 281.12 | $ 2,038.12 | | $ 2,038.12 |
| 266252 | 4/20/2021 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 798.00 | $ - | 127.68 | $ 925.68 | | $ 925.68 |
| 268409 | 5/20/2021 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,134.00 | $ - | 181.44 | $ 1,315.44 | | $ 1,315.44 |
| 269503 | 5/31/2021 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,155.00 | $ - | 184.80 | $ 1,339.80 | | $ 1,339.80 |
| 272212 | 6/30/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 2,590.00 | $ - | 414.40 | $ 3,004.40 | | $ 3,004.40 |
| 274139 | 7/30/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 3,503.50 | $ - | 560.56 | $ 4,064.06 | | $ 4,064.06 |
| 276999 | 8/31/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 3,335.50 | $ - | 533.68 | $ 3,869.18 | | $ 3,869.18 |
| 279327 | 9/30/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 752.50 | $ - | 120.40 | $ 872.90 | | $ 872.90 |
| 280703 | 10/21/2021 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,463.00 | $ - | 234.08 | $ 1,697.08 | | $ 1,697.08 |
| 281454 | 10/29/2021 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 526.58 | 84.25 | $ 610.83 | | $ 610.83 |
| 281708 | 10/29/2021 | Outstanding | CRIMINAL | EUGENIO BARBACHANO - CONFIDENTIAL MATTERS | $ 1,204.00 | $ - | 192.64 | $ 1,396.64 | | $ 1,396.64 |
| 292949 | 3/30/2022 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ - | $ 21.43 | 3.43 | $ 24.86 | | $ 24.86 |
| 294544 | 4/21/2022 | Outstanding | LABOR | EUGENIO BARBACHANO LOSA LAWSUIT | $ 1,200.50 | $ - | 192.08 | $ 1,392.58 | | $ 1,392.58 |
| | | | | | $ 1,052,769.43 | $ 6,872.60 | $ 169,542.69 | $ 1,229,184.72 | $ 795,660.69 | $ 433,524.03 |

| Invoice number | Date | Payment status | Law department | Matter name | Fees | Expenses | Tax | Total USD | Amount Paid | Due balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 141823 | 11/11/2016 | Outstanding | TAX | TAX ADVICE | $ 2,760.00 | $ - | $ 441.60 | $ 3,201.60 | | $ 3,201.60 |
| 141824 | 11/11/2016 | Outstanding | TAX | TAX ADVICE | $ 2,459.58 | $ - | $ 393.53 | $ 2,853.11 | | $ 2,853.11 |
| 143567 | 11/30/2016 | Paid in full | TAX | TAX ADVICE | $ 720.00 | $ - | $ 115.20 | $ 835.20 | $ 835.20 | $ - |
| 145467 | 12/21/2016 | Paid in full | TAX | TAX ADVICE | $ 3,218.75 | $ - | $ 515.00 | $ 3,733.75 | $ 3,733.75 | $ - |
| 148431 | 1/26/2017 | Outstanding | TAX | TAX ADVICE | $ 1,360.00 | $ - | $ 217.60 | $ 1,577.60 | | $ 1,577.60 |
| 149196 | 1/31/2017 | Paid in full | TAX | TAX ADVICE | $ - | $ 172.04 | $ 27.53 | $ 199.57 | $ 199.57 | $ - |
| 212878 | 4/2/2019 | Paid in full | TAX | TAX ADVICE | $ 3.54 | $ - | $ 0.57 | $ 4.11 | $ 4.11 | $ - |
| | | | | | $ 10,521.87 | $ 172.04 | $ 1,711.03 | $ 12,404.94 | $ 4,772.63 | $ 7,632.31 |